UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** | Amnesty International USA<br>Center for Constitutional Rights, Inc.<br>Washington Square Legal Services, Inc. |
| | -v- |
| **Defendant** | Central Intelligence Agency, Department of Defense,<br>Department of Homeland Security,<br>Department of Justice, Department of State |

Case No.

JUN 0 7 2007

Rule 7.1 Statement

07 CV 5435

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Center for Constitutional Rights, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Center for Constitutional Rights, Inc. is a not-for-profit corporation with no parents, affiliates, or subsidiaries.

Date: 6·7·07

Signature of Attorney
(Shayana Kadidal, CCR)
Attorney Bar Code: SK-1278

Form Rule7_1.pdf

Respectfully submitted,

_____
Shayana Kadidal (SK-1278)
Center for Constitutional Rights, Inc.
666 Broadway, 7th floor
New York, NY 10012
Tel: (212) 614-6424
Fax: (212) 614-6499
E-mail: skadidal@ccr-ny.org

*Attorney for Center for Constitutional Rights, Inc.*

Bruce M. Berman
Kyle M. DeYoung
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6785
Fax: (202) 663-6363
E-Mail Kyle.DeYoung@wilmerhale.com

*Of Counsel*

_____
Margaret L. Satterthwaite (MS-3953)
Washington Square Legal Services, Inc.
International Human Rights Clinic
245 Sullivan Street
New York NY 10012
Tel: (212) 998-6657
Fax: (212) 995-4031
E-mail: margaret.satterthwaite@nyu.edu

*Attorney for Amnesty International USA and Washington Square Legal Services, Inc.*

Dated: June 7, 2007