**07 CV 5435**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PRESKA

| | |
|---|---|
| **Plaintiff** Amnesty International USA, Center for Constitutional Rights, Washington Square Legal Services, Inc. | Case No. |
| -v- | |
| Central Intelligence Agency, Department of Defense, Department of Homeland Security, Department of Justice, Department of State | **Rule 7.1 Statement** |
| **Defendant** | RECEIVED JUN 0 7 2007 CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Washington Square Legal Services, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Washington Square Legal Services, Inc. is a not-for-profit corporation that houses the clinical program of New York University School of Law.

Date: 6/7/07

Signature of Attorney

Attorney Bar Code: MS-3953

Form Rule7_1.pdf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Plaintiff** | Amnesty International USA<br>Center for Constitutional Rights, Inc.<br>Washington Square Legal Services, Inc. | Case No.<br>07 CV 5435 |
| | -v- | |
| **Defendant** | Central Intelligence Agency, Department of Defense,<br>Department of Homeland Security,<br>Department of Justice, Department of State | **Rule 7.1 Statement** |

JUDGE PRESKA

JUN 0 7 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Amnesty International of the U.S.A., Inc._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Amnesty International USA is a not-for-profit corporation incorporated under the name "Amnesty International of the U.S.A., Inc." with no parents, affiliates, or subsidiaries.

Date: 6/7/07

Signature of Attorney

Attorney Bar Code: MS-3953

Form Rule7_1.pdf