JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** | Amnesty International USA<br>Center for Constitutional Rights, Inc.<br>Washington Square Legal Services, Inc. |
| | –v– |
| **Defendant** | Central Intelligence Agency, Department of Defense,<br>Department of Homeland Security,<br>Department of Justice, Department of State |

Case No.

07 CV 5435

**Rule 7.1 Statement**

JUN 0 7 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for
_Amnesty International of the U.S.A., Inc._____ (a private non-governmental party) certifies
that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

Amnesty International USA is a not-for-profit corporation incorporated under the name
"Amnesty International of the U.S.A., Inc." with no parents, affiliates, or subsidiaries.

Date: _6/7/07_____

_Margaret Satta_____
**Signature of Attorney**

**Attorney Bar Code:** MS-3953

Form Rule7_1.pdf