UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Amnesty International USA, et al.

vs.

Central Intelligence Agency, et al.

No. 07CV5435

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Civil Cover Sheet and Complaint with Exhibits A-C in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:04 pm on June 12, 2007, I served Department of State, Harry S. Truman Building at 2201 C Street, NW, Washington, DC 20520 by serving Stephanie Minor, Legal Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  195
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/13/07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189475