

U.S. Department of Justice

United States Attorney
Southern District of New York



6 Chambers Street
New York, New York 10007

July 19, 2007

**BY HAND**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   **Amnesty Int'l USA, et al. v. CIA, et al.**
      07 Cv. 5435 (LAP)

Dear Judge Preska:

    We are the Assistant United States Attorneys representing defendants the Central Intelligence Agency, the Department of Defense, the Department of Homeland Security, the Department of Justice, and the Department of State, as well as their individually named components, the Defense Intelligence Agency, the Department of the Army, the Department of the Navy, the Department of the Air Force, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, the U.S. Coast Guard, the DHS Office of Intelligence and Analysis, the DHS Privacy Office, the DOJ Office of Information and Privacy, the DOJ Criminal Division, the Federal Bureau of Investigation, the Executive Office of United States Attorneys, the DOJ Office of the Inspector General, and the Office of Intelligence Policy and Review of the DOJ National Security Division (collectively, "Defendants") in the above-referenced action filed by plaintiffs Amnesty International USA, the Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. (collectively, "Plaintiffs"). This matter is an action under the Freedom of Information Act, 5 U.S.C. § 552.

    We write respectfully to request that the Court extend the deadline for Defendants to respond to the complaint in this matter by two weeks, from July 20, 2007, until August 3, 2007. We make this request because we are continuing to collect relevant documentation from the many agencies and components involved in this action, in order to respond to the complaint. This is Defendants' first request for an extension of this deadline, and Plaintiffs consent to the request.

SO ORDERED

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 20, 2007

Thank you for considering this request.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By: _____
                                      BRIAN M. FELDMAN
                                      JEANNETTE A. VARGAS
                                      Assistant United States Attorneys
                                      Telephone No. (212) 637-2777, -2678
                                      Facsimile No. (212) 637-2717, -2702

cc:    **BY FIRST CLASS MAIL**
       **AND BY FACSIMILE**
       Kyle M. DeYoung, Esq.
       WILMER CUTLER PICKERING
       HALE AND DORR LLP
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Facsimile No. (202) 663-6363