**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC. and
WASHINGTON SQUARE LEGAL SERVICES, INC.,

    Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE,
AND THEIR COMPONENTS

    Defendants.

07 CV 5435
MOTION TO ADMIT COUNSEL
PRO HAC VICE

## MOTION TO ADMIT KYLE M. DEYOUNG PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Margaret L. Satterthwaite, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  KYLE M. DEYOUNG
  Wilmer Cutler Pickering Hale and Dorr LLP
  1875 Pennsylvania Avenue, NW
  Washington DC 20006
  ph: 202-663-6000
  fax: 202-663-6363

KYLE M. DEYOUNG is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against KYLE M. DEYOUNG in any State or Federal Court.

Dated: July 17, 2007

New York, New York.

Respectfully Submitted,

*[signature]*

Margaret L. Satterthwaite
SDNY Bar #: MS-3953
Washington Square Legal Services, Inc.
International Human Rights Clinic
245 Sullivan Street
New York, NY 10012
(212) 998-6657
(212) 995-4031
Email: margaret.satterthwaite@nyu.edu

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC. and
WASHINGTON SQUARE LEGAL SERVICES, INC.,

    Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE,
AND THEIR COMPONENTS

    Defendants.

07 CV 5435
**AFFIDAVIT OF MARGARET L. SATTERTHWAITE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
    ) ss: 5618/MLS
County of New York  )

Margaret L. Satterthwaite, being duly sworn, hereby deposes and says as follows:

1. I am (Of Counsel at Washington Square Legal Services, Inc., International Human Rights Clinic), counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit KYLE DEYOUNG as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member of good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known KYLE DEYOUNG since January 2006.

4. Mr. DeYoung is Of Counsel at Wilmer Cutler Pickering Hale and Dorr in Washington DC.

5. I have found Mr. DeYoung to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of KYLE DEYOUNG, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of KYLE DEYOUNG, proc hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit KYLE DEYOUNG, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: JUNE 22, 2007

City, State: NEW YORK, NEW YORK

Notarized: *Michelle Williams*
Michelle Williams
Notary Public, State of New York
#01WI60104605
Qualified in New York City
Commission Expires Oct. 19, 2010

Respectfully Submitted,

*Margaret Satterthwaite*

Margaret L. Satterthwaite
SDNY Bar #: MS-5953

USIDOCS 6250302v1



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Kyle M. DeYoung

was on the 4th day of June, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 29, 2007.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D*
Deputy Clerk

# EXHIBIT A

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC. and
WASHINGTON SQUARE LEGAL SERVICES, INC.,

        Plaintiffs,                                      07 CV 5435
                                                        **ORDER FOR ADMISSION**
        v.                                         **PRO HAC VICE**
                                                         **ON WRITTEN MOTION**

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE,
AND THEIR COMPONENTS

        Defendants.

Upon the motion of Margaret L. Satterthwaite, attorney for Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        KYLE DEYOUNG
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington DC 20006
        ph: 202-663-6000
        fax: 202-663-6363
        kyle.deyoung@wilmerhale.com

is admitted to practice pro hac vice as counsel for Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

US1DOCS 6250302v1

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                                                      _____
                                                                                                     United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

**Errol G. Hall being duly solemnly swore, deposes and says:**

That I am not a party to the action, I am over the age of eighteen and resides in Queens County, NY.

That on the 16th day of July 2007, served a copy of the attached **Motion to Admit Counsel Pro Hac Vice,** by mailing a true copy thereof to the following:

Central Intelligence Agency
Langley, VA

Department of Homeland Security
20 Massachusetts Avenue, NW
Washington, DC 20528

Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Ave, NW
Washington, DC 20530

Department of State
Harry S. Truman Building
2201 C Street, NW
Washington, DC 20520

Department of Defense
The Pentagon
Washington, DC 20301

Errol G. Hall

Sworn to before me this
16th day of July 2007

Notary Public
CHRISTOPHER CARRION
Notary Public, State of New York
No. 01CA6049262
Qualified in King County
Commission Expires 10/10/2010