USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC. and
WASHINGTON SQUARE LEGAL SERVICES, INC.,

        Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE,
AND THEIR COMPONENTS

        Defendants.

07 CV 5435
**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Margaret L. Satterthwaite, attorney for Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    KYLE DEYOUNG
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, NW
    Washington DC 20006
    ph: 202-663-6000
    fax: 202-663-6363
    kyle.deyoung@wilmerhale.com

is admitted to practice pro hac vice as counsel for Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *July 30, 2007*
City, State: *New York, New York*

_____
*Loretta A. Preska*
United States District/Magistrate Judge