CERTIFICATE OF SERVICE

        I, Jeannette A. Vargas, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 3, 2007, I caused a copy of the foregoing Answer to be served by First Class Mail upon the following:

>Bruce M. Berman
>Kyle M. DeYoung
>Wilmer Cutler Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006

Dated:    New York, New York
            August 3, 2007

                              ___/s/_____
                              JEANNETTE A. VARGAS
                              Assistant United States Attorney
                              Telephone: (212) 637-2678
                              Facsimile: (212) 637-2702