U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 4, 2007

BY HAND
Hon. Loretta A. Preska
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Amnesty International USA v. Central Intelligence Agency, 07 CV 5435 (LAP)

Dear Judge Preska:

      On behalf of all parties to the above-referenced Freedom of Information Act litigation, I write to respectfully request an adjournment of the conference scheduled for September 6, 2007, at 11:00 a.m. Prior to receiving the Court's Initial Pretrial Conference Order, dated August 17, 2007, the parties had scheduled a Rule 26(f) conference to discuss, inter alia, the ways in which the parties could consensually narrow the issues to be litigated and the order in which any motions would be filed. Due to vacation schedules in August and other conflicts, the parties determined that the earliest date on which all counsel were available to meet is September 20, 2007.

      Because the parties believe that there is a substantial possibility that the parties will be able to agree to a plan going forward that would limit the number of issues that would need to be resolved by the Court, we respectfully request that the status conference scheduled for September 6 be adjourned until after the parties have had an opportunity to confer as required under Rule 26(f). We thank the Court for its consideration of this request.

*The conference is adjourned to September 20 at 9:00 am*
*So ordered*
*Loretta A Preska USDJ*
*September 6, 2007*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEANNETTE A. VARGAS
Assistant United States Attorney
Tel. No.: (212) 637-2678
Fax. No.: (212) 637-2702

cc: Kyle M. DeYoung (by facsimile)