

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 11, 2007

**BY FACSIMILE**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
Facsimile No. (212) 805-0116

```
USDC SD
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07
```

Re: **Amnesty Int'l USA, et al. v. CIA, et al.**
07 Civ. 5435 (LAP)

Dear Judge Preska:

We are the Assistant United States Attorneys representing defendants in the above referenced Freedom of Information Act action filed by plaintiffs Amnesty International USA, the Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc (collectively, "Plaintiffs"). We write respectfully to request that the Court adjourn the initial conference in this matter from September 20, 2007, to October 24, 2007, to begin at 9:30 in the morning. The October 24 date was provided to the parties by the Court. Plaintiffs consent to this request.

Thank you for considering this request.

So ordered
Loretta A. Preska
USDJ
September 12, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
BRIAN M. FELDMAN
JEANNETTE A. VARGAS
Assistant United States Attorneys
Telephone No. (212) 637-2777, -2678
Facsimile No. (212) 637-2717, -2702

cc: **BY FIRST CLASS MAIL AND BY FACSIMILE**
Kyle M. DeYoung, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Facsimile No. (202) 663-6363