

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

November 21, 2007

RECEIVED
NOV 26 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY HAND**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   **Amnesty Int'l USA, et al. v. CIA, et al.**
      07 Civ. 5435 (LAP)

Dear Judge Preska:

    We are the Assistant United States Attorneys representing defendants in the above-referenced Freedom of Information Act action filed by plaintiffs Amnesty International USA, the Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. (collectively, "Plaintiffs"). We write respectfully to request that the Court adjourn the deadline for the parties to submit our respective reports to the Court by four days, from Monday, November 26, 2007, until Friday, November 30, 2007. Plaintiffs consent to this request.

    The Court held an initial pretrial conference in this matter on October 24, 2007. At the conclusion of that conference, the Court told the parties to submit reports detailing, among other things, any schedules or other arrangements agreed upon by the parties, as well as certain matters that could not be resolved. The Court instructed the parties to do so within a month (i.e., by Monday, November 26, 2007). Since the initial pretrial conference, the parties have engaged in ongoing discussions to resolve disputed scheduling issues and related matters. Those discussions, however, have not yet concluded. Due to the Thanksgiving holiday and certain personal commitments, we anticipate that we will not be able to conclude our discussions until early next week.

    Both parties agree that a brief extension of time is appropriate in these circumstances. Our remaining conversations may resolve disputed issues, for which the parties would otherwise unnecessarily and prematurely seek judicial intervention. In the interest of judicial economy, we respectfully ask that the Court grant the parties a brief extension of time, from Monday, November 26, 2007, until Friday, November 30, 2007, to conclude our discussions and submit our respective reports to the Court.

SO ORDERED

November 26, 2007

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Thank you for considering this request.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
                    BRIAN M. FELDMAN
                    JEANNETTE A. VARGAS
                    Assistant United States Attorneys
                    EMILY E. DAUGHTRY
                    Special Assistant United States Attorney
                    Telephone Nos. (212) 637-2777,-2678,-1579
                    Facsimile Nos. (212) 637-2717 2702

cc: **BY FIRST CLASS MAIL AND BY FACSIMILE**
    Kyle M. DeYoung, Esq.
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
    Facsimile No. (202) 663-6363