UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC., and WASHINGTON SQUARE LEGAL SERVICES, INC.,

          Plaintiffs,

      v.

CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, and THEIR COMPONENTS,

          Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 CV 5435 (LAP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of the Department of Homeland Security's Motion for Partial Summary Judgment; (2) Declaration of Brian M. Feldman, dated November 30, 2007; (3) Declaration of Catrina M. Pavlik-Keenan, dated November 30, 2007; (4) Declaration of Shari Suzuki, dated November 30, 2007; (5) Declaration of Nicole Bertucci, dated November 30, 2007; (6) Declaration of Sandy Ford Page, dated November 30, 2007; and (7) Declaration of Vania T. Lockett, dated November 29, 2007, defendant the Department of Homeland Security, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 30, 2007

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York,
        Attorney for Defendant
        Department of Homeland Security

By:   /s/ Brian M. Feldman
       BRIAN M. FELDMAN
       JEANNETTE A. VARGAS
       Assistant United States Attorneys
       EMILY E. DAUGHTRY
       Special Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone Nos. (212) 637-2777
       Facsimile Nos. (212) 637-2717

TO:   Kyle M. DeYoung, Esq.
      WILMER CUTLER PICKERING HALE AND DORR LLP
      1875 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Brian M. Feldman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on November 30, 2007, I caused a copy of the (1) Notice of Motion, dated November 30, 2007; (2) Memorandum of Law in Support of the Department of Homeland Security's Motion for Partial Summary Judgment; (3) Declaration of Brian M. Feldman, dated November 30, 2007; (4) Declaration of Catrina M. Pavlik-Keenan, dated November 30, 2007; (5) Declaration of Shari Suzuki, dated November 30, 2007; (6) Declaration of Nicole Bertucci, dated November 30, 2007; (7) Declaration of Sandy Ford Page, dated November 30, 2007; and (8) Declaration of Vania T. Lockett, dated November 29, 2007, and accompanying exhibits, to be served by ECF and First Class Mail upon the following:

>Kyle M. DeYoung, Esq.
>Wilmer Cutler Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006

Dated: New York, New York
       November 30, 2007

>/s/ Brian M. Feldman
>BRIAN M. FELDMAN
>Assistant United States Attorney
>Telephone No. (212) 637-2777
>Facsimile No. (212) 637-2717