MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC., and
WASHINGTON SQUARE LEGAL SERVICES,
INC.,

                        Plaintiffs,

                 v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT
OF STATE, and THEIR COMPONENTS,

                    Defendants.
--------------------------------------------------------- x

**ECF CASE**

07 CV 5435 (LAP)

**DECLARATION OF
BRIAN M. FELDMAN**

       I, Brian M. Feldman, pursuant to 28 U.S.C. § 1746, declare as follows:

       1.     I am an Assistant United States Attorney assigned to handle the above case, and I am fully familiar with all the facts stated herein.  I make this declaration in support of the Department of Homeland Security's Motion for Partial Summary Judgment.

       2.     Attached as Exhibit A to this declaration is a true and complete copy of a Stipulation, dated November 30, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      November 30, 2007

                              /s/ Brian M. Feldman
                              BRIAN M. FELDMAN
                              Assistant United States Attorney