*Office of Investigations*

U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

MAY 11 2006

DIS 2-01 OI:MS:ID
06-DRO-22078 TBD

Catherine K Ronis, Esq.
Counsel to Amnesty International USA
WilmerHale
2445 M Street
Washington, DC 20037

Dear Ms. Ronis:

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated April 25, 2006, wherein you requested access to information concerning "Detainees, including "Ghost Detainees/Prisoners," "Unregistered Detainees/Prisoners," and "CIA Detainees/Prisoners."

In your FOIA request letter you requested to be granted a fee waiver as a representative of the news media. We have made the determination that your clients are not entitled to "news media" status as defined by 5 U.S.C. § 552(a)(4)(A)(ii). However, because your clients have the means of disseminating the requested records to a broader audience, we have determined to waive the search related fee and only charge you the cost of duplication after the first 100 pages.

In your FOIA request you also requested expedited processing. Your request for expedited processing has been denied. 6 C.F.R. Part 5 §5.5(d) provides the regulatory criteria by which this agency determines expedited processing. The criteria provide two circumstances under which expedited processing can be granted; 1) lack of expedited treatment could reasonably pose an imminent threat to life or physical safety of an individual, and 2) [there exist] an urgency to inform the public about an actual or alleged federal government activity. Despite your assertion, in this instance, it is clear that our failure to grant expedited processing will not pose an imminent threat to life or physical safety of an individual. With this understanding, you have not specifically demonstrated an urgency to inform the public (greater than the public's general right to know) about an actual or alleged federal government activity. Neither have you demonstrated a compelling interest of the public in the information that is the subject of your request.

Generally, we attempt to process requests in the order of their receipt. Accordingly, we must first process similar requests previously received from other persons and organizations.

Catherine Ronis
Page 2 of 2

You may appeal this partial denial of your request for fee waiver and our denial of your request for expedited processing, in writing, to the Privacy Office, Attn: FOIA Appeals, Department of Homeland Security, 245 Murray Lane, SW, Building 410, Washington, DC 20528.

If you have any questions or need to inquire about the status of this request, please call (202) 353-8906. Please use case number: 06-DRO-22078 when inquiring about this case.

Sincerely,

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations