U.S. Department of Homeland Security

425 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

August 15, 2007

Catherine K. Ronis, Esq
Counsel To Amnesty Internal USA
Wilmer Cutler Pickering Hale and Door LLP
2445 M Street, NW
Washington, DC 20037

Re: 06FOIA22078

Dear Ms. Ronis:

This letter is the final response to your April 25, 2006, Freedom of Information Act (FOIA) request addressed to the Department of Homeland Security (DHS), Immigration and Customs Enforcement. You requested copies of records concerning detainees, including "Ghost Detainees/Prisoners," Unregistered Detainees/Prisoners,' and "CIA Detainees/Prisoners." Your request was received in this office on May 8, 2006.

We conducted a comprehensive search of files within the Office of Intelligence, Office of Internal Affairs, Office of Detention and Removal Operations, and Office of Investigations, Mission Support Division, Information Disclosure Unit. Unfortunately, we were unable to locate or identify any responsive records. It is not the mission of ICE or of its component offices to detain individuals in the manner stated in your FOIA request.

While an adequate search was conducted, you have the right to appeal this determination that no records exist within the Immigration and Customs Enforcement that would be responsive to your request. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to: Associate General Counsel (General Law), U.S. Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.

www.ice.gov

If you need to contact our office concerning this request, please call (202) 732-0300 or 1-866-633-1182 and refer to 06FOIA22078

Sincerely,

*[signature]*

Catrina M. Pavlik-Keenan
FOIA Officer