



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

MAY 17 2006

FILE: DIS-1

Ms. Catherine K. Ronis
Counsel to Amnesty International USA
Wilmer Hale
2445 M. Street
Washington, D.C. 20037

Dear Ms. Ronis,

Thank you for your inquiry dated April 25, 2006, which was received by the U.S.
Customs and Border Protection (CBP), Office of International Affairs (INA) on
May 11, 2006. In your correspondence you requested that CBP provide you with
records pertaining to persons apprehended since September 11, 2001; and
individuals who have reportedly been held in various locations (request pertains
particularly to locations listed in your letter), including regular and irregular
detention facilities, ships, aircraft, and military bases.

INA does not have records on the type of information that you have requested.

I trust this answers your request for information on the above-mentioned request.

Sincerely,

E. Keith Thomson
Assistant Commissioner
Office of International Affairs
U.S. Customs and Border Protection