●                            ●



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

June 8, 2006

File:  FOIA Case Number DHS/CBP/OAT 051606-01

WILMERHALE
Catherine Kane Ronis
2445 M Street, NW
Washington, DC  20037

Dear Ms. Ronis:

This is in response to your Freedom of Information Act (FOIA) request on behalf
of Amnesty International (AI) and Washington Square Legal Services, Inc.
(WSLS), dated April 25, 2006, and received in this office on May 12, 2006.  You
have requested access to records under the FOIA, 5 U.S.C. 552 et. seq.,
pertaining to Detainees, including "'ghost detainees/prisoners,' 'unregistered
detainees/prisoners,' 'CIA detainees/prisoners,' and 'Other Governmental
Agency Detainees' ('OGA Detainees')."

After consultation within CBP, it has been determined that records of the type
you seek in the above-mentioned April 25 2006 FOIA request would not be
reasonably expected to be located in any office of U.S. Customs & Border
Protection (CBP).

CBP's priority mission is to protect the American public from terrorists and the
instruments of terror.  As we understand your request, CBP does not process or
hold "ghost detainees/prisoners," "unregistered detainees/prisoners," or "CIA
detainees/prisoners" as set forth in the Scope of Request at page 2 of your April
25, 2006 FOIA request.  In addition, while you do not define the term "Other
Governmental Agency Detainees ('OGA Detainees')," this is not a term used by
CBP, nor would it be likely to lead us to CBP records.  Therefore, we do not
believe CBP has records responsive to your request.

If you consider this to be a denial of your request, you may file an appeal with the
Assistant Commissioner, Office of Regulations & Rulings, U.S. Customs &
Border Protection, 1300 Pennsylvania Avenue, NW, Mint Annex, Washington DC
20229, within thirty-five (35) days after the date of this determination.

There are no fees associated with the processing of this request.

Should you need further assistance, you may contact Mr. Jeff Thamkittikasem at (202) 344-2230.  Please refer to file number 051606-01.

Sincerely,

Kevin McAleenan
Executive Director
Office of Anti-Terrorism