

U.S. Department of Homeland Security
Arlington, Virginia 22202

# Homeland Security

*Privacy Office DHS-D3*

November 28, 2006

Catherine K. Ronis
Counsel to Amnesty International USA
WilmerHale
2445 M Street
Washington, D.C. 20037

Re: **DHS/OS/PRIV 06-527/Ronis**

Dear Ms. Ronis:

This is the final response to your April 25, 2006 Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), received in this office on April 26, 2006. You requested several records pertaining to detainees.

A search of the Office of Policy (PLCY) using the search criteria you specified did not produce any responsive records. While we believe that an adequate search of appropriate files was conducted for the records you requested, you have the right to appeal this determination that no records exist in the Office of Policy which would be responsive to your request. Should you wish to do so, you must send your appeal within 60 days of the date of this letter by writing to the following address: Office of the General Counsel, Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in Subpart a, Section 5.9, of the DHS FOIA Regulations. Your envelope and letter should be marked "Freedom of Information Act Appeal." Copies of the Regulations are available at www.DHS.gov.

If you need to contact our office again about this matter, please refer to **DHS/OS/PRIV 06-527/Ronis** request.

Sincerely,

Catherine Papoi, J.D.
Deputy Chief FOIA Officer
Director, Disclosure & FOIA