*Office of the Under Secretary for Preparedness*
U.S. **Department of Homeland Security**
Washington, DC 20528



# Homeland
# Security

April 27, 2006

Ms. Catherine K. Ronis
Counsel to Amnesty International USA
WilmerHale
2445 M Street
Washington, DC 20037

Re: PREP06F145

Dear Ms. Ronis:

This acknowledges receipt of your Freedom of Information Act (FOIA) request dated April 25, 2006, on behalf of your clients, Amnesty International and Washington Square Legal Services, Inc., to the Office of Intelligence and Analysis, Department of Homeland Security (DHS), for information regarding individuals who were, have been, or continue to be deprived of their liberty by or with the involvement of the United States and about whom the United States has not provided public information. Your request was received in the Preparedness Directorate on April 26, 2006.

Your request has been assigned reference number PREP06F145. Please refer to this identifier in any future correspondence. Our address is: Preparedness Directorate, Disclosure, 3801 Nebraska Avenue, NW, Nebraska Avenue Complex, Building 81, Washington, DC 20528.

As stated in the DHS Interim FOIA and Privacy Act (PA) regulations (Title 6, Chapter I, Part 5A, Section 5.5), the Department processes FOIA and PA requests according to their order of receipt. Nevertheless, I want to assure you that we will respond to your request as soon as we can.

Sincerely,

*Donna F. Sealing*

Donna L. Sealing
Deputy FOIA Officer
Preparedness Directorate