# Exhibit 1

```
Intelligent Discovery Services, Inc.
```

## Daniel L. Regard, JD, MBA, Managing Director

direct:  +1.202.550.4764
email:   dregard@iDiscoverySolutions.com

Daniel L. Regard is a nationally recognized electronic evidence and case management expert with 20 years experience in consulting to legal and corporate entities. A programmer and an attorney by training, Mr. Regard has conducted system investigations, created data collections, and managed discovery on some of the highest profile financial investigations of the last decade. He is responsible for the development and implementation of case and matter strategies that leverage technology to clients' best advantage in both litigations and investigations. Mr. Regard has both national and international experience advising on such issues as electronic discovery, computer forensics, database development, application software, data analysis, and repository services. He has testified and worked as a testifying expert and as a court appointed neutral on issues of electronic discovery.

Prior to founding Intelligent Discovery Solutions, Mr. Regard was the national director of e-Discovery for LECG. He was also the national director of Electronic Evidence & Consulting for FTI Consulting, and was a national leader of Analytical Dispute Services at Deloitte & Touché, where he managed multi-national, multi-jurisdictional, and multi-counsel litigation support projects. He began his career as the founder of a nationwide litigation-support practice.

**SELECT CONSULTING EXPERIENCE**
- In the call center industry, led a computer forensics and software code seek-and-comparison effort under court neutral status to determine the presence and extent of unlicensed intellectual property. (*Protocol Services, Inc. v. Evolve Tele-Services*).
- In a civil spoliation trial within a wage-and-labor class action certification, testified as to electronic discovery best practices, the interpretation of wage and labor data and the interpretation of software code. (*Lerma v. Wal-Mart Stores, Inc.*)
- In the anti-virus industry, led a team to analyze the behavior of ad-ware and determine whether or not it exhibited viral characteristics.
- In the insurance industry, led multinational computer forensics investigations to secure and preserve data in foreign office locations.
- In the insurance industry, led multinational computer forensics investigation to evaluate allegations of bid-rigging and undisclosed commission structures. Led the team that acquired and examined over 100 employee systems and multiple backup collections in a variety of domestic and international locations.
- In an insurance defense case, led the data analysis team for business interruption claims stemming from the World Trade Center bombing. Conceived and spearheaded model to analyze empirical lost profits on an individual customer basis as contrasted to a store-level trend basis. Resulted in a significantly reduced estimation of recoverable losses.
- In an insurance agency investigation, led the data analysis and acquisition team in a dispute between the broker and the underwriter (my client). Hard drives, backup tapes, and portfolio financial records were captured, analyzed, and presented. The case led to criminal charges against the broker.
- In the telecommunications industry, conducted workflow analysis and recommended changes for precious metal recovery.
- Managed a Fortune 50 food services SEC investigation involving collection and review of over two terabytes of email and user file data, as well as the collection and review of millions of records of transactional financial data.

- In the US, South America, and Europe, oversaw the design and implementation of an asset and equity modeling system for an 80 million dollar fraud investigation into international security trading between the US, Switzerland, and Columbia.
- Designed and implemented a bank-transaction analysis and tracing database for fraud investigation into a 100 million dollars bankruptcy of a private investment brokerage.
- In the U S and Caribbean, managed a computer forensic analysis of personal computers to detect and identify offshore banking and trading activity.
- In defense of an SEC investigation, audit restatement, and class action lawsuit for a US grocery supplier, performed detailed vendor allowances analysis, revenue recognition analysis, computer forensic analysis of more than 120 computers and 15 enterprise systems, as well as retrieval and analysis of two terabytes of email and user data. Oversaw the support of over one million pages for review, and the development of document retention notice and policy in response to litigation.
- Led team of 30 analysts to provide technological support of the largest financial restatement in US history. Using a combination of mainframe and local client-server systems, built a data system from 2,000 backup tapes hosting 450 tables, five fiscal years of information, 3.8 billion records, and delivered over 8,000 separate data sets for further analysis.
- In Japan, created email forensic system to trace the distribution of information across 2,000 employees, four continents, and two million emails.

**EDUCATION**
BS in Computer Science, University of Southwestern Louisiana
JD, Tulane University
MBA, Tulane University

**PUBLICATIONS**
- "Application Databases: E-Discovery's 'New E-mail'", *Digital Discovery and e-Evidence Newsletter*, Pike & Fischer, November 2004.
- "Assessing Your Case from a Data Standpoint – Key Considerations and Questions," *Digital Discovery & e-Evidence Newsletter*, Pike & Fischer, August, 2004.
- "The E-Mail Imperative", *Corporate Legal Times*, February 2001.
- "When Electronic Discovery Involves E-mail", *Law Technology News*, Spring 2001.
- "When Electronic Discovery Involves E-mail", *Deloitte & Touche Hearsay Publication*, December 2000.
- "The Use of Internet Repositories for Litigation Support", *Corporate Legal Times*, October 2000.

**TESTIFYING EXPERIENCE**
- Public Hearing On Proposed Amendments To the Federal Rules of Civil Procedure, Dallas, Texas, January 28, 2005.
- Electronic Discovery Expert, *Exel North American Logistics v. Pegasus Logistics Group et al.*, Texas State Court, 134th Judicial Circuit, Cause No. 03-11468-G, May 2004.
- Electronic Discovery Expert, *Lerma v. Wal-Mart Stores, Inc.*, Oklahoma State Court, CJ-2001-1395, April, 2004.
- Electronic Discovery Expert, Douglas Realty Advisors, Inc. v Albertson's Inc., Indiana State Court, 49D05-0009-CP-0013789, October, 2003.
- Litigation Database Expert, *Stephen Russell v. UNUM Life Insurance Company of America, et al.*, Maricopa County, Phoenix, Arizona, CV 95-12521, July, 2000.

**SELECT SPEAKING ENGAGEMENTS**
- Maine State Bar Association, Electronic Discovery Seminar, Several Topics, Augusta, Maine, May 2005
- Chief Litigation Counsel Association Roundtable Discussion, Managing Electronic Discovery, Atlanta, Georgia, April 2005

- Marcus Evans Legal & Strategic Guide to eDiscovery West Conference, "Custodial Centric Intensity Matrix: Applying the "Key Players" concept of Zubulake, Palo Alto, California, April 2005
- 12th Annual Symposium on Alcohol Beverage Law, NABCA, "Drowning in Data: Electronic Discovery in Alcohol Beverage Litigation", Arlington, Virginia, March 2005
- National Organization of Bar Council, "Electronic Discovery: Volumes, Complexity and the Federal Rules of Civil Procedure", Salt Lake City, February 2005
- Bernstein, Shur, Sawyer & Nelson, CLE Course "Current Issues in Electronic Discovery", Portland, ME, January 2005.
- Marcus Evans' Legal & Strategic Guide to E-Discovery conference, Speaker, "Custodial Centric Approach to e-Discovery", New York, November, 2004
- Jones Day, CLE Course "Introduction to Computer Forensics", Houston, April 2003.
- Holland & Knight, CLE Course, "Electronic Discovery Duties and Best Practices", New York, March 2003.
- 2003 CyberCrime Conference, Speaker, "Electronic Discovery – Corporate Litigation", Connecticut, February 2003.
- Windels Marx Lane & Mittendorf, CLE Course "Successful Strategies for Electronic Discovery", New York, January 2003.
- Wilmer Cutler, CLE Course "Successful Strategies for Electronic Discovery", Washington, DC, December 2002.
- Sidley Austin, CLE Course, "Successful Strategies for Electronic Discovery", New York, November, 2002.
- Kirkland Ellis, CLE Course, "Successful Strategies for Electronic Discovery", Washington DC, October 2002.
- Sedona Working Group on Best Practices for Electronic Discovery and Production, Focal Group Member: Collecting Electronic Evidence, Distributed Data Systems, Scottsdale, AZ, October 2002.
- CLE Defense Symposium: Pitfalls, Conflicts and Hidden Liability in Major Litigation and Investigations, DuPont Primary Law Firm and Service Provider Network, "Electronic Evidence and Case Management", Los Angeles, CA, October, 2002.
- Association of Healthcare Internal Auditors, Annual Convention, "Electronic Discovery Procedure and Technique: What to expect, Why to expect it", San Antonio, TX, September, 2002.
- Miller Chevalier, CLE Course, "Successful Strategies for Electronic Discovery", Washington DC, September, 2002.
- Morrison Foerster, CLE Course, "Successful Strategies for Electronic Discovery", September, 2002.

**PROFESSIONAL AFFILIATIONS**
- Lousiana Bar Association
- DC Bar Association
- American Bar Association
- Association of Certified Fraud Examiners
- High Tech Crime Investigation Association
- Sedona Conference Working Group on Electronic Discovery
- Institute of Computer Forensics Professionals, board member
- Law Technology News, editorial advisory board member
- Georgetown Advanced Institute for e-Discovery, director