# EXHIBIT #5
# TO
# DEYOUNG DECLARATION



# U.S. Customs and Border Protection
### Securing America's Borders
**CBP.gov**

SEARCH

Home | About CBP | Contacts | Ports | Questions | Forms | Publications | Legal | Contr

**Newsroom** | **Border Security** | **Import** | **Export** | **Travel**

Home / Border Security /

## Anti-Terrorism Initiatives

 RSS



Search *Anti-Terrorism Initiatives* for:

### Border Security

**SBI: Secure Border Initiative**

**SFI: Secure Freight Initiative**

**Anti-Terrorism Initiatives**

**Border Patrol**

**CBP Air and Marine**

**Ports of Entry Security**

**International Port Security**

**Canine Programs**



Report Suspicious Activity to **1-800-BE-ALERT**

- **CBP: Securing America's Borders**
  U.S. Customs and Border Protection's top priority is to keep terrorists and their weapons from entering the United States. While welcoming all legitimate travelers and trade, CBP officers and agents enforce all applicable U.S. laws. CBP prevents narcotics, agricultural pests and smuggled goods from entering the country and also identifies and arrests those with outstanding criminal warrants. On a typical day last year, CBP officers welcomed 1.2 million people at the nation's 314 land, air and seaports while denying entry to more than 3,000 inadmissible visitors.

- **Border Security Overview**
  - 05/02/2006

- **Protecting By Air, Land, and Sea**

- **Bioterrorism**

- **Combating The Threat of Nuclear Smuggling at Home and Abroad**
  U.S. Customs and Border Protection employs a multi-layered approach to protect America from the introduction of nuclear weapons, radiation dispersal bombs (dirty bombs), and other Weapons of Mass Destruction (WMD).

- **The 2% Myth** - Automated System, Technology, People Screen Cargo for Contraband

- **DHS Organizational Chart**
  pdf - 617 KB.

▸ **Mission** ▶ *featured see also*

▸ **Photo Gallery** ▶ *featured see also*
  Photographs and videos that tell the CBP story.

section siter
*Anti-Terrorism I*

### see also:

○ on cbp.gov:

Mission

FY04 Year-End In Trends Report (pdf - 821 KB.)

Executive Summa Actions Taken Sin (doc - 31 KB.)

Photo Gallery

SBI: Secure Bord

How to Use the Website

Featured RSS Links

NEWSROOM■BORDER SECURITY■IMPORT■EXPORT■TRAVEL■CAREERS
Home■About CBP■Contacts■Ports■Questions■Forms
Publications■Legal■Contracting■Sitemap

EEO | FOIA | Privacy Statement | Get Plugins

U.S. Customs & Border Protection | 1300 Pennsylvania Avenue, NW Washington, D.C. 20229 | (202) 354-1000

H