# EXHIBIT #7
# TO
# DEYOUNG DECLARATION

## The Nation; Congress apologizes to victim of rendition

Los Angeles Times - Los Angeles, Calif.
Author: Anonymous
Date: Oct 19, 2007
Start Page: A.23
Section: Main News; Part A; National Desk
Text Word Count: 174

**Document Text**

Members of Congress apologized Thursday to a Canadian engineer seized by U.S. officials and taken to Syria, where he says

Maher Arar said he was ensnared in an "immoral" terrorism-fighting program known as extraordinary rendition. The 37-year-old Canada before a joint hearing of House subcommittees.

"Let me personally give you what our government has not: an apology," said Rep. Bill Delahunt (D-Mass.). "Let me apologize to people for our government's role in a mistake."

Rep. Dana Rohrabacher (R-Huntington Beach) also apologized but said he still supported the program.

Arar, a Syrian-born Canadian citizen, was detained by U.S. immigration agents on Sept. 26, 2002, as he stopped over in New Y International Airport on the way home from a vacation. Days later, he was sent by private jet to Syria where, according to Cana tortured.

"Life in that cell was hell. I spent 10 months and 10 days in that grave," Arar said.

Credit: From the Associated Press

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.