# EXHIBIT #10
# TO
# DEYOUNG DECLARATION

# DEPARTMENT OF HOMELAND SECURITY

# Office of Inspector General



# FISCAL YEAR 2007
# ANNUAL PERFORMANCE PLAN
# (REVISED APRIL 2007)

*Revised Fiscal Year 2007*

*Annual Performance Plan*

## Carryover Projects from FY 2006

### Coordination Between the Federal Bureau of Investigation and Immigration and Customs Enforcement on Investigations of Terrorist Financing *(Congressional)*

At the request of the Chairman of the Senate Finance Committee, we will conduct a review of allegations made by an ICE special agent in charge that the Federal Bureau of Investigation (FBI) intentionally mishandled a terrorist finance investigation conducted by his office. In addition, we will examine the success and effectiveness of a memorandum of agreement between the FBI and ICE that prescribes the cooperative measures with regard to terrorist finance investigations. This is to be a joint review with the Department of Justice OIG.

***Objectives:*** Determine whether (1) the actions of ICE and FBI personnel were appropriate, and (2) the agreement promotes effective and efficient cooperation and coordination of terrorist finance investigations. *Office of Inspections*

### Removal of a Canadian Citizen to Syria *(Congressional)*

Our office is evaluating the decision by the Immigration and Naturalization Service (INS) to remove a Canadian and Syrian citizen to Syria, where he alleges that he was tortured. The INS at John F. Kennedy International Airport detained this person on September 26, 2002, while he was returning to Montreal from a family vacation in Tunisia. He was carrying a Canadian passport. According to news reports, U.S. officials alleged that he had connections to al-Qaeda. He was consequently detained and questioned before being removed (an "extraordinary rendition") to Syria. The former Ranking Member of the House Committee on the Judiciary requested the review.

***Objectives***: Determine how U.S. immigration officials arrived at their decision to remove this person to Syria and whether the decision was made within prescribed INS policies. *Office of Inspections*

## MULTI-COMPONENTS

### DHS Counter-Terrorist Information Sharing for Critical Infrastructure Protection (HSIN Follow-Up)

There is concern about whether the federal government is effectively communicating and sharing information with private industry to help ensure rapid and effective response to failures of, or potential attacks on, critical sector operations. Sector disruptions or denial