# EXHIBIT #17
# TO
# DEYOUNG DECLARATION

Received 9/25/06 ES.

*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
425 I Street NW
Washington, DC 20536



## U.S. Immigration and Customs Enforcement

September 21, 2006

Catherine K Ronis, Esq.
Counsel to Amnesty Internation USA
Wilmer Hale
2445 M Street
Washington, DC 20037

Dear Requester:

Thank you for your Freedom of Information Act request relating to "Detainees, including 'Ghost Detainees/Prisoners," "Unregistered Detainees/Prisoners," and "CIA Detainees/Prisoners." The request has been assigned FOIA Control Number 06-DRO-22078. At the present time, we are working diligently on your request.

If you would still like the information requested, please write to the Office of Detention and Removal Operations, FOIA Section, 801 I Street NW, Room 9000, Washington, DC 20536 within 30 days of the date of this letter, and we will begin processing your request. If we do not hear from you within the 30 days, we will assume that you no longer require the information and your request will be administratively closed.

Sincerely,

Margaret M. Elizalde
Supervisory Program Analyst