# EXHIBIT #18
# TO
# DEYOUNG DECLARATION

# WILMERHALE

October 19, 2006

**Kyle M. DeYoung**

+1 202 663 6785 (t)
+1 202 663 6363 (f)
kyle.deyoung@wilmerhale.com

<u>**Via Facsimile and US Mail**</u>

Margaret M. Elizalde
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Detention and Removal Operations
FOIAA Section
801 I Street NW
Room 9000
Washington D.C. 20536
(Fax) 202-616-7612

Re:   *Case Numbers 06-DRO-22078 and 06-DRO-22079*

Dear Ms. Elizalde:

On April 25, 2006 we requested documents under the Freedom of Information Act from U.S. Immigration and Customs Enforcement on behalf of our client, Amnesty International. Our requests were assigned case numbers 06-DRO-22078 and 06-DRO-22079.

Per your correspondence dated September 21, 2006, we hereby confirm that we still require the information described in our requests. Please continue processing our requests. A copy of your office's September 21, 2006 letter is attached as Exhibit A.

Also, please provide us with an update regarding the status of our appeal dated July 3, 2006 regarding your office's denial of our request for expedited processing. A copy of this appeal is attached as Exhibit B.

Thank you for your prompt attention to this matter. If you have any questions, please contact me or Shannon Rozner at (202) 663-6815.

Sincerely,

Kyle M. DeYoung
WilmerHale
1875 Pennsylvania Avenue
Washington, DC 20006
Tel: (202) 663-6785
Fax: (202) 663-6363
E-Mail: kyle.deyoung@wilmerhale.com