# EXHIBIT #19
# TO
# DEYOUNG DECLARATION

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Camp Victory IRAQ | 20040616 | 1951 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| ▓▓▓ | ▓▓▓ | CW2 |

8. ORGANIZATION OR ADDRESS
MNF-I, C2 HIR

9. ▓▓▓ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was assigned to Abu Ghraib on 12 September 2004 as the JIDC Operations section Warrant for the 205th MI BDE. My duties, along with the other six individuals of my platoon who arrived from Camp Cropper, were to help establish operations in the Joint Interrogation Debriefing Center. When I arrived, elements of the 519th MI BN were already at Abu Ghraib. The Company Commander was either ▓▓▓ and the first sergeant was ▓▓▓ ▓▓▓ was the Joint Interrogation Debriefing Center ▓▓▓ ▓▓▓ Element OIC. The 72nd MP Co was on site and under the command and control of the 800th MP BDE. My understanding was that the Forward Operating Base at Abu Ghraib was the responsibility of the 800th MP BDE. The first days we arrived were hectic. We had to set up our billeting area, life support and start developing a work schedule for my personnel. About a day after I arrived, 10 more MI personnel arrived. These newly arrived personnel were forming the Tiger Teams (1 x Interrogator, 1 x Analyst) to augment the 519th Tiger Teams. After two days on the ground, they began interrogation operations. My six OPS personnel did not interrogate and stayed to work in the operations section. We knew why we were there. My team and I first began scrutinizing the existing requirements and detainees of interest. We continued to refine our role and responsibilities well into February when I finally departed. Familiarization (walk-through) training began the day after we arrived. The newly arrived Tiger Team personnel were familiarized with interrogation operations. They were told and shown where detainees were being held and who was segregated and why. Before the Tiger Teams began interrogation operations, they did not get a formal Interrogation Rules of Engagement, but my team had just arrived from Camp Cropper and they were aware of the IROE. As for my OPS team, I am confident they knew what the rules were as they helped implement these rules at Cropper. Once we received the actual IROE, it was not different than what we had learned at the school or what the interrogation Field Manual stated, however many school-house taught techniques had to be approved by higher. I believe we would discuss the Geneva Convention during normal conversation and although we initially did not get additional Geneva Convention training at JIDC, my team was aware of its responsibilities due to the MOS schooling they had received. Around the same time the 20 additional MI personnel arrived ▓▓▓ and ▓▓▓ was the senior MI officer in operations until ▓▓▓ arrival (around 23 September). ▓▓▓ ▓▓▓ co-seated the operations duties. ▓▓▓ arrived around the 16 h of September to work at JIDC as well. At the beginning, I thought he was governing our Operations section. He was in charge of Administrative support to JIDC and operations. He would go to the Hard Site with myself or a member of the OPS staff. I did go to him for assistance a handful of times on detainee ▓▓▓ (criminal issues) matters. More personnel from the 323rd joined us 10 days later. At first ▓▓▓ visited the site regularly, but he did not live there. Once ▓▓▓ arrived on camp, I didn't see too many changes as he appeared to be observing the existing 519th battle-plan. Communication with the MPs did not appear good at the beginning. Once ▓▓▓ became the FOB Commander, things did begin to change. The Entry Control Point to the Hard Site traffic was better tracked. The movement of detainees became smoother. Communication with MPs appeared improved and they appeared more responsive to site needs. I was never aware of, or witnessed any detainee physical abuse or inappropriate behavior of interrogation techniques or any photos or videos depicting such. A couple of times I was asked to observe an interrogation which possibly fell on the border line. I observed it and no inappropriate techniques materialized. I heard of an unauthorized interrogation by three interrogators in SEP 03. The interrogators took a female detainee, at night, and became fresh with her. I didn't fully hear what they did. The interrogators were pulled off interrogations. I do not know what punishment they received. Another time, I heard of ▓▓▓ having a detainee stripped of his clothing. Her analyst ▓▓▓ was also with her. They were pulled off interrogations. I firmly believe she was counseled by her Team Leader, ▓▓▓ and given additional training on IROE. They were not my subordinates. In mid November, a group from GTMO came to instruct us on the GTMO model and worked amongst our ranks. They outlined the responsibilities of each member and section and an Organization Chart was developed accordingly. Ghost detainees were those detainees who arrived at Abu Ghraib, but did not possess all documentation necessary for full in-processing. They were usually sourced from TF-121 or Other Governmental Agencies. ▓▓▓

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ▓ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT ___ TAKEN AT ___ DATED ___
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998     DA FORM 2823, JUL 72, IS OBSOLETE     USAPA V1.00

STATEMENT OF ▮▮▮  TAKEN AT _BAGHDAD, IZ_ DATED _16 JUN 04_

9. STATEMENT (Continued)
They were not issued an in-processing ISN until fully in-processed, and until then were tracked and accounted for by Capture Tag number and personal data. When I first arrived, there was no memorandum of ▮▮▮ as to what those procedures were. Sometimes, detainees were dropped off without any JIDC member knowing. ▮▮▮ later met with OGA and TF-121 representatives and a memorandum was drafted and agreed upon by all parties. This may have occurred sometime before Christmas. Prior to that, the MPs maintained a personal file on these ghost detainees until their necessary paperwork followed a few days later. We were frequently hit with mortars, but we were so short of personnel to get roving patrols started. I thought that there were Q-36s in country and in the area, but counter-actions in our area were not observed. ▮▮▮ brought in the 165th MI BN who has LRSD to assist with the guarding of towers and base security issues. There was also a Scout unit 82nd that arrived sometime after we did. I really do not know why we were never fully reinforced. I know that soldiers often voiced their concern of our location and the mortar attacks. I know who ▮▮▮ are. They were members of Tiger Teams. They were cross-leveled to the 325th from other units and arrived at Abu Ghraib after I did. They did not work for me. (CW2 ▮▮▮ then reviews photos and identifies ▮▮▮ possibly ▮▮▮ and possibly ▮▮▮ and a contract linguist whom he could not name in photos where detainees are being abused.) Q. Is there anything you would like to add? A. No ▮▮▮
////////////////////////////////End of Statement////////////////////////////////

AFFIDAVIT

▮▮▮, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _16_ day of _JUN_, _2004_ at _/MIR  BAGHDAD, IRAQ_

WITNESSES:
▮▮▮
_MNF-I, C-2, IMR_
ORGANIZATION OR ADDRESS

▮▮▮
_MNF-I, C-2, IMR_
ORGANIZATION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

UCMJ, ARTICLE 136
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT ▮▮▮

PAGE _2_ OF _2_ PAGES
USAPA V1.00

PAGE 3, DA FORM 2823, DEC 1998