# EXHIBIT #20
# TO
# DEYOUNG DECLARATION

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| CAMP VICTORY | 2004/05/07 | 1550 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| | | SGT |

**8. ORGANIZATION OR ADDRESS**
372nd Military Police Company

**9.** ███████ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I arrived to Abu Ghraib in mid October around the 12th. I was assigned as the Dayshift NCOIC of Tier 1. I had split responsibilities between Tower 2 and Tier 1. ███ had the night shift sometimes. The soldiers who work my area at one time or another were ███████. A lot of soldiers were interrogated from ███████ Camp Vigilant. ███████ arrived later on. Part of the platoons had the escort mission. When I first arrived no one told me the MI Procedures in relation to detainees. What I was told was my job was to manage the sleep plan, make sure the detainees were showered, got fed and didn't cause any problems, keep them from talking to one another. I was told by MI the difference between segregation and isolation. I never witnessed or had any knowledge of any detainee abuse except for the time when an interpreter kicked a detainee into the shower. I told ███ about it and told him that I would take care of it. I told the linguist that if he ever did this again, he would have to deal with me. I never saw or knew of any photos or videos of any detainees, or witnessed the use of dogs for interrogations. I did see ███ it was used but that is all I know. None of my soldiers told me of any problems with MI or detainees. I would interact with MI only when they came and picked up or drop off a detainee. They would use the stairs and the shower room in Tier 1A and 1B for interrogations when there was no room at the other sites. When MI would request to give this guy the treatment, that meant give them some Physical training, and keep them awake, monitor their sleep management. As far as clothing for detainees, at times all we had were women's underwear. We would request it from CPA and the supply system, but we never got in enough. Some of the detainees refused to wear women's underwear and we told them that was all we had. Some refused to put them on and chose to be naked. One particular detainee refused everything, food, clothing, shower and became combative. He said he was going to kill me with a missile. We had to give him an IV because he was becoming a health issue. We began shaving detainees heads because of a couple of lice problems we had. The detainees who were found with lice, had their clothing and other items burned. One detainee mentioned that a black guy had beaten him up. This particular detainee used to lie a lot. This event was unfounded. ███ never interrogated in front of us. I never saw him interrogate anyone. As far as MI encouraging MPs to abuse a detainee, I never witnessed or knew of it. "Ghost detainees" were detainees who were brought to our facility by Other Government Agencies (OGA). They were not part of our count or given an ISN. I still included them in my numbers but they didn't exist. They were kept in isolation cell to prevent them from being identified by someone else. There were some who appeared to have been beaten when they wer dropped off by OGA. I always had them checked by medical personnel when I came on shift. When we first arrived, we worked 12hr days for about 40 days. The enviroment was very stressful and Abu Ghraib was a harsh environment. Some of the detainees in isolation were kept there longer than 30 days and we would request from MI their status but we were not given one. Detainees were supposed to be kept in isolation for only 30 day. They were not supposed to be in Tier 1 for more than 30 days.
Q. Do you have anything else to add to this statement?
A. No
//////////////////////////////////End of Statement/////////////////////////////////////

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT ____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE



AG0000644

DOD 000731