# EXHIBIT #30
# TO
# DEYOUNG DECLARATION

Rec'd 7/31/06 ♊



*Information Analysis and*
*Infrastructure Protection*

**U.S. Department of Homeland Security**
Washington, DC 20528

July 25, 2006

Ms. Catherine K. Ronis
Counsel to Amnesty International USA
WilmerHale
2445 M Street
Washington, DC 20037

**Re: PREP06F145**

Dear Ms. Ronis:

This is in response to your Freedom of Information Act (FOIA) request dated April 25, 2006, on behalf of your clients, Amnesty International and Washington Square Legal Services, to the Office of Intelligence and Analysis, Department of Homeland Security (DHS). You requested information regarding individuals who were, have been, or continue to be deprived of their liberty by or with the involvement of the United States and about whom the United States has not provided public information. Your request was received in the Preparedness Directorate on April 26, 2006.

After a thorough search of the Office of Intelligence and Analysis files, no records responsive to your request were identified.

This "no records" finding may be considered an adverse determination. This determination has been made by the undersigned Initial Denial Authority. If you disagree with this decision, you may file an appeal by submitting a written notice to the following address: Chief Privacy Officer/Chief FOIA Officer, Privacy Office, Department of Homeland Security, TSA Headquarters Building, 601 S. 12th E3-S, Arlington, VA 22202. Your appeal must be postmarked within 60 calendar days from the date of this letter. The appeal should contain the FOIA case number, a concise statement of the grounds upon which the appeal is brought and a description of the relief sought. A copy of this letter should accompany your appeal. Both the envelope and your letter should clearly identify that a <u>Freedom of Information Act Appeal</u> is being made.

There are no fees associated with the processing of this request.

www.dhs.gov

Should you need further assistance, please contact me at (202) 282-8522.

Sincerely,

Sandy Ford Page, CIPP
Director, Disclosure
Initial Denial Authority
Preparedness Directorate