# AFFIDAVIT OF SERVICE

**Errol G. Hall** being duly solemnly swore, deposes and says:

That I am not a party to the action, I am over the age of eighteen and reside in Suffolk County, NY.

That on the 4th day of January 2008, I served a copy of the attached **Memorandum of Law In Support Of Plaintiffs' Cross Motion For Partial Summary Judgment and Opposition to the Department of Homeland Security's Motion For Partial Summary Judgment; Plaintiffs' Statement Pursuant to Local Rule 56.1; Declaration of Kyle M. DeYoung; and Declaration of Daniel L. Regard In Support of Plaintiffs' Opposition to Defendant Department of Homeland Security's Motion For Partial Summary Judgment and Cross Motion For Partial Summary Judgment** by mailing true copies thereof to the following:

Brian M. Feldman
Jeannette A. Vargas
Assistant United States Attorneys
Emily E. Daughtry
Special Assistant United States Attorney
Counsel for Defendant U.S. Department of Defense
86 Chambers Street, Third Floor
New York, NY 10007

_____
Errol G. Hall

Sworn to before me this

4th day of January 2008

_____
CHRISTOPHER CARRION
Notary Public, State of New York
No. 01CA6049262
Qualified in King County
Commission Expires 10 / 10 / 2010