UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS<br><br>Defendants. | ECF CASE<br><br>07 CV 5435 (LAP)<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Opposition to Defendant Department of Homeland Security's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment; (2) Rule 56.1 Statement of Undisputed Facts; (3) Declaration of Kyle M. DeYoung, dated January 4, 2008; and (4) Declaration of Daniel L. Regard II, dated January 4, 2008, Plaintiffs Amnesty International USA and Washington Square Legal Services, Inc., shall move before the Honorable Loretta A. Preska for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs hereby requests oral argument.

Respectfully submitted,

Margaret L. Satterthwaite (MS-3953)
Washington Square Legal Services, Inc.
International Human Rights Clinic
245 Sullivan Street
New York NY 10012
Tel: (212) 998-6657
Fax: (212) 995-4031
E-mail: margaret.satterthwaite@nyu.edu

Kyle M. DeYoung (KD-2181)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6785
Fax: (202) 663-6363
E-Mail Kyle.DeYoung@wilmerhale.com

*Attorneys for Amnesty International USA
and Washington Square Legal Services, Inc.*

Dated: January 4, 2008

TO: Brian M. Feldman
Jeannette A. Vargas
Assistant United States Attorneys
Emily E. Daughtry
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2777
Fax: (212) 637-2717
E-Mail: Brian.Feldman@usdoj.gov