## AFFIDAVIT OF SERVICE

**Errol G. Hall being duly solemnly swore, deposes and says:**

That I am not a party to the action, I am over the age of eighteen and reside in Suffolk County, NY.

That on the 7th day of January 2008, I served a copy of the attached **Notice of Motion** by mailing true copies thereof to the following:

Brian M. Feldman
Jeannette A. Vargas
Assistant United States Attorneys
Emily E. Daughtry
Special Assistant United States Attorney
Counsel for Defendant U.S. Department of Defense
86 Chambers Street, Third Floor
New York, NY 10007

_____
Errol G. Hall

Sworn to before me this

7th day of January 2008

_____
Notary Public

SUSAN A. DALESSANDRO
NOTARY PUBLIC, State of New York
No. 01DA4954898
Qualified in Richmond County
Commission Expires Aug. 21, 2009