MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717
Brian.Feldman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC., and
WASHINGTON SQUARE LEGAL SERVICES,
INC.,

          Plaintiffs,

          v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT
OF STATE, and THEIR COMPONENTS,

          Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 CV 5435 (LAP)

**SUPPLEMENTAL
DECLARATION OF
BRIAN M. FELDMAN**

       I, Brian M. Feldman, pursuant to 28 U.S.C. § 1746, declare as follows:

       1.      I am an Assistant United States Attorney assigned to handle the above case, and I am fully familiar with all the facts stated herein. I make this declaration in further support of the Department of Homeland Security's Motion for Partial Summary Judgment, and in opposition to Plaintiffs' Cross-Motion for Summary Judgment.

2. Attached as Exhibit A to this declaration is a true and complete copy of the Transcript of Attorney General Alberto B. Gonzales and Federal Trade Commission Chairman Deborah Platt Majoras at Press Conference Announcing Identity Theft Task Force Interim Recommendations, dated September 19, 2006, as retrieved from www.usdoj.gov.archive/ag/speeches/2006/ag_speech_0619191.html on February 1, 2008.

3. Attached as Exhibit B to this declaration is a true and complete copy of a CNN article entitled "Supreme Court expands review of U.S. War on terror," dated January 9, 2004, as retrieved from edition.cnn.com/2004/LAW/01/09/scotus.enemy.combatant/ on February 3, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 4, 2008

    /s/ Brian M. Feldman
BRIAN M. FELDMAN
Assistant United States Attorney