U.S. Department of Homeland Security
Washington, D.C. 20528



Privacy Office, Mail Stop 0550

January 16, 2008

Mr. Kyle M. DeYoung, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Re: **DHS/OS/PRIV 06-527**

Dear Mr. DeYoung:

We write to enclose certain documents responsive to the April 25, 2006, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), entitled "Request Under the Freedom of Information Act for Records Concerning Detainees, including 'Ghost Detainees/Prisoners,' 'Unregistered Detainees/Prisoners,' and 'CIA Detainees/Prisoners.'"

In our May 3, 2006 acknowledgement of the request, your firm was advised that several DHS components would respond directly to you; however, this office is now processing on behalf of DHS and its components. So far, we have fully processed 3 documents, consisting of 228 pages, which we are attaching to this letter. After carefully reviewing the responsive documents, it was determined that they are appropriate for public release. They are enclosed in their entirety; no deletions or exemptions have been claimed.

Our office continues to process your request. Please note that the mailing address for this office is now: U.S. Department of Homeland Security, Privacy Office (FOIA), 245 Murray Lane, S.W., Mail Stop #0550, Washington, D.C. 20528-0550. You may also reach this office via telephone at 1-866-431-0486 or 703-235-0790, although we request that any communications regarding the processing of this request be made through our counsel at the United States Attorney's Office for the Southern District of New York. Thank you for your patience as we proceed with your request.

Sincerely,

Vania T. Lockett
Associate Director, Disclosure & FOIA Operations

Enclosures: As stated, 228 pages

Cc:  Jeanette A. Vargas, Esq., Assistant United States Attorney
     Brian M. Feldman, Esq., Assistant United States Attorney
     Emily E. Daughtry, Esq., Special Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007

## List of Enclosures

1. Memorandum from Human Rights First to Members of the UN Human Rights Committee, dated June 7, 2006. 17 pages.

2. Torture by Proxy: International and Domestic Law Applicable to "Extraordinary Renditions." 131 pages.

3. Intelligence and Security Committee Rendition, July 2007. 80 pages.