

U.S. Department of Homeland Security
Washington, DC 20528

Privacy Office, Mail Stop 0550

January 31, 2008

Mr. Kyle M. DeYoung, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Re: **DHS/OS/PRIV 06-527**

Dear Mr. DeYoung:

We write to enclose certain documents responsive to the April 25, 2006, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), entitled "Request Under the Freedom of Information Act for Records Concerning Ghost Detainees/Prisoners,' and 'CIA Detainees/Prisoners.'"

In our January 16, 2008 letter, we released to you 3 documents, consisting of 228 pages, found to be responsive to your request. These documents were released to you in their entirety. We have now completed our review of 9 additional documents found to be responsive to your request, excluding those documents that we have referred to the Department of State and to the Department of Justice for direct response to you. After carefully reviewing the 9 documents, it was determined that 1 document will be released in full and the remaining 8 documents are appropriate for public release with certain redactions. Specifically, we are releasing the 8 documents, with certain information withheld pursuant to 5 U.S.C. § 552 (b)(2)(low) and (b)(6).

Our office continues to process your request. Because this matter is in litigation, we request that any communications regarding the processing of this request be made through our counsel at the United States Attorney's Office for the Southern District of New York. Thank you for your patience as we proceed with your request.

Sincerely,

Vania T. Lockett
Associate Director, Disclosure & FOIA Operations

Enclosures: As stated, 34 pages

Cc:  Jeanette A. Vargas, Esq., Assistant United States Attorney
     Brian M. Feldman, Esq., Assistant United States Attorney
     Emily E. Daughtry, Esq., Special Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007