**Feldman, Brian (USANYS)**

| | |
|---|---|
| From: | Kelliher, Brian D [brian.kelliher@dhs.gov] |
| Sent: | Tuesday, August 09, 2005 10:15 AM |
| To: | Kelliher, Brian (DHS) |
| Subject: | Fw: Statewatch News Online, 9 August 2005 (30/05) |

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Statewatch <office@statewatch.org>
To: news@lists.statewatch.org <news@lists.statewatch.org>
Sent: Mon Aug 08 14:25:28 2005
Subject: Statewatch News Online, 9 August 2005 (30/05)

Statewatch News Online, 9 August 2005 (30/05)
Full contents see: http://www.statewatch.org/news

1. UK: Home Office call for sweeping grounds for exclusion or deportatation
2. UK: Reactions to the government's new plans to tackle terrorism
3. UK: Prime Minister's statement on new terrorists measures
4. EU: Report for 2004: EU Network of Independent Experts on Fundamental Rights
5. EU: Data retention is no solution - petition
6. UK: LSE refutes Home Office claims
7. UK: New special forces unit tailed Brazilian
8. UK: Anti-Muslim backlash goes on by Institute of Race Relations
9. Open Letter: Attack on fundamental liberties of lawyers in Turkey
10. AI: USA/Jordan/Yemen: Torture and secret detention
11. UK: Forty-five race murders in Britain since Macpherson
12. The seizure of Indymedia's servers
13. EU: Commission: 13 new security research projects to combat terrorism
14. Suspect's tale of travel and torture
15. We are all 'terror suspects': The 'War on Terror' at home.

1. UK: New terrorism plans spelt out

The Home Office has put out sweeping grounds for exclusion or deportatation in consultation document. This spells out one of the measures in the Prime Minister's statement on new terrorists measures which includes deporting and excluding people said to be encouraging terrorism. The grounds set out in consultation document go wider than the already controversial concept of "indirect incitement". The Home Secretary would take powers to exclude those so defined (with no right of appeal except on judicial review) and to deport those with temporary or indefinite leave to remain in the UK. Now there is a "List of unacceptable behaviour" which include to "forment" (foster or stimulate) terrorism or "serious criminal acivitty" or "justify or glorify terrorism" and "those who express what the Government considers to be extreme views that are in conflict with the UK's culture of tolerance". The three statements on the government's new terrorism plans:

a. Home Office consultation document (5.8.05):
http://www.statewatch.org/news/2005/aug/uk-deportation.pdf

b. Statement by Prime Minister (5.8.05):

http://www.statewatch.org/news/2005/aug/02pm-terror-statement.htm

c. Home Secretary announces new terrorism laws (20.7.05)
http://www.statewatch.org/news/2005/jul/12uk-terr-laws-HmSec.htm

and two reactions:

The price of a chilling and counterproductive recipe - Tony Blair cannot be allowed to sell our rights and freedoms: Shami Chatrabarti (Guardian, 8.8.05):
http://www.statewatch.org/news/2005/aug/shami-chakrabarti-Guardian.pdf

Stay calm, the government says, in a mad panic itself: Proposed new anti-terrorist laws will be counterproductive article by lawyer Louise Christian (Guardian, 30.7.05):
http://www.statewatch.org/news/2005/aug/louise-christian-Guardian.pdf

2. UK: Reactions to the government's new plans to tackle terrorism: Deportation plans anger rights groups (link):
http://www.guardian.co.uk/print/0%2C3858%2C5256497-103685%2C00.html

Who will be deported and who decides? (link)
http://politics.guardian.co.uk/print/0%2C3858%2C5256517-116499%2C00.html

Gareth Peirce is lawyer who has represented many terror suspects in the British courts commented on the Prime Minister's statement: "There is nothing I can say as a lawyer that can adequately react to so terrifying an announcement. This is a statement of dangerous self-delusion, deliberately ignoring history, legality, principle and justice."

3. UK: Prime Minister's statement on new terrorists measures including deporting and excluding people said to be encouraging terrorism: Full text of new terrorism plans:
http://www.statewatch.org/news/2005/aug/02pm-terror-statement.htm

On the idea of returning people to third countries with whom the UK will sign a "memorandum of understanding" on their treatment, the first being with Jordan, Amnesty International UK said: Jordan assurances not worth the paper they are written on (press release):
http://www.statewatch.org/news/2005/jul/14uk-ai-jordan.htm

In the statement Mr Blair said that "assurances" will be sought from "around 10 such countries" including Algeria and Lebanon. See also: UK: Egyptian national "unlawfully detained" after intervention by Prime Minister (16.11.04):
http://www.statewatch.org/news/2004/nov/03blair.htm

4. EU: Annual report for 2004 from the EU Network of Independent Experts on Fundamental Rights:
http://www.statewatch.org/news/2005/jul/net-ind-experts-report-2004.pdf

The country reports can be found on: Country reports (link):
http://www.cpdr.ucl.ac.be/cridho/index.php?pageid=15

5. EU: Data retention is no solution - petition:
http://www.dataretentionisnosolution.com/

The EU is discussing proposals for the mandatory retention of traffic data for phones, faxes, e-mails, mobile phones (inc location) and internet usage for all communications by everyone. Supporting organisations: IRIS, France, BIT Internet B.V., Netherlands, Bits of Freedom, Netherlands, FIfF, Germany, Electronic Frontier Finland ry, Finland, Netzwerk Neue Medien,

Germany Luna.nl, Netherlands, SIUG, Switzerland, Stop1984, Germany, CPSR-ES, Spain, Privacy International, UK, Statewatch, UK, GreenNet, UK, Digital Rights, Denmark and 19,778 individuals (8.8.05)

6. UK: The London School of Economics says the Home Office's recent rebuttal of their critique of the Government's identity cards scheme was misleading and inaccurate, containing "substantial errors and misrepresentation of fact":

a. LSE response to HO critique:
http://www.statewatch.org/news/2005/aug/LSE-response-to-HomeOffice.pdf

b. Home Office critique
http://www.statewatch.org/news/2005/aug/HO-response-to-LSE-report.pdf

c. The Identity Project: an assessment of the UK Identity Cards Bill and its implications (published by the LSE) 27 June 2005 (2.5 MB, pdf):
http://www.statewatch.org/news/2005/jun/identityreport.pdf

7. UK: New special forces unit tailed Brazilian (Jean Charles de Menezes shot dead by police on 22 July 2005) (Guardian, link):
http://www.guardian.co.uk/print/0%2C3858%2C5254652-103690%2C00.html

This article reports that the Special Reconnaissance Regiment of the army, set up in April 2005, was involved in the surveillance operation that led to the shooting. The regiment apparently "absorbed" the 14th Intelligence Company which for years operated covertly in Northern Ireland.

8. UK: Anti-Muslim backlash goes on by Institute of Race Relations. 4 August 2005. A month after the London bombings, police forces across the country are reporting rising levels of racial incidents (link):
http://www.irr.org.uk/2005/august/ha000009.html

9. Invitation to sign Open Letter: Attack on fundamental liberties of lawyers in Turkey from the Haldane Society:
http://www.statewatch.org/news/2005/aug/open-letter-defend-lawyers.pdf

10. Amnesty International: USA/Jordan/Yemen: Torture and secret detention: Testimony of the 'disappeared' in the 'war on terror' (link):
http://web.amnesty.org/library/print/ENGAMR511082005

11. UK: Forty-five race murders in Britain since Macpherson - Figures released today by the Institute of Race Relations show that there have been forty-five murders with a known or suspected racial element since the publication of the Macpherson report in February 1999 (link):
http://www.irr.org.uk/2005/august/ak000005.html

12. The seizure of Indymedia's servers in London (link to EFFI):
http://www.eff.org/Censorship/Indymedia/

Fascinating detail and documentation is provided by the Electronic Frontiers Foundation in the USA who worked to get key documents released. The documents confirm
that the US court order only required Rackspace to produce "log files in relation to the creation and updating of the web spaces corresponding to" particular URLs. On 7 October 2004, however, Rackspace said that it had "received a federal order to provide your [Indymedia's] hardware to the requesting agency." The fact that no official request was made to the UK government confirms the view that the seizure of the servers in London by the FBI was not lawful.

See also: Was the seizure of Indymedia's servers in London unlawful or did the UK government collude?
http://www.statewatch.org/news/2004/oct/04uk-usa-indymedia.htm

13. European Commission announces 13 new security research projects to combat terrorism: http://www.statewatch.org/news/2005/aug/com-security-res.pdf

14. Suspect's tale of travel and torture: Alleged bomb plotter claims two and a half years of interrogation under US and UK supervision in 'ghost prisons' abroad (Guardian):
http://www.guardian.co.uk/print/0%2C3858%2C5252994-111575%2C00.html

Benyam Mohammed travelled from London to Afghanistan in July 2001, but after 11 September he fled to Pakistan. He was arrested at Karachi airport on April 10 2002, and describes being flown by a US government plane to a prison in Morocco. These are extracts from his diary: 'One of them made cuts in my penis. I was in agony':
http://www.guardian.co.uk/print/0%2C3858%2C5252993-103690%2C00.html

15. UK: Campaign Against Criminalising Communities (CAMPACC): We are all 'terror suspects': The 'War on Terror' at home:
http://www.statewatch.org/news/2005/aug/campacc-leaflet05.pdf


BOOKMARK

News online - full contents:
http://www.statewatch.org/news
What's New on the Statewatch site:
http://www.statewatch.org/whatsnew.htm
Statewatch European Monitor:
http://www.statewatch.org/monitor/monitor.html

---

Statewatch: Monitoring the state and civil liberties in Europe
PO Box 1516, London, N16 0EW. UK
tel: +44(0)20-8802-1882; fax: +44(0)20-8880-1727
<http://www.statewatch.org>

To unsubscribe send an email with 'remove' in the subject line to <office@statewatch.org> from the address you would like to remove