**Lockett, Vania**

| | |
|---|---|
| From: | Prendergast, Kathy |
| Sent: | Friday, May 25, 2007 1:30 PM |
| To: | Montgomery, Kathleen; Courtwright-Rodriguez, Susan |
| Subject: | FW: UN Spec Rapporteur's preliminary findngs today |
| Attachments: | press release USA 25 May 07 revised 11am.doc |

(b)(6)

Fyi, from ▮▮▮ on U.N. Special Rapporteur's visit/report (see attached). Fyi. Kathy

Kathy Prendergast
Public Liaison Officer
U.S. Department of Homeland Security
(b)(2)(low)
ph: ▮▮▮
fx: ▮▮▮
kathy.prendergast@dhs.gov

(b)(6)
**From:** ▮▮▮ [mailto:▮▮▮
**Sent:** Friday, May 25, 2007 1:29 PM
**To:** Haun, Kathryn (NSD); Baker, Stewart; Prendergast, Kathy M
**Subject:** UN Spec Rapporteur's preliminary findngs today

(b)(6)
▮▮▮ went to the press conference and there was a grad student there covering for UPI - who seems the only one with the widest wing span. Only about 4 or 5 reporters. C-Span may play it later, but I can't believe they even had a camera there.

He said he would give the US Govt his report for comments in August and then report in Sept to the UN Human Rights Commission.

He clearly was fristrated about GITMO, not getting access to detainees and CIA detention issues.

(b)(6)
Let us know if you guys hear more.... thanks, ▮▮▮

(b)(6)
▮▮▮ Director
Executive Branch Relations
The Heritage Foundation
214 Mass. Ave., NE
Washington, D.C. 20002
(b)(6)
www.heritage.org  ▮▮▮@heritage.org
(202) 608-▮▮▮  (202) 608-▮▮▮ fax

12/20/2007