**Lockett, Vania**

From: Prendergast, Kathy
Sent: Friday, May 25, 2007 2:01 PM
To: Montgomery, Kathleen; Courtwright-Rodriguez, Susan
Subject: FW: UN Spec Rapporteur's preliminary findngs today

(b)(6)

Follow up note to the original group ▮ included on her email – fyi (see below.)

Kathy Prendergast
Public Liaison Officer
U.S. Department of Homeland Security
ph: ▮
fx: ▮
kathy.prendergast@dhs.gov

(b)(2)(low)

(b)(6)

From: Haun, Kathryn (NSD) [mailto:Kathryn.Haun@usdoj.gov]
Sent: Friday, May 25, 2007 2:00 PM
To: ▮ ; Baker, Stewart (DHS); Prendergast, Kathy (DHS)
Subject: RE: UN Spec Rapporteur's preliminary findngs today

Thanks for passing this along. DOJ is preparing its response internally, but the preliminary findings don't look like they will receive much coverage.

(b)(6)

From: ▮ [mailto: ▮ @heritage.org]
Sent: Friday, May 25, 2007 1:29 PM
To: Haun, Kathryn (NSD); Baker, Stewart (DHS); Prendergast, Kathy (DHS)
Subject: UN Spec Rapporteur's preliminary findngs today

(b)(6)

▮ went to the press conference and there was a grad student there covering for UPI - who seems the only one with the widest wing span. Only about 4 or 5 reporters. C-Span may play it later, but I can't believe they even had a camera there.

He said he would give the US Govt his report for comments in August and then report in Sept to the UN Human Rights Commission.

He clearly was fristrated about GITMO, not getting access to detainees and CIA detention issues.

(b)(6)

Let us know if you guys hear more.... thanks, ▮

(b)(6)

▮ , **Director**
Executive Branch Relations
The Heritage Foundation
214 Mass. Ave., NE
Washington, D.C. 20002
www.heritage.org ▮ @heritage.org
(202) 608 ▮ /(202) 608 ▮ - fax

(b)(6)

12/20/2007