# AFFIDAVIT OF SERVICE

**Errol G. Hall being duly solemnly sworn, deposes and says:**

That I am not a party to the action, I am over the age of eighteen, and reside in Suffolk County, NY.

That on the 15th day of February 2008, I served a copy of the attached **Memorandum of Law In Further Support of Plaintiffs' Cross-Motion For Summary Judgment and Opposition To Department of Homeland Security's Motion For Partial Summary Judgment** by mailing a true copy thereof to the following:

Brian M. Feldman
Jeannette A. Vargas
Assistant United States Attorneys
Emily E. Daughtry
Special Assistant United States Attorney
Counsel for Defendant U.S. Department of Homeland Security
86 Chambers Street, Third Floor
New York, NY 10007

_____
Errol G. Hall

Sworn to before me this
15th day of January 2008

_____
Notary Public

CHRISTOPHER CARRION
Notary Public, State of New York
No. 01CA6049262
Qualified in King County
Commission Expires 10 / 10 / 2010