

February 15, 2008

**Via Federal Express**

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

# WilmerHale

Kyle M. DeYoung

+1 202 663 6785 (t)
+1 202 663 6363 (f)
kyle.deyoung@wilmerhale.com

Re:   *Amnesty International USA et al. v. Central Intelligence Agency et al.* – 07 CV 5435

Dear Judge Preska:

Please find enclosed a courtesy copy of Plaintiffs' Memorandum of Law In Further Support of Plaintiffs' Cross-Motion For Summary Judgment and Opposition To Department of Homeland Security's Motion For Partial Summary Judgment, dated February 15, 2008, which was filed and served in the above-referenced case.

Also, Plaintiffs respectfully request leave from the Court, nunc pro tunc, to file a 15-page memorandum of law. This page extension is necessary to allow Plaintiffs to respond to all the points addressed in Defendant DHS' 35-page opposition/reply brief, filed on February 4, 2008. Defendant DHS has granted its consent to this request.

We respectfully thank the Court for its consideration of this request.

Sincerely,

Kyle M. DeYoung

cc:   **By Electronic Mail (w/o enclosures)**
Jeannette Vargas, Esq.
Brian Feldman, Esq.
Emily Daughtry, Esq.
Margaret L. Satterthwaite, Esq.
Shayana Kadidal, Esq.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 20, 2008

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Baltimore   Beijing   Berlin   Boston   Brussels   London   New York   Oxford   Palo Alto   Waltham   Washington