USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Amnesty International, et al.    :    07 civ. 5435 (LAP)
                  Plaintiff(s),  :
                                 :    SCHEDULING ORDER
        -against-                :
                                 :
CIA, et al.                      :
                  Defendant(s).  :
                                 :
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on April 23, 2008 at 9:00 a.m. for oral argument in the above-captioned action.

SO ORDERED

March 3, 2008

_____
Loretta A. Preska, U.S.D.J.