

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Chambers Street*
*New York, New York 10007*

April 10, 2008

RECEIVED

A ? 1 1 2008

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

**BY HAND**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:  **Amnesty Int'l USA, et al. v. CIA, et al.**
      07 Civ. 5435 (LAP)

Dear Judge Preska:

The Government respectfully requests leave from the Court to file a 40-page memorandum of law. On April 14, 2008, the Central Intelligence Agency ("CIA") intends to file a motion for summary judgment in the above-referenced Freedom of Information Act ("FOIA") case. This page extension is necessary to allow the CIA to adequately address in detail the 250 withheld documents that are the subject of the motion. Plaintiffs have granted their consent to this request for an extension of the page limitation.

We respectfully thank the Court for its consideration of this request.

So ordered
Loretta C Preska
USDJ

April 11, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

JEANNETTE A. VARGAS
BRIAN M. FELDMAN
Assistant United States Attorneys
EMILY E. DAUGHTRY
Special Assistant United States Attorney
Telephone Nos. (212) 637-2678/2777/1579

cc:   Kyle M. DeYoung, Esq. (by electronic mail)
      Shannon Rozner, Esq. (by electronic mail)