AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC., and WASHINGTON SQUARE LEGAL SERVICES, INC.,

Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS,

Defendants.

**APPEARANCE**

Case Number: 07 CV 5435

ECF CASE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CENTER FOR CONSTITUTIONAL RIGHTS.

I certify that I am admitted to practice in this court.

| April 16, 2008 | /s/ Gitanjali S. Gutierrez |
|---|---|
| Date | Signature |

| Gitanjali S. Gutierrez | GG0122 |
|---|---|
| Print Name | Bar Number |

Center for Constitutional Rights, 666 Broadway
Address

| New York | N.Y. | 10012 |
|---|---|---|
| City | State | Zip Code |

| (212) 614-6485 | (212) 614-6499 |
|---|---|
| Phone Number | Fax Number |