UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC., and WASHINGTON SQUARE LEGAL SERVICES, INC.,

              Plaintiffs,

              v.

CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, and THEIR COMPONENTS,

              Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 CV 5435 (LAP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of the Central Intelligence Agency's Motion for Summary Judgment; (2) Declaration of Ralph S. DiMaio; (3) Declaration of Paul P. Colborn; (4) Declaration of Philip J. McGuire; (5) Declaration of Karen L. Hecker; (6) Declaration of Margaret P. Grafeld; (7) Declaration of Dione Jackson Stearns; (8) Declaration of John F. Hackett; and (9) Declaration of William T. Kammer, and accompanying exhibits, defendant the Central Intelligence Agency, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be served by May 14, 2008.

Dated: New York, New York
April 21, 2008

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York,
        Attorney for Defendant
        Central Intelligence Agency

By:   /s/
      JEANNETTE A. VARGAS
      BRIAN M. FELDMAN
      Assistant United States Attorneys
      EMILY E. DAUGHTRY
      Special Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone Nos. (212) 637-2678/2777/1579
      Facsimile Nos. (212) 637-2717/2702

TO: Kyle M. DeYoung, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Lead Counsel for Plaintiffs