DOC 250

UNCLASSIFIED         0001442

SECRET

16 February 2006

FOR: Office of the General Counsel, ███
     J-5 Detainee Affairs Division, ███
     Office of Detainee Affairs, ███

FROM: Defense Sensitive Support Activity
      Special Advisory Staff, ███

Subject: Request for Security Review (SAS-D-060154)

(S) The attached is a HQDA request for a security review of an official statement. Specifically, the statement refers to CIA activities on pages 4, 15, and 17.

(U) Since this document will be introduced during a 27 Feb hearing and 11 March trial, request you provide us your review by 25 Feb. Please call me at ███ if you have any questions.

SECRET

Classified by: DoDD 5210.36
Reason: 1.5 (a), (c)
Declassify on: 1 February 2031

UNCLASSIFIED