**DOC 51**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC C 0004 |
| Date of Document: | August 1, 2004 |
| Document Type: | Cable |
| Classification: | Top Secret |
| From/To: | From HQ to Field |
| Subject: | Intelligence Operations |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 1-page document is a NCS cable, dated August 1, 2004, and it bears the classification mark TOP SECRET. This cable consists of a half page of distribution information and half a page of text. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

Finally, the document is also exempt pursuant to exemption (b)(5). The cable conveys

confidential legal advice and analysis provided to the CIA by DOJ attorneys, which was based on facts provided to DOJ by CIA, and is therefore withheld in part pursuant to the attorney-client privilege. In addition, the legal advice contained in the cable was provided by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld pursuant to the attorney work product privilege. Finally, the cable states that a particular issue had not yet been decided by CIA Headquarters. The document is therefore pre-decisional and is withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 52**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC C 0005 |
| **Date of Document:** | August 1, 2004 |
| **Document Type:** | Cable |
| **Classification:** | Top Secret |
| **From/To:** | From Field to HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition :**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This 3-page document is a NCS cable, dated August 1, 2004, and it bears the classification mark TOP SECRET. This cable consists of a half page of distribution information and two pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 53**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC C 0006 |
| Date of Document: | December 23, 2005 |
| Document Type: | Cable |
| Classification: | Top Secret |
| From/To: | From HQ to Field |
| Subject: | Intelligence Operations |
| Document Pages: | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 3-page document is a NCS cable, dated December 23, 2005, and it bears the classification mark TOP SECRET. This cable consists of one page of distribution information and two pages of text. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

Finally, the document is also exempt pursuant to exemption (b)(5). The cable contains legal

advice and analysis and is therefore withheld pursuant to the attorney-client privilege. In addition, the legal advice contained in the cable was provided by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld pursuant to the attorney work product privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 54**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC C 0007 |
| Date of Document: | August 1, 2004 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | From Field to HQ |
| Subject: | Intelligence Operations |
| Document Pages: | 2 |

FOIA Exemptions:
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

Privacy Act Exemptions:
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

Disposition:
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated August 1, 2004, and it bears the classification mark SECRET. This cable consists of a half page of distribution information and a page and a half of text. This document is withheld in full based on exemptions b(1), b(2) and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 55**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC C 0008 |
| Date of Document: | August 1, 2004 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | From Field to HQ |
| Subject: | Intelligence Operations |
| Document Pages: | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :**  This 2-page document is a NCS cable, dated August 1, 2004, and it bears the classification mark SECRET. This cable consists of a half page of distribution information and one and a half pages of text.  This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3).  The internal distribution information includes filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2).  In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government.  Disclosure of this information would reasonably be expected to cause serious damage to the national security.  In particular, the document tends to reveal certain intelligence methods and activities.  The document also reveals CIA cryptonyms and foreign activities of the CIA.  Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC C 0009 |
| **Date of Document:** | November 18, 2004 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | From HQ to Field |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This two-page document consists of two one-page NCS cables. Each cable contains a half page of distribution information and a half page of text. The first cable is dated November 18, 2004 and the second cable is dated November 23, 2004. Both cables bear the classification mark SECRET. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

Finally, the document is also exempt pursuant to exemption (b)(5). The cable contains legal

advice and analysis and is therefore withheld pursuant to the attorney-client privilege.  In addition, the legal advice contained in the cable was provided by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld pursuant to the attorney work product privilege.  Moreover, the cable includes policy options, analysis, and recommendations regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 57**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC C 0010 |
| **Date of Document:** | January 12, 2006 |
| **Document Type:** | Cable |
| **Classification:** | SCI, Secret |
| **From/To:** | From Field to HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 4 |

| FOIA Exemptions: | Privacy Act Exemptions : | Disposition : |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☒ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description :** This 4-page document is a NCS cable, dated January 12, 2006, and it bears the classification mark SECRET. This cable consists of a page of distribution information and 3 pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The internal distribution information includes filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 58**

# Amnesty International v. CIA, et al.

| | |
|---:|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0001 |
| **Date of Document:** | December 19, 2006 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | CIA/OCA to Staff of a Congressional Committee |
| **Subject:** | Response to Questions |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This six-page document consists of a one-page distribution slip, two one-page cover sheets indicating the classification of the attached document, and a three-page letter from the CIA to a congressional committee. The letter provides answers to specific questions posed by the committee. The document is dated December 19, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), and (b)(3). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Finally, the distribution slip contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 59**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0003 |
| **Date of Document:** | September 24, 2004 |
| **Document Type:** | |
| **Classification:** | Unclassified |
| **From/To:** | |
| **Subject:** | |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document consists of a one-page distribution slip and a one-page letter from the CIA Director of Congressional Affairs to a member of Congress. The document is dated September 23, 2004 and does not bear a classification marking.

This document is withheld in part. Information within the distribution slip contained within the document is withheld pursuant to exemptions (b)(2) and (b)(3), as it was created solely pursuant to internal administrative practices and consisting of administrative and organizational information. In addition, information about CIA official titles, internal organizational data, functions, and names were withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

All meaningful, reasonably segregable portions of the document have been released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 60**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0005 |
| Date of Document: | August 24, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Secret |
| From/To: | From CIA/OCA to Committees of Congress |
| Subject: | Background Paper |
| Document Pages: | 11 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 11-page document consists of a one-page distribution slip, a one-page cover sheets indicating the classification of the attached document, and nine pages of letters from the CIA to members of Congress. The document is dated August 24, 2004 and bears the classification SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), and (b)(3). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Finally, the distribution slip contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 61**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0007 |
| Date of Document: | May 22, 2006 |
| Document Type: | Memo |
| Classification: | SCI, Top Secret |
| From/To: | Written by a CIA employee |
| Subject: | Intelligence Operations |
| Document Pages: | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a 7-page paper discussing the status of and options regarding a particular set of issues. The document is dated May 22, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

In addition, the document discusses issues under consideration within the executive branch and identifies certain issues as not yet decided. The document is therefore also properly withheld pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 62**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0009 |
| Date of Document: | September 11, 2004 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | Executive Secretary of the NSC to Senior Policymakers |
| Subject: | Agenda for a Meeting |
| Document Pages: | 8 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This eight-page document consists of two one-page distribution slips and a six-page memorandum concerning the agenda for an upcoming meeting of the Principals Committee of the National Security Council. The memorandum is addressed to senior Presidential advisors, including the Counsel to the President and the Chief of Staff to the President. The document is dated September 11, 2004. The first page of the memorandum bears the classification CONFIDENTIAL and the remaining five pages of the memorandum bear the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage and serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by high-level government officials. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential

communications privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 63**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0011 |
| **Date of Document:** | September 13, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From CIA to the White House |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a four-page letter from the CIA to the White House regarding a particular policy decision under consideration and a one-page email relating to the letter. Although the letter is undated, the email is dated September 13, 2004. The document bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by the CIA to the White House. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 64**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0013 |
| **Date of Document:** | May 1, 2007 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From a member of Congress to the DCIA |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This document consists of a one-page fax cover sheet and a six-page letter from a member of Congress to the DCIA concerning a particular policy issue. The document is dated May 1, 2007 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 65**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0015 |
| **Date of Document:** | August 7, 2006 |
| **Document Type:** | |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Draft legal opinion |
| **Document Pages:** | 14 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 14-page document is a draft legal opinion from the Department of Justice Office of Legal Counsel to the CIA Office of General Counsel. The legal opinion provides legal analysis and advice based on a request from, and facts provided by, the CIA. The document is dated August 7, 2006, is marked "DRAFT," and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The draft opinion consists of confidential legal advice and analysis provided to the CIA by DOJ OLC, which was based on facts provided by the CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Finally, the legal opinion is marked "DRAFT" and therefore contains preliminary impressions, analysis, and recommendations as to what the final product should be. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the

document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 66**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0017 |
| **Date of Document:** | August 4, 2006 |
| **Document Type:** | Memo |
| **Classification:** | Top Secret |
| **From/To:** | From foreign liaison to CIA/OGC attorney |
| **Subject:** | Summary of a Meeting |
| **Document Pages:** | 9 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of one two-page memorandum, one six-page draft memorandum, and a one-page fax cover sheet. The memoranda summarizes a number of legal issues discussed at a recent meeting attended by, inter alia, CIA attorneys. The document is dated August 4, 2006 and bears the classification TOP SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The memoranda discuss legal advice and analysis provided by CIA and DOJ attorneys. The document is therefore withheld pursuant to the attorney-client communication privilege. The legal advice and analysis contained in the memoranda was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is also therefore withheld in full pursuant to the attorney work-product privilege. In addition, the draft memorandum also contains various policy options under consideration by the executive branch and is therefore withheld pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 67**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0019 |
| **Date of Document:** | October 22, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From CIA/OGC to DOJ/OLC |
| **Subject:** | Facts |
| **Document Pages:** | 4 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☒ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This document consists of a two-page letter from the CIA Office of General Counsel to DOJ Office of Legal Counsel, a one-page fax cover sheet, and a one-page fax confirmation sheet. The letter concerns a draft legal opinion being prepared at the request of the CIA, and provides additional facts to DOJ for the purpose of obtaining legal advice. The document is dated October 22, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter contained within the document refers to a draft legal opinion and provides additional facts and information requested by DOJ for the purpose of proving the CIA with legal analysis and advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly

withheld in full pursuant to the deliberative process privilege.

Finally, the fax cover sheet and fax confirmation sheet contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 68**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0021 |
| **Date of Document:** | July 3, 2006 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Legal Advice |
| **Document Pages:** | 11 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 11-page document is a classified draft legal opinion from the Department of Justice Office of Legal Counsel to the CIA Office of General Counsel. The legal opinion provides legal analysis and advice based on a request from, and facts provided by, the CIA. The document is dated July 3, 2006, is marked "DRAFT," and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The draft opinion consists of confidential legal advice and analysis provided to the CIA by DOJ OLC, which was based on facts provided by the CIA, and is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Finally, the legal opinion is marked "DRAFT" and therefore contains preliminary impressions, analysis, and recommendations as to what the final product should be. The legal opinion contains handwritten notes revealing questions and edits to the opinion, thereby revealing internal deliberations of government officials. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers

with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 69**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0023 |
| Date of Document: | September 19, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From CIA/OGC to DOJ/OLC |
| Subject: | Request for Legal Advice |
| Document Pages: | 8 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☒ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This document consists of a six-page letter from the CIA Office of General Counsel to DOJ OLC, a one-page fax confirmation sheet, and a one-page fax cover sheet. The letter requests a legal opinion on a particular issue and provides detailed facts as context for the legal opinion. The document is dated September 19, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter seeks a legal opinion from DOJ OLC and provides facts for the purpose of obtaining legal analysis and advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the fax confirmation sheet and fax cover sheet contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 70**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0025 |
| **Date of Document:** | August 31, 2006 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Legal Advice |
| **Document Pages:** | 14 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a 14-page legal opinion from DOJ OLC to the CIA Office of General Counsel. The legal opinion provides legal analysis and advice based on a set of facts provided by the CIA. The document is dated August 31, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The legal opinion provides legal analysis and advice in response to a request from the CIA, and based on facts provided by the CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0028 |
| Date of Document: | December 30, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From CIA/OGC to DOJ/OLC |
| Subject: | Facts |
| Document Pages: | 19 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** OGC O 27 was determined to have been previously released in full and is publicly available. Thus, OGC O 28 was selected to appear on the Vaughn index.

This document consists of a one-page letter from the CIA Office of General Counsel to DOJ OLC and an 18-page memorandum providing facts to DOJ OLC for the purpose of obtaining legal advice. The document is dated December 30, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The document provides detailed facts to DOJ

OLC for the purpose of obtaining legal advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the document were prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 72**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0029 |
| **Date of Document:** | December 8, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Secret |
| **From/To:** | From CIA/OGC to DOJ/OLC |
| **Subject:** | Request for Legal Advice |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document consists of a two-page letter from the CIA Office of General Counsel to DOJ OLC and a one-page distribution slip. The letter requests a legal opinion on a particular issue and provides facts for the purpose of obtaining legal advice. The document is dated December 8, 2004 and bears the classification SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter seeks a legal opinion from DOJ OLC and provides facts for the purpose of obtaining legal advice and analysis. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the distribution slip contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 73**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0031 |
| Date of Document: | UNDATED |
| Document Type: | Miscellaneous |
| Classification: | SCI, Top Secret |
| From/To: | Created by an unknown person |
| Subject: | Questions and potential answers |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) c
- ☐ (b) (7) d
- ☐ (b) (7) e
- ☐ (b) (7) f

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This four-page document is a draft of questions and answers on a particular issue. The document is undated and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The document is a draft and therefore contains preliminary impressions, analysis, and recommendations as to what the final actions should be. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 74**

# Amnesty International v. CIA, et al.

**FOIA/PA Request No.:** F-05-00498, F-06-01014, F-06-00994

**Document Number:** OGC O 0033

**Date of Document:** UNDATED

**Document Type:** Miscellaneous

**Classification:** Top Secret

**From/To:** Created by an unknown person

**Subject:** Questions

**Document Pages:** 2

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This is a two-page document containing a series of questions. The document is undated and bears the classification TOP SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 75**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0035 |
| **Date of Document:** | August 26, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Legal Advice |
| **Document Pages:** | 3 |

**FOIA Exemptions :**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition :**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This document consists of a one-page distribution slip and a two-page legal opinion from DOJ OLC to the CIA Office of General Counsel. The legal opinion provides legal analysis and advice prepared at the request of, and based on facts provided by, the CIA. The document is dated August 26, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The legal opinion provides legal analysis and advice prepared at the request of, and based on a set of facts provided by, the CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the distribution slip contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number :** 07-cv-5435
**Judge's Initials :** LAP

**DOC 76**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0037 |
| **Date of Document:** | August 25, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From CIA/OGC to DOJ/OLC |
| **Subject:** | Request for Legal Advice |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page distribution sheet, a one-page fax cover sheet, and a five-page letter from the CIA Office of General Counsel to DOJ OLC. The letter requests a legal opinion on a particular issue and provides detailed facts as context for the legal opinion. The document is dated August 25, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter seeks a legal opinion from DOJ and provides facts for the purpose of obtaining legal advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the distribution slip and fax cover sheet contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 77**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0039 |
| **Date of Document:** | November 17, 2006 |
| **Document Type:** | MFR |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Created by a CIA employee |
| **Subject:** | Briefing |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a three-page draft summary of a closed-session congressional briefing. The document is dated November 17, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Finally, the document is withheld pursuant to exemption (b)(5). The document is marked "DRAFT" and therefore contains preliminary impressions, analysis, and recommendations as to what the final product should be. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 78**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0041 |
| Date of Document: | August 6, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From DOJ/OLC to CIA/OGC |
| Subject: | Legal Advice |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page legal opinion from DOJ OLC to the CIA Office of General Counsel. The legal opinion provides legal analysis and advice prepared at the request of, and based on facts provided by, the CIA. The document is dated August 6, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The legal opinion provides legal analysis and advice prepared at the request of, and based on a set of facts provided by, the CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number :** 07-cv-5435
**Judge's Initials :** LAP

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0043 |
| **Date of Document:** | September 22, 2006 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Member of Congress to ODNI |
| **Subject:** | Classification Review |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
○ Denied in Full
● Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document consists of a one-page fax cover sheet and a three-page letter from a member of Congress to the DNI concerning a particular policy issue. The document is dated September 22, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in part based on FOIA exemptions (b)(1), (b)(3), and b(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also contains information exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

Portions of this document are also withheld on the basis of exemption b(5). There are handwritten notes on portions of the document commenting on its text. These notations reveal the reactions, analysis, and internal deliberations of the reviewing official and are properly withheld under b(5).

All meaningful, reasonably segregable portions of the document have been released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 80**

# Amnesty International v . CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0045 |
| Date of Document: | August 5, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From CIA/OGC to DOJ/OLC |
| Subject: | Facts |
| Document Pages: | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This document consists of a one-page fax cover sheet and a two-page letter to DOJ OLC from the CIA Office of General Counsel. The letter provides factual information in response to a query from DOJ OLC. The document is dated August 5, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter provides factual information to DOJ OLC to assist DOJ OLC in providing the CIA with legal analysis and advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal advice, and the facts provided for the purpose of obtaining such legal advice, were prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the fax cover sheet contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 81**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0047 |
| Date of Document: | July 30, 2004 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From CIA/OGC to DOJ/OLC |
| Subject: | Request for Legal Advice |
| Document Pages: | 14 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page fax cover sheet and a 13-page letter to DOJ OLC from the CIA Office of General Counsel. The letter requests a legal opinion from DOJ OLC and provides facts necessary for that opinion. The document is dated July 20, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter requests legal analysis and advice from DOJ OLC and provides facts for the purpose of obtaining a legal opinion. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for a legal opinion was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the fax cover sheet contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 82**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0050 |
| Date of Document: | February 9, 2007 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From the State Department Legal Adviser to DOJ OLC |
| Subject: | Comments on a draft |
| Document Pages: | 12 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** OGC O 49 was referred to another agency. Thus, OGC O 50 was selected to appear on the Vaughn index.

This document consists of a one-page fax cover sheet and an 11-page letter from the State Department Legal Adviser to DOJ OLC regarding a draft DOJ OLC legal opinion. The document is dated February 9, 2007 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter discusses in detail a draft DOJ

OLC legal opinion, including its legal analysis and the specific factual context. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the draft legal opinion discussed in the letter was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Finally, the letter discusses issues under consideration at DOJ OLC and other government agencies, and expresses recommendations regarding actions to be taken by other government agencies. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435<br>Judge's Initials: LAP

**DOC 83**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0051 |
| Date of Document: | February 18, 2007 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From DOJ OLC to the State Department Legal Adviser |
| Subject: | Comments on a draft |
| Document Pages: | 20 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of two one-page fax cover sheets and an 18-page letter from DOJ OLC to the State Department. The letter concerns a draft legal opinion prepared by DOJ OLC for the purpose of providing legal advice to the CIA. The document is dated February 18, 2007 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter discusses legal analysis and advice that DOJ OLC had circulated in draft form at the request of and for the purpose of providing legal advice to the CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal analysis and advice discussed in the letter were prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Finally, the letter discusses issues under consideration at DOJ OLC and other government agencies, and expresses recommendations regarding actions to be taken by other government agencies. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 84**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0053 |
| **Date of Document:** | January 4, 2005 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From the CIA/OGC to DOJ/OLC |
| **Subject:** | Facts |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page fax cover sheet from the CIA Office of General Counsel to DOJ OLC and a 5-page memorandum. The memorandum provides facts to DOJ OLC for the purpose of obtaining legal advice. The document is dated January 4, 2005 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The memorandum provides facts to assist DOJ OLC in providing the CIA with legal analysis and advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, this factual information was provided to attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the fax cover sheet contained within the document is withheld in full pursuant to exemption (b)(2) and (b)(3), as it was created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 85**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0055 |
| **Date of Document:** | January 16, 2007 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From the DCIA to a member of Congress |
| **Subject:** | Nomination |
| **Document Pages:** | 11 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page routing slip, a two-page letter from the DCIA to a member of Congress dated January 16, 2007, a one-page distribution slip, a one-page routing slip, and a six-page letter from a member of Congress to the DCIA dated August 23, 2006. The first routing slip and the six-page letter bear the classification TOP SECRET//SCI, and the second routing slip bears the classification TOP SECRET. The two-page letter and the distribution slip do not bear classification markings.

The document is withheld in part based on FOIA exemptions (b)(1), (b)(2) and (b)(3).

Portions of this document that bear classification markings contain information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

Portions of this document that bear classification markings are also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

In addition, the routing slips and distribution slip contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

All meaningful, reasonably segregable portions of the document have been released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

**DOC 86**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0057 |
| **Date of Document:** | September 6, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Legal Advice |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page letter from DOJ OLC to the CIA Office of General Counsel. The letter provides legal analysis and advice prepared at the request of, and based on facts provided by, the CIA. The document is dated September 6, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter from DOJ OLC provides legal analysis and advice based on a request from, and facts provided by, CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal advice was requested and prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 87**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0059 |
| **Date of Document:** | August 6, 2004 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From DOJ/OLC to CIA/OGC |
| **Subject:** | Legal Advice |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page letter from DOJ OLC to the CIA Office of General Counsel. The letter contains legal analysis and advice prepared at the request of, and based on facts provided by, the CIA. The document is dated August 6, 2004 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter from DOJ OLC provides legal analysis and advice based on a request from, and facts provided by, CIA. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the legal advice was requested and prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 88**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OGC O 0061

Date of Document: January 4, 2007

Document Type: Letter

Classification: Unclassified

From/To: From the DCIA to a member of Congress

Subject: Transfer of persons to Guantanamo Bay

Document Pages: 4

**FOIA Exemptions:**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page routing slip, a two-page letter from the DCIA to a member of Congress, and a one-page distribution slip. The document is dated January 4, 2007. The routing slip is marked UNCLASSIFIED and the remainder of the document does not bear classification marking.

This document is withheld in part based on FOIA exemptions (b)(2) and (b)(3). Specifically, the routing slip and information within the distribution slip contained within the document are withheld pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information. In addition, information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

All meaningful, reasonably segregable portions of the document have been released.

Case Number: 07-cv-5435
Judge's Initials: LAP

# Amnesty International v . CIA, et al.

FOIA/PA Request No.:  F-05-00498, F-06-01014, F-06-00994

Document Number:  OGC O 0064

Date of Document:  April 5, 2006

Document Type:

Classification:  SCI, Top Secret

From/To:  From the CIA Inspector General to a member of Congress

Subject:

Document Pages:  4

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ○ Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ● Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

Document Description:  OGC O 63 was referred to another agency.  Thus, OGC O 64 was selected to appear on the Vaughn index.

This document is a four-page letter from the CIA Inspector General to a member of Congress.  The letter provides a status report on recommendations contained in a CIA OIG report.  The letter is dated April 5, 2006 and bears the classification marking TOP SECRET//SCI.

The document is withheld in part based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

All meaningful, reasonably segregable portions of the document were released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 90**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0065 |
| Date of Document: | March 22, 2006 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From the CIA/OCA to members of Congress |
| Subject: | Report |
| Document Pages: | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of four one-page letters and a two-page memorandum. The letters are from the CIA Office of Congressional Affairs to four members of Congress and provide a report as required by statute. The memorandum contains background on the issue referenced in the report. The document is dated March 22, 2006 and bears the classification marking TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

# DOC 91

## Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0068 |
| Date of Document: | December 7, 2006 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | From a foreign liaison to a CIA/OGC attorney |
| Subject: | Legal issues |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** OGC O 67 was referred to another agency. Thus, OGC O 68 was selected to appear on the Vaughn index.

This document is a two-page memorandum from a foreign liaison to a CIA attorney, summarizing a recent meeting and posing follow-up questions on particular legal issues. The document is dated December 7, 2006 and bears the classification SECRET.

The document is withheld in its entirety on the basis of FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 92**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0069 |
| Date of Document: | January 13, 2006 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From the DCIA to the Secretary of Defense |
| Subject: | Request |
| Document Pages: | 13 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) c
- ☐ (b) (7) d
- ☐ (b) (7) e
- ☐ (b) (7) f

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a 13-page letter from the DCIA to the Secretary of Defense requesting DOD assistance on a particular issue. The document is dated January 13, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety on the basis of FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter discusses a policy issue under consideration within the executive branch, and includes analysis and a request for action to DOD. The document as a whole therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 93**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0071 |
| **Date of Document:** | December 19, 2005 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From CIA/OGC to DOJ/OLC |
| **Subject:** | Request for Legal Advice |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a four-page letter from the CIA Office of General Counsel to DOJ OLC, a one-page distribution slip, a one-page fax confirmation sheet, and a one-page fax cover sheet. The letter requests a legal opinion from DOJ OLC and provides facts to DOJ necessary for that legal opinion. The document is dated December 19, 2005 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter contained within the document requests a legal opinion and provides facts to DOJ for the purpose of obtaining legal advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the request for legal advice was prepared by attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process

privilege.

Finally, the distribution slip, fax cover sheet and fax confirmation sheet contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 94**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0073 |
| Date of Document: | November 30, 2006 |
| Document Type: | Letter |
| Classification: | SCI, Top Secret |
| From/To: | From the ADDCIA to a member of Congress |
| Subject: | Appropriations |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a four-page letter from the Associate Deputy Director of the CIA to a member of Congress, concerning appropriation plans specific to certain criminal prosecutions. The letter is dated November 30, 2006 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 95**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.:   F-05-00498, F-06-01014, F-06-00994

Document Number:   OGC O 0075

Date of Document:   April 12, 2007

Document Type:   Memo

Classification:   SCI, Top Secret

From/To:   Statement by the DCIA

Subject:   Congressional briefing

Document Pages:   2

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This document is a two-page classified statement made by the DCIA to the Senate Select Committee on Intelligence. The document is dated April 12, 2007 and bears the classification TOP SECRET//SCI.

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 96**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number : | OGC O 0077 |
| Date of Document : | UNDATED |
| Document Type : | Letter |
| Classification : | SCI, Top Secret |
| From/To: | From the CIA Executive Director to a member of Congress |
| Subject: | Appropriations |
| Document Pages : | 2 |

**FOIA Exemptions :**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document consists of a one-page letter from the CIA Executive Director to a member of Congress concerning an appropriations project and a one-page talking points memorandum on the same issue. The letter is undated and the memorandum is dated August 2005, and the document bears the classification marking TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security .

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The talking points are exempt in their entirety pursuant to exemption (b)(5). The talking points were prepared in advance of a briefing. They therefore reveal the internal deliberations of government officials, which are properly withheld under the deliberative process privilege .

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 97**

# Amnesty International v . CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0079 |
| **Date of Document:** | May 2, 2007 |
| **Document Type:** | Letter |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From a member of Congress to a non-government entity |
| **Subject:** | Request for information |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a three-page letter requesting information and documents from a non-government entity. The document is dated May 2, 2007 and bears the classification marking TOP SECRET//SCI.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 98**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0081 |
| **Date of Document:** | UNDATED |
| **Document Type:** | |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Created by a CIA employee |
| **Subject:** | Briefing |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a two-page memorandum concerning preparation for an upcoming executive branch meeting. The document is undated and bears the classification TOP SECRET//SCI.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt from disclosure based on exemption (b)(5). The document proposes points to make regarding policy issues under consideration at an upcoming executive branch meeting. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OGC O 0083 |
| **Date of Document:** | April 22, 2005 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From CIA/OGC to DOJ/OLC |
| **Subject:** | Facts |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page fax cover sheet, a three-page memorandum from the CIA to DOJ OLC providing facts for the purpose of obtaining legal advice, and a one-page fax confirmation sheet. The document is dated April 22, 2005 and bears the classification TOP SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The letter provides facts to DOJ OLC for the purpose of obtaining legal advice. The document is therefore withheld pursuant to the attorney-client communication privilege. In addition, the facts were provided to attorneys in contemplation of potential litigation and/or administrative proceedings, and the document is therefore withheld in full pursuant to the attorney work-product privilege. Moreover, because the OLC legal opinion was requested in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue, the document is also properly withheld in full pursuant to the deliberative process privilege.

Finally, the fax cover sheet and fax confirmation sheet contained within the document are withheld in full pursuant to exemption (b)(2) and (b)(3), as they were created solely pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 100**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OGC O 0085 |
| Date of Document: | April 12, 2005 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | Created by a CIA employee |
| Subject: | Meeting preparation |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page memorandum containing points to be made in an upcoming executive branch meeting. The document is dated April 12, 2005 and bears the classification marking SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt from disclosure based on exemption (b)(5). The document proposes points to make regarding policy issues under consideration at an upcoming executive branch meeting. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP