**DOC 101**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0001 |
| **Date of Document:** | February 15, 2006 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From the CIA Directorate of Intelligence to the ODNI |
| **Subject:** | Recommendations |
| **Document Pages:** | 9 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This nine-page document consists of two one-page routing slips, a cover sheet indicating the classification level of the attached document, a five-page memorandum, and a one-page internal distribution slip. The document is dated February 13, 2006 and bears the classification TOP SECRET//SCI. The memorandum is from the CIA Directorate of Intelligence, along with other agencies, to the ODNI and provides policy recommendations on a particular issue.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt pursuant to exemption (b)(5) because the document comprises analysis and recommendations by the CIA and other agencies for consideration by the ODNI. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Finally, the routing and distribution slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 102**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0003 |
| **Date of Document:** | September 28, 2005 |
| **Document Type:** | Memo |
| **Classification:** | Secret |
| **From/To:** | From CIA/OGC to the DCIA |
| **Subject:** | Declassification recommendation |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This four-page document consists of a one-page routing slip, a two-page memorandum, and a one-page internal distribution slip. The document is dated September 28, 2005 and bears the classification SECRET. The memorandum is from the CIA Office of General Counsel to the DCIA and provides a declassification recommendation within the context of a particular matter.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The memorandum contains legal advice from the CIA Office of General Counsel to the DCIA and is therefore withheld pursuant to the attorney-client privilege. It was prepared by attorneys in contemplation of a specific potential criminal prosecution and is therefore also withheld in full pursuant to the attorney work-product privilege. In addition, the document comprises analysis and recommendations by the CIA Office of General Counsel and other agencies for consideration by the DCIA. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Finally, the routing and distribution slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal CIA

administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

DOC 103

# Amnesty International v. CIA, et al.

|                     |                                                         |
|---------------------|---------------------------------------------------------|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994                      |
| Document Number:    | NONO M/R 0005                                           |
| Date of Document:   | May 17, 2005                                             |
| Document Type:      | Memo                                                    |
| Classification:     | Confidential                                            |
| From/To:            | Executive Secretary of the NSC to Senior Policymakers   |
| Subject:            |                                                         |
| Document Pages:     | 20                                                      |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 20-page document consists of two one-page routing slips and an 18-page memorandum from the NSC regarding an upcoming meeting of the Deputies Committee of the National Security Council. The memorandum was sent to senior Presidential advisors, including the Deputy Counsel to the President and Assistants to the President. The document is dated May 17, 2005. The first two pages of the memorandum bear the classification CONFIDENTIAL. The memorandum provides the agenda and discussion papers for the upcoming meeting.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The first two pages of the memorandum contain information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The two pages of the memorandum that are classified CONFIDENTIAL are also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Portions of the document also contain legal advice and analysis and are therefore withheld pursuant to the attorney-client privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0007 |
| **Date of Document:** | May 24, 2005 |
| **Document Type:** | Memo |
| **Classification:** | Confidential |
| **From/To:** | Executive Secretary of the NSC to Senior Policymakers |
| **Subject:** | Meeting summary |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This seven-page document consists of three one-page routing slips and a four-page memorandum from the NSC summarizing a recent meeting of the Deputies Committee of the National Security Council. The memorandum is addressed to senior Presidential advisors, including the Counsel to the President and an Assistant to the President. The document is dated May 24, 2005. One of the routing slips and the four-page memorandum bear the classification marking CONFIDENTIAL.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The first routing slip and the four-page memorandum contain information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and are protected from disclosure by exemption (b)(1) because they would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The first routing slip and the four-page memorandum, which are classified CONFIDENTIAL, are also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 105**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0009 |
| **Date of Document:** | February 13, 2006 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Secret, Top Secret |
| **From/To:** | From CIA to the ODNI |
| **Subject:** | Policy Recommendations |
| **Document Pages:** | 11 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 11-page document consists of a one-page routing slip, a cover sheet indicating the classification level of the attached document, and a 9-page memorandum. The document is dated February 13, 2006 and bears the classification TOP SECRET//SCI, with the exception of the last four pages of the memorandum, which contain attachments marked SECRET. The memorandum is from the CIA Directorate of Intelligence, along with other agencies, to the ODNI and provides policy recommendations on a particular issue.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious and exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt pursuant to exemption (b)(5) because the document comprises analysis and recommendations by the CIA and other agencies for consideration by the ODNI. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Finally, the routing slip contained within the document is withheld in full pursuant to exemptions (b)(2) and (b)(3), as it represents a document solely created pursuant to internal CIA administrative practices and

consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 106**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0011 |
| **Date of Document:** | September 26, 2005 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Top Secret |
| **From/To:** | From Office of the DCIA to the CIA/OGC |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This five-page document consists of a one-page routing slip, a one-page memorandum from the Office of the DCIA to the CIA Office of General Counsel, a two-page letter from the DCIA to the Secretary of Defense, and a one-page distribution slip. The document is dated September 26, 2005 and bears the classification TOP SECRET//SCI. The memoranda discuss plans for a particular policy decision.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt pursuant to exemption (b)(5) because the document comprises analysis and recommendations by the CIA and other agencies for consideration by the ODNI. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Finally, the routing and distribution slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal CIA administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 107**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO M/R 0013 |
| Date of Document: | April 13, 2005 |
| Document Type: | Memo |
| Classification: | Confidential |
| From/To: | Deputy Executive Secretary of the NSC to Senior Policymakers |
| Subject: | Meeting Summary |
| Document Pages: | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :**  This five-page document consists of two one-page routing slips and a three-page memorandum from the NSC summarizing policy discussions and recommendations made at a recent meeting of the Deputies Committee of the National Security Council. The memo is addressed to senior Presidential advisors, including a Counselor to the President and an Assistant to the President, The document is dated April 13, 2005 and bears the classification CONFIDENTIAL.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5).  The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies.  It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege .

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President.  The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2)

and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 108**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0015 |
| **Date of Document:** | October 3, 2005 |
| **Document Type:** | Memo |
| **Classification:** | Secret |
| **From/To:** | Executive Secretary of the NSC to Senior Policymakers |
| **Subject:** | Meeting summary |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This six-page document consists of three one-page routing slips and a three-page memorandum from the NSC summarizing policy discussions and recommendations made at a recent meeting of the Deputies Committee of the National Security Council. The memorandum is addressed to senior Presidential advisors, including the Counsel to the President and an Assistant to the President. The document is dated October 3, 2005 and bears the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2)

and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0017 |
| **Date of Document:** | May 31, 2005 |
| **Document Type:** | Memo |
| **Classification:** | Confidential |
| **From/To:** | Executive Secretary of the NSC to Senior Policymakers |
| **Subject:** | Agenda for a Meeting |
| **Document Pages:** | 14 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 14-page document consists of three one-page routing slips and an 11-page memorandum from the NSC summarizing policy discussions and recommendations made at a recent meeting of the Deputies Committee of the National Security Council. The memorandum is addressed to senior Presidential advisors, including the Counsel to the President and an Assistant to the President. The document is dated April 13, 2005 and, with the exception of 7 pages of the memorandum that are marked UNCLASSIFIED, bears the classification CONFIDENTIAL.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The routing slips and 4 pages of the memorandum contain information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 110**

# Amnesty International v. CIA, et al.

**FOIA/PA Request No.:** F-05-00498, F-06-01014, F-06-00994

**Document Number:** NONO M/R 0019

**Date of Document:** June 25, 2005

**Document Type:** Memo

**Classification:** Confidential

**From/To:** Executive Secretary of the NSC to Senior Policymakers

**Subject:** Agenda for a Meeting

**Document Pages:** 4

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This four-page document consists of three one-page routing slips and a one-page memorandum from the NSC regarding an upcoming meeting of the Deputies Committee of the National Security Council. The memo is addressed to senior Presidential advisors, including the Counsel to the President and an Assistant to the President. The document is dated June 25, 2005 and bears the classification marking CONFIDENTIAL.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum concerns policy issues under consideration within the executive branch. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and

consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 111**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO M/R 0021 |
| Date of Document: | December 17, 2005 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | Executive Secretary of the NSC to Senior Policymakers |
| Subject: | Agenda for a Meeting |
| Document Pages: | 12 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 12-page document consists of three one-page routing slips and a nine-page memorandum from the NSC regarding an upcoming meeting of the Deputies Committee of the National Security Council. The document is addressed to senior Presidential advisors, including the Counsel to the President and an Assistant to the President. The document is dated December 17, 2005. The document bears the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations by multiple agencies. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2)

and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO M/R 0024 |
| Date of Document: | UNDATED |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | CIA Official to Inspector General |
| Subject: | Comments on a Draft IG Document |
| Document Pages: | 10 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** NONO M/R 0023 was referred to another government agency for direct response. It has been replaced by NONO M/R 0024.

This ten-page document consists of an eight-page memorandum from a senior agency officer to the Inspector General and two-pages of cover sheets. The memorandum concerns comments on a draft OIG document  The document is undated and bears the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3) and (b)(5).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of a CIA station and the activities of that station.  Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The document consists of comments on a draft document and therefore contains preliminary impressions, analysis, and recommendations as to

what the final product should be.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

Finally, the cover sheets contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 113**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0025 |
| **Date of Document:** | February 7, 2006 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Secret |
| **From/To:** | From the Office of the DCIA |
| **Subject:** | A recent OIG report |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page memorandum from one officer in the Office of the DCIA to another officer in the same office. The document is dated February 7, 2006 and bears the classification SECRET//SCI. The memorandum discusses a recent OIG report.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

The memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the CIA, and includes analysis and recommendations by CIA officers. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 114**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO M/R 0027 |
| **Date of Document:** | April 7, 2006 |
| **Document Type:** | Memo |
| **Classification:** | Secret |
| **From/To:** | From the DCIA to the CIA Inspector General |
| **Subject:** | OIG Report |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This five-page document consists of a one-page routing slip, a three-page memorandum from the DCIA to the CIA Inspector General, and a one-page distribution slip. The document is dated April 7, 2006 and bears the classification SECRET. The memorandum provides the DCIA's response to a recent OIG report.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(2), (b)(3), and b(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

Portions of this memorandum are also exempt pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within CIA, and includes analysis and recommendations. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Finally, the routing and distribution slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as they represent documents solely created pursuant to internal administrative practices and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435

**DOC 115**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO M/R 0029 |
| Date of Document: | UNDATED |
| Document Type: | Memo |
| Classification: | SCI, Secret |
| From/To: | From the DCIA to the Inspector General |
| Subject: | Recent OIG report |
| Document Pages: | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This two-page document is a draft memorandum from the DCIA to the CIA Inspector General, bearing handwritten revisions. The document is undated and bears the classification SECRET//SCI. The memorandum provides the DCIA's response to a recent OIG report.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.

Finally, the memorandum is exempt in its entirety pursuant to exemption (b)(5). The memorandum is a draft containing handwritten notations indicating proposed edits and revisions. It therefore reveals the internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 116**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: NONO E 0001

Date of Document: March 20, 2006

Document Type: Note

Classification: SCI, Top Secret

From/To: CIA/OGC to the Office of the DCIA

Subject: OIG Report

Document Pages: 1

FOIA Exemptions:
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

Privacy Act Exemptions:
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

Disposition:
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a one-page email from the CIA Office of General Counsel to an employee in the Office of the DCIA. It is dated March 20, 2006 and is classified TOP SECRET//SCI. The email concerns a recent OIG report and the DCIA's response to that report.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The memorandum reveals discussions and deliberations of how to proceed with respect to an issue that was the subject of a CIA OIG report. The document is therefore properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 117**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO E 0002 |
| Date of Document: | May 10, 2007 |
| Document Type: | Note |
| Classification: | SCI, Secret |
| From/To: | From CIA/OGC to NCS officers |
| Subject: | Meeting report |
| Document Pages: | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a three-page email from the CIA Office of General Counsel to CIA NCS officers. It is dated May 10, 2007 and is classified SECRET//SCI. The email concerns a recent meeting and policy and intelligence issues that were discussed.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt pursuant to exemption (b)(5). The memorandum reveals discussions and deliberations of how to proceed with respect to policy and intelligence issues. The document is therefore properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 118**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO C 00001 |
| Date of Document: | April 23, 2007 |
| Document Type: | Cable |
| Classification: | SCI, Secret |
| From/To: | From CIA to other agencies and executive branch offices |
| Subject: | Upcoming briefing |
| Document Pages: | 8 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 8-page document is a disseminated cable, dated April 23, 2007, and it bears the classification mark SECRET//SCI. This cable includes approximately two pages of distribution information. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). This information appears on the first and last two pages of the document and consists of distribution information such as the recipient agencies and offices, filing identifiers, routing codes, handling instructions, origination markings, and other administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(b), (c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal foreign government information, intelligence activities and methods, as well as foreign relations and foreign activities of the U.S. Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 119**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO C 0003 |
| Date of Document: | April 12, 2007 |
| Document Type: | Cable |
| Classification: | SCI, Secret |
| From/To: | From CIA Headquarters to the Field and another agency |
| Subject: | Developments in a particular country |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 4-page document is an intelligence report cable, dated April 12, 2007, and it bears the classification mark SECRET//SCI. This cable includes approximately one page of distribution information. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). This information appears on the first and last pages of the document and consists of distribution information such as the recipients, filing identifiers, routing codes, handling instructions, origination markings, and other administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(b), (c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal foreign government information, intelligence activities and methods, as well as foreign relations and foreign activities of the U.S. Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 120**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number : | NONO O 0001 |
| Date of Document : | December 11, 2006 |
| Document Type : | Memo |
| Classification : | Secret |
| From/To: | Created by a CIA employee |
| Subject: | Upcoming Meeting |
| Document Pages : | 2 |

FOIA Exemptions :
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

Privacy Act Exemptions :
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

Disposition :
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This document is a two-page talking points memorandum prepared for the DCIA regarding an upcoming meeting. The document is dated December 11, 2006 and bears the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3). The document contains information that has been classified in accordance with Sections 1.4(b), (c), and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal foreign government information, intelligence sources and methods, and foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

This document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The memorandum is also exempt in its entirety pursuant to exemption (b)(5). The memorandum discusses policy issues under consideration within the executive branch, and includes talking points and briefing materials prepared in advance of the meeting. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege .

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 121**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | NONO O 0014 |
| **Date of Document:** | UNDATED |
| **Document Type:** | Memo |
| **Classification:** | SCI, Secret |
| **From/To:** | Created by a CIA employee |
| **Subject:** | Intelligence relationships |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a two-page memorandum summarizing the CIA's relationship with a particular foreign entity. The document is undated and bears the classification SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3). The document contains information that has been classified in accordance with Sections 1.4(b), (c), and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal foreign government information, intelligence sources and methods, and foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

This document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 122**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: NONO O 0027

Date of Document: April 25, 2007

Document Type: Memo

Classification: Secret

From/To: Created by a CIA employee

Subject: Profile

Document Pages: 1

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a one-page memorandum profiling a particular individual. The document is dated April 25, 2007 and bears the classification SECRET.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3). The document contains information that has been classified in accordance with Sections 1.4(b), (c), and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal foreign government information, intelligence sources and methods, and foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

This document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 123**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.:   F-05-00498, F-06-01014, F-06-00994

Document Number:   NONO O 31

Date of Document:   UNDATED

Document Type:   Memo

Classification:   SCI, Secret

From/To:   Created by a CIA employee

Subject:   Foreign Liaison

Document Pages:   1

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☒ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This one-page document is a memorandum concerning a particular foreign liaison. The document is undated and bears the classification mark SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

The document is also exempt from disclosure under exemption (b)(5). Tthe document contains analysis and recommendations for the consideration of other Agency officials on a particular policy issue, and is therefore properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 124**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO O 0040 |
| Date of Document: | UNDATED |
| Document Type: | Memo |
| Classification: | SCI, Secret |
| From/To: | Created by a CIA employee |
| Subject: | Foreign Liaison |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a one-page memorandum summarizing the CIA's relationship with a particular foreign entity. The document is undated and bears the classification SECRET//SCI.

The document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3). The document contains information that has been classified in accordance with Sections 1.4(b), (c), and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal foreign government information, intelligence sources and methods, and foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

This document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# DOC 125

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | NONO O 0053 |
| Date of Document: | November 4, 2005 |
| Document Type: | Letter |
| Classification: | Unclassified |
| From/To: | Member of Congress to OIG |
| Subject: | Investigations |
| Document Pages: | 6 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a one-page routing slip, a one-page fax cover sheet, and a four-page letter from a member of Congress to the CIA Inspector General. The document is dated November 4, 2005. The routing slip is marked UNCLASSIFIED and the remainder of the document does not bear classification marking.

This document is withheld in part based on exemptions b(2), and b(3). Specifically, the routing slip is withheld pursuant to exemptions (b)(2) and (b)(3), as they were created solely pursuant to internal administrative practices and consisting of administrative and organizational information. In addition, information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

All meaningful, reasonably segregable portions of the document have been released.

Case Number: 07-cv-5435
Judge's Initials: LAP