**DOC 151**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0276 |
| **Date of Document:** | 12/2/2003 |
| **Document Type:** | Interview Report |
| **Classification:** | SCI, Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☒ (b) (6)
☒ (b) (7) (c)
☒ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This three-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET and the markings for Secure Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred.  These statements are both privileged and confidential statements made in the course of an intelligence investigation.  Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d).  In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments.  These portions of the interview report are properly withheld pursuant to the deliberative process privilege.  The report also contains the handwritten notes of a reviewer.  These notes contain the impressions, analysis, and internal deliberations of the reviewer, and are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6).  This document contains information that applies to a particular, identifiable individual.  Disclosure of this information would constitute an unwarranted invasion of personal privacy.  Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c).  The document contains personal information regarding the interviewee.  Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 152**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0287 |
| **Date of Document:** | 11/4/2003 |
| **Document Type:** | Memo |
| **Classification:** | Unclassified |
| **From/To:** | National Security Advisor to Senior Officials |
| **Subject:** | Legal Discussions |
| **Document Pages:** | 5 |

**FOIA Exemptions :**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 5-page document consists of a two one-page routing slips and a 3-page memorandum. The document is dated November 4, 2003. The memorandum is from the National Security Advisor to senior officials.

The document is withheld in its entirety based on FOIA exemptions b(2), (b)(3), and (b)(5). Portions of this document are also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt pursuant to exemption (b)(5) because the document comprises analysis and recommendations of executive branch officials regarding a specific poilcy issue . This document also contains confidential legal advice that was requested and prepared in the course of internal governmental deliberations, and for the purpose of providing advice to decisionmakers with respect to a particular policy issue. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. The document also contains the handwritten notes of a CIA employee. Those notes reflect the internal thoughts, impressions, and analysis of agency personnel and are properly withheld under the deliberative process privilege.

This document reflects information or recommendations authored or solicited and received by the President's senior advisors in connection with a decision, or potential decision, to be made by the President. The document is therefore properly withheld in full pursuant to the presidential communications privilege.

Finally, the routing slips contained within the document are withheld in full pursuant to exemptions (b)(2) and (b)(3), as it represents a document solely created pursuant to internal CIA administrative practices

and consisting of administrative and organizational information.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number :** 07-cv-5435
**Judge's Initials :** LAP

**DOC 153**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0298 |
| Date of Document: | 10/16/2006 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | Senior NCS Officer to Inspector General |
| Subject: | Response to IG Request |
| Document Pages: | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :**
**Document Description :** This three-page document consists of a two-page memorandum responding to a request of the Office of Inspector General and a one-page containing filing identifiers and routing information. The memorandum bears the classification mark SECRET. This document is withheld in full on the basis of exemptions b(1), b(2) and b(3).

The first two pages consist of a memorandum from a senior DO officer to the Inspector General. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

The last page contains internal filing information. This information is withheld on the basis of exemptions b(1), b(2), and b(3). The two pages primarily consist of internal distribution information such as filing identifiers, origination markings, handling instructions, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the name of CIA personnel, and other information that is properly withheld under exemptions b(1) and b(3), as explained above.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 154**

# Amnesty International v. CIA, et al.

**FOIA/PA Request No.:**    F-05-00498, F-06-01014, F-06-00994

**Document Number:**    OIG M/R 0309

**Date of Document:**    7/14/2004

**Document Type:**    Memo

**Classification:**    SCI, Top Secret

**From/To:**    N/A

**Subject:**    Intelligence Operations

**Document Pages:**    9

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document consists of a one-page cover page and an eight-page memorandum for the record describing a closed congressional hearing. The document bears the classification TOP SECRET and markings for Secure Compartmented Information. This document is withheld in full on the basis of exemptions b(1), b(2), b(3), and b(5).

The first page is a one-page cover memorandum which simply denotes the classification of the attached memorandum. This page merely contains administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

The next eight pages are a memorandum for the record describing a meeting of senior officials. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document contain the recommendations, analyses, and assessments of senior Administration officials, and it was prepared to inform the deliberations of senior Administration officials. This document is protected by the deliberative process privilege and is properly withheld according to

exemption b(5).

There is no meaningful, reasonably segregable portion of this document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 155**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0320 |
| Date of Document: | 5/6/2004 |
| Document Type: | Memo |
| Classification: | SCI, Secret |
| From/To: | N/A |
| Subject: | Intelligence Operations |
| Document Pages: | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document consists of a five-page memorandum for the record. The document bears the classification SECRET and markings for Secure, Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(3), and b(5).

The first page is a one-page cover memorandum which simply denotes the classification of the attached memorandum. This page merely contains administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

The next eight pages are a memorandum for the record describing a meeting of senior officials. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause grave damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Portions of this document contain the deliberations, recommendations, analyses, and assessments of senior Administration officials. Those portions are protected by the deliberative process privilege and are properly withheld according to exemption b(5).

There is no meaningful, reasonably segregable portion of this document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 156**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0331 |
| **Date of Document:** | 6/25/2004 |
| **Document Type:** | Memo |
| **Classification:** | Secret |
| **From/To:** | OIG Officer to Record |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This five-page document is an OIG Memorandum to the File which contains an NCS cable from the field to Headquarters. The last page is blank. It bears the classification mark SECRET. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information on the cable within the memo is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 157**

# Amnesty International v . CIA, et al.

**FOIA/PA Request No.:**  F-05-00498, F-06-01014, F-06-00994

**Document Number:**  OIG M/R 0342

**Date of Document:**  12/21/2004

**Document Type:**  Memo

**Classification:**  Secret

**From/To:**  N/A

**Subject:**  Intelligence Information

**Document Pages:**  2

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document consists of a two-page memorandum for the record describing a briefing given to a member of Congress. The second page is almost entirely blank. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(2) b(3), and b(5).

The second page consists of a few lines of internal filing information. This page merely contains internal, administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

The first page is a memorandum for the record describing a meeting of senior officials. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause grave damage to the national security. In particular, the document tends to reveal certain intelligence assessments, sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document contains the deliberations, recommendations, analyses, and assessments of CIA employees, and it was prepared to inform the deliberations of senior policymakers. This document is protected by the deliberative process privilege and is properly withheld according to exemption b(5).

There is no meaningful, reasonably segregable portion of this document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 158**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0353 |
| Date of Document: | 10/4/2005 |
| Document Type: | Memo |
| Classification: | SCI, Secret |
| From/To: | OIG Investigator to Senior CIA Officials |
| Subject: | Review of OIG Draft Documents |
| Document Pages: | 3 |

**FOIA Exemptions :**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document consists of a two-page memorandum requesting a review of draft Office of Inspector General documents and one page of internal filing information. The document bears the classification SECRET and markings for Secure Compartmentalized Information. This document is withheld in full on the basis of exemptions b(2), b(3), and b(5).

The last page consists of a few lines of internal filing information. This page merely contains internal, administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

This document is exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Portions of this document contain the deliberations, recommendations, analyses, and assessments of agency officials. The document seeks input on a draft. As such, revealing this document would reveal the internal deliberations of agency officials. These portions are protected by the deliberative process privilege and are properly withheld according to exemption b(5).

There is no meaningful, reasonably segregable portion of this document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0364 |
| Date of Document: | 3/7/2005 |
| Document Type: | Memo |
| Classification: | SCI, Secret |
| From/To: | Created by a CIA/OIG employee |
| Subject: | OIG Investigation |
| Document Pages: | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This seven-page memorandum concerns an investigation into an intelligence operation by the Office of the Inspector General. It bears the classification mark SECRET and additional markings denoting Sensitive Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(3), and b(5).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document is also withheld on the basis of exemption b(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to

exemption b(6).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 160**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.:    F-05-00498, F-06-01014, F-06-00994

Document Number:    OIG M/R 376

Date of Document:    UNDATED

Document Type:    Memo

Classification:    SCI, Top Secret

From/To:    Senior CIA Official to Senior CIA Official

Subject:    Intelligence Operations

Document Pages:    4

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:**   OIG M/R 375 was mistakenly included on CIA's <u>Vaughn</u> Index. That document was referred to another Agency. This entry describes OIG M/R 376.

This document consists of a four-page draft memorandum from a senior official recommending a course of action to other senior officials. The second page is almost entirely blank. The document bears the classification TOP SECRET and markins for Secure Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(3), and b(5).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause grave damage to the national security. In particular, the document tends to reveal certain intelligence assessments, sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document contains the deliberations, recommendations, analyses, and assessments of CIA employees. In addition, the document is unsigned and is marked "DRAFT" Thus, the document is protected by the deliberative process privilege and properly withheld in full on the basis of exemption b(5).

There is no meaningful, reasonably segregable portion of this document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 386 |
| **Date of Document:** | 3/15/2006 |
| **Document Type:** | Memo |
| **Classification:** | SCI, Top Secret |
| **From/To:** | CIA Inspector General to DCIA |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This three-page document consists of two one-page filing identifiers and a one page memorandum. The memorandum appears to be incomplete. The memorandum bears the classification mark TOP SECRET and additional markings denoting Sensitive Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(2), b(3), and b(5).

The first two pages contain internal filing information. This information is withheld on the basis of exemptions b(1), b(2), and b(3). The two pages primarily consist of internal distribution information such as filing identifiers, origination markings, handling instructions, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the name of CIA personnel, and other information that is properly withheld under exemptions b(1) and b(3), as explained above.

The last page is the first page of a memorandum from the Inspector General to the Director of Central Intelligence. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document is also withheld in full on the basis of exemption b(5). The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 162**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0397 |
| Date of Document: | 11/3/2006 |
| Document Type: | Memo |
| Classification: | Secret |
| From/To: | Created by a CIA/OIG employee |
| Subject: | OIG Investigation |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This four-page memorandum concerns an investigation into an intelligence operation by the Office of the Inspector General.  It bears the classification mark SECRET.  This document is withheld in full on the basis of exemptions b(1), b(3), and b(5).

       This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods.  Disclosure of this document could reasonably be expected to cause serious damage to the national security.  In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government.   The document also reveals CIA cryptonyms, the location of a CIA station, and the activities of that station.  Disclosure of this document would reveal information that is currently and properly classified.

       This document is similarly exempt from disclosure by exemption  (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

       This document is also withheld in full on the basis of exemption b(5).  The memorandum discusses policy issues under consideration within the executive branch, and includes analysis and recommendations.  It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

       There is no meaningful, reasonably segregable portion of the document that can be released.

**Judge's Initials** : LAP

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG M/R 0408 |
| Date of Document: | 4/7/2004 |
| Document Type: | Memo |
| Classification: | SCI, Top Secret |
| From/To: | N/A |
| Subject: | Intelligence Operations and Information |
| Document Pages: | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document consists of a six-page memorandum for the record regarding a closed congressional hearing. The document bears the classification TOP SECRET and markings for Secure Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(2), b(3), and b(5).

This document is a memorandum for the record describing a meeting of senior officials. This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities of the United States Government. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document contain the recommendations, analyses, and assessments of senior Administration officials, and it was prepared to inform the deliberations of senior Administration officials. This document is protected by the deliberative process privilege and is properly withheld according to exemption b(5).

The last page contains filing and handling identifiers. This page merely contains internal administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

There is no meaningful, reasonably segregable portion of this document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0419 |
| **Date of Document:** | 6/16/2004 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This six-page document is a draft Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred. These statements are both privileged and confidential statements made in the course of an intelligence investigation. Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d). In addition, the document contains handwritten notes indicating that it is a draft and contains handwritten line edits. Thus, the document represents internal agency deliberations and is withheld in full pursuant to the deliberative process privilege. This document also contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments. These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c). The document contains personal information regarding the interviewee. Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

DOC 165

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0430 |
| **Date of Document:** | 8/26/2004 |
| **Document Type:** | Interview Report |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 9 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This nine-page document consists of a seven-page Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation, as well as a two-page Addendum to that Report. The Addendum contains minor edits to the content of the seven-page Report. The Interview Report bears the classification TOP SECRET and markings for Sensitive Compartmentalized Information. The Addendum bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause exceptionally grave damage to the national security. The disclosure of the information marked SECRET could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of

policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under circumstances where confidentiality could reasonably be inferred.  These statements are both privileged and confidential statements made in the course of an intelligence investigation.  Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d).  In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments.  These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6).  This document contains information that applies to a particular, identifiable individual.  Disclosure of this information would constitute an unwarranted invasion of personal privacy.  Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c).  The document contains personal information regarding the interviewee.  Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 166**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 441 |
| **Date of Document:** | 3/20/2006 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This seven-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred.  These statements are both privileged and confidential statements made in the course of an intelligence investigation.  Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d).  In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments.  These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6).  This document contains information that applies to a particular, identifiable individual.  Disclosure of this information would constitute an unwarranted invasion of personal privacy.  Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c).  The document contains personal information regarding the interviewee.  Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number :** 07-cv-5435
**Judge's Initials :** LAP

**DOC 167**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0452 |
| **Date of Document:** | 7/25/2006 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☒ (b) (6)
☒ (b) (7) (c)
☒ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This two-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred. These statements are both privileged and confidential statements made in the course of an intelligence investigation. Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d). In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments. These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c). The document contains personal information regarding the interviewee. Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 168**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0463 |
| **Date of Document:** | 3/22/2005 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 7 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This seven-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred. These statements are both privileged and confidential statements made in the course of an intelligence investigation. Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d). In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments. These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c). The document contains personal information regarding the interviewee. Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 169**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0474 |
| **Date of Document:** | 11/13/2004 |
| **Document Type:** | Interview Report |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 14 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This fourteen-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification TOP SECRET and markings denoting Sensitive Compartmentalized Information. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred.   These statements are both privileged and confidential statements made in the course of an intelligence investigation.  Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d).  In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments.  These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6).  This document contains information that applies to a particular, identifiable individual.  Disclosure of this information would constitute an unwarranted invasion of personal privacy.  Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c).   The document contains personal information regarding the interviewee.  Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 170**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0485 |
| **Date of Document:** | 3/8/2004 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 10 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This ten-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred.   These statements are both privileged and confidential statements made in the course of an intelligence investigation.   Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d).  In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments.  These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6).  This document contains information that applies to a particular, identifiable individual.  Disclosure of this information would constitute an unwarranted invasion of personal privacy.  Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c).   The document contains personal information regarding the interviewee.  Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0496 |
| **Date of Document:** | 6/8/2004 |
| **Document Type:** | Interview Report |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This six-page document is an Interview Report of an interview with a CIA employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c) and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under

circumstances where confidentiality could reasonably be inferred. These statements are both privileged and confidential statements made in the course of an intelligence investigation. Thus, this report is withheld in full under FOIA exemptions b(5) and b(7)(d). In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments. These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c). The document contains personal information regarding the interviewee. Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 172**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0507 |
| **Date of Document:** | 8/31/2004 |
| **Document Type:** | Memo |
| **Classification:** | Secret |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 24 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☒ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This twenty-four-page document consists of a two page Memorandum for the record and twenty-two pages of attachments. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1) and b(3).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as foreign activities and foreign relations of the United States Government. Disclosure of this document would reveal information that is currently and properly classified. This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 173**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0518 |
| **Date of Document:** | 1/5/2004 |
| **Document Type:** | Memo |
| **Classification:** | Confidential |
| **From/To:** | Created by a CIA/OIG employee |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☒ (b) (7) (c)
- ☒ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This four-page document is a Memorandum for the Record describing an interview of a federal employee that was taken during the course of an OIG investigation. The document bears the classification SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), b(5), b(6), b(7)(c), and b(7)(d).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities, sources and methods, as well as foreign activities and the foreign relations of the United States Government. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources, methods, and activities. The document also reveals the location of CIA stations and the activities of those stations. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

This document also contains statements from a person who gave those statements to the Office of Inspector General under an expectation of confidentiality. OIG regulations state that as a matter of policy OIG does not disclose the identities of persons who speak to OIG or the substance of their statements, unless "such disclosure is determined to be necessary for the full reporting of a matter or the fulfillment of other OIG or Agency responsibilities." Therefore, this statement was made under circumstances where confidentiality could reasonably be inferred. These statements are both privileged and confidential statements made in the course of an intelligence investigation. Thus, this report is

withheld in full under FOIA exemptions b(5) and b(7)(d). In addition, this document contains the past impressions, assessments, recommendations and other analysis of the interviewee with respect to the events recounted to the Interviewer, as well as new recommendations and assessments. These portions of the interview report are properly withheld pursuant to the deliberative process privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Similarly, portions of this document are withheld pursuant to exemption b(7)(c). The document contains personal information regarding the interviewee. Release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

DOC 174

# Amnesty International v . CIA, et al.

FOIA/PA Request No.:    F-05-00498, F-06-01014, F-06-00994

Document Number :    OIG M/R 0529

Date of Document :    11/3/2003

Document Type :    Memo

Classification :    Unclassified

From/To :

Subject :

Document Pages :    2

**FOIA Exemptions :**
- ☐ (b) (1)
- ☒ (b) (2)
- ☐ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☒ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document contains internal filing information from the Office of Inspector General. The filing information is withheld on the basis of exemption b(2). These filing codes are internal administrative information which are protected from disclosure by exemption b(2).

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Any meaningful, reasonably segregable portion of the document has been released.

Case Number : 07-cv-5435
Judge's Initials : LAP

## Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG M/R 0541 |
| **Date of Document:** | 4/8/2005 |
| **Document Type:** | Memo |
| **Classification:** | Unclassified |
| **From/To:** | CIA Senior Deputy General Counsel to CIA Inspector General |
| **Subject:** | OIG Request for Documents |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☐ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) c
- ☐ (b) (7) d
- ☐ (b) (7) e
- ☐ (b) (7) f

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ○ Denied in Full
- ● Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :**  OIG M/R 540 was identical to OIG M/R 287.  Thus, OIG M/R 541 was selected to appear on the <u>Vaughn</u> index.

This document is withheld in part based on exemptions b(2) and b(3).  Portions of this document consist of internal filing identifiers of no public value.  This information is administrative information of no public value, and is therefore withheld pursuant to exemption b(2).

Portions of this document are exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949.

Any meaningful, reasonably segregable portion of the document has been released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 176**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 0001 |
| Date of Document: | 12/08/2003 |
| Document Type: | E-Mail |
| Classification: | Secret |
| From/To: | CIA/OGC Attorney to CIA/OGC Attorney |
| Subject: | Recommendations |
| Document Pages: | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a three-page email train discussing a policy issue. The document is dated December 8, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses a policy issue under consideration within the executive branch, and outlines the recommendations and proposals of the agency personnel discussing the issue. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. Portions of this email also discuss the confidential recommendations and advice of CIA attorneys based on facts provided by their clients. This advice was given in confidence and has been held in confidence, and it is properly withheld pursuant to the attorney-client privilege under exemption b(5).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 0128 |
| Date of Document: | 12/31/2003 |
| Document Type: | E-Mail |
| Classification: | Secret |
| From/To: | CIA/OGC Attorney to CIA/OGC Attorney |
| Subject: | |
| Document Pages: | 8 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a six-page email train discussing a legal issue, and a two-page attachment. The attachment is a NCS cable discussing intelligence operations. The document is dated December 8, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email concerns a legal issue under consideration within the executive branch, and outlines the recommendations, analysis, and proposals of Agency attorneys. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. Portions of this email also discuss the confidential recommendations and advice of CIA attorneys to their clients. This advice was given in confidence and has been held in confidence, and it is properly withheld pursuant to the attorney client and attorney work product privileges.

There is no meaningful, reasonably segregable portion of the document that can be released.

**DOC 178**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 0255 |
| Date of Document: | 11/5/2004 |
| Document Type: | E-mail |
| Classification: | Confidential |
| From/To: | CIA Employee to CIA Office of Inspector General |
| Subject: | Record Production |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page email train discussing OIG access to records. The document is dated November 5, 2004 and bears the classification CONFIDENTIAL.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

Portions of this document are also exempt pursuant to exemption (b)(5). The email discusses an issue under consideration within the executive branch, and outlines the recommendations and proposals of Agency employees. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 179**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 0382 |
| Date of Document: | 8/5/2003 |
| Document Type: | E-mail |
| Classification: | Top Secret |
| From/To: | CIA/OGC Attorney to CIA/OGC Attorney |
| Subject: | Draft Summary of Meeting |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page email train summarizing a meeting on a policy issue. The last e-mail contains comments and line edits of the original summary. The document is dated August 5, 2003 and bears the classification TOP SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses a policy issue under consideration within the executive branch, and outlines the recommendations and proposals of the meeting participants. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. The email also contains a draft summary and edits of that summary, which are also properly withheld under exemption b(5).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 180**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 0509 |
| **Date of Document:** | 3/8/2006 |
| **Document Type:** | E-mail |
| **Classification:** | Secret |
| **From/To:** | CIA/OIG employee to CIA/OIG employee |
| **Subject:** | Document Request |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a one-page email train discussing research for an OIG investigation. The document is dated March 8, 2006 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.   Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 181**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG E 0636

Date of Document: 11/22/2004

Document Type: E-mail

Classification: Confidential

From/To: CIA Employee to CIA/OIG

Subject: Survey

Document Pages: 1

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description :** This document is a one-page email train responding to a survey sent out as part of an OIG investigation.  The document is dated November 22, 2004 and bears the classification CONFIDENTIAL.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number :** | OIG E 0763 |
| **Date of Document :** | 5/4/2004 |
| **Document Type :** | E-mail |
| **Classification :** | Secret |
| **From/To:** | CIA Employee to CIA Employee |
| **Subject:** | Talking Points |
| **Document Pages :** | 7 |

**FOIA Exemptions :**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is an eight-page email train discussing talking points prepared in anticipation of a Congressional hearing. The document is dated May 5, 2004 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email contains briefing materials prepared in anticipation of a hearing before Congress. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number :** 07-cv-5435
**Judge's Initials :** LAP

**DOC 183**

# Amnesty International v . CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 0890 |
| **Date of Document:** | 2/8/2003 |
| **Document Type:** | E-mail |
| **Classification:** | Top Secret |
| **From/To:** | CIA General Counsel to CIA/OGC Attorneys |
| **Subject:** | Briefing Request |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This document is a one-page email from the General Counsel requesting a briefing on a legal issue by OGC Attorneys. The document is dated February 8, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses policy and legal issues under consideration within the executive branch. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials : LAP

**DOC 184**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 1017 |
| **Date of Document:** | 10/14/2004 |
| **Document Type:** | E-mail |
| **Classification:** | SCI, Top Secret |
| **From/To:** | Multiple CIA employees |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a three-page email train discussing legal and policy issues. The document is dated October 14, 2003 and bears the classification TOP SECRET and markings for Secure Compartmentalized Information.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses a legal and policy issue under consideration within the executive branch, and outlines the analysis and commentary of Agency employees. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. Portions of this email also discuss the confidential recommendations and advice of CIA attorneys to their clients. This advice was given in confidence and has been held in confidence, and it is properly withheld pursuant to the attorney-client privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**DOC 185**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 1144 |
| Date of Document: | 5/26/2004 |
| Document Type: | E-mail |
| Classification: | Secret |
| From/To: | CIA Employee to CIA/OIG |
| Subject: | Intelligence Operations |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a two-page email forwarded to the Office of Inspector General discussing intelligence operations.  The document is dated May 26, 2004 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.   Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5).  The email discusses policy issues under consideration within the executive branch, and outlines the recommendations, conclusions, and analysis of the author.  This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 186**

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 1271 |
| Date of Document: | 11/17/2004 |
| Document Type: | E-mail |
| Classification: | Secret |
| From/To: | CIA/OGC Attorney to CIA/OIG |
| Subject: | Legal Advice |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a two-page email discussing a legal issue. The document is dated December 8, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as future activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947.  Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5).  The email contains the confidential recommendations and advice of CIA attorneys to their clients.  This advice was given in confidence and has been held in confidence, and it is properly withheld under the attorney client privilege. In addition, the e-mail discusses an ongoing criminal litigation and constitutes attorney work product. Finally, the document contains the internal analysis and recommendation of a member of the executive branch.  It is both pre-decisional and deliberative and is therefore protected from release pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**DOC 187**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 1398 |
| **Date of Document:** | 3/23/2005 |
| **Document Type:** | E-mail |
| **Classification:** | Secret |
| **From/To:** | CIA Employee to CIA/OIG |
| **Subject:** | OIG Investigation |
| **Document Pages:** | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☒ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a one-page email train responding to survey questions sent out as part of an OIG investigation. The document is dated March 23, 2005.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 188**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 1525 |
| Date of Document: | 8/18/2004 |
| Document Type: | E-mail |
| Classification: | Confidential |
| From/To: | CIA/Employee to CIA/OIG |
| Subject: | OIG Investigation |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is a one-page email train responding to a survey sent out as part of an OIG investigation. The document is dated March 8, 2006 and bears the classification CONFIDENTIAL.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 1652 |
| Date of Document: | 6/25/2004 |
| Document Type: | E-mail |
| Classification: | Secret |
| From/To: | CIA/OIG employee to File |
| Subject: | Intelligence Operations |
| Document Pages: | 10 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This ten-page document is an email from an OIG investigator to an electronic file, forwarding a cable that was sent from Field to HQ. The content of the document is a NCS cabled dated October 6, 2003. The document is dated June 25, 2004 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 190**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 1779 |
| Date of Document: | 9/23/2003 |
| Document Type: | E-mail |
| Classification: | Confidential, Secret |
| From/To: | Multiple CIA Employees |
| Subject: | Intelligence Operations |
| Document Pages: | 8 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is an eight-page email train discussing intelligence operations. The last four pages of content are a NCS cable. The document is dated September 23, 2003. The email bears the classification CONFIDENTIAL, and the cable bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause either damage or serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 191**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 1906 |
| **Date of Document:** | 10/6/2003 |
| **Document Type:** | E-mail |
| **Classification:** | Secret |
| **From/To:** | CIA/OGC Attorney to CIA/OGC Attorney |
| **Subject:** | Response to Request for Information from General Counsel |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☐ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a two-page email train summarizing a request from the General Counsel and OGC attorney response to that request. The document is dated October 6, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses legal issues under consideration within the executive branch, and outlines the confidential recommendations and analysis of OGC attorneys. This information therefore reveals internal deliberations of government officials, as well as confidential communcations between CIA attorneys and their clients. This information is properly withheld under the deliberative process and attorney-client privileges.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

DOC 192

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 2033 |
| Date of Document: | 10/13/2004 |
| Document Type: | E-mail |
| Classification: | SCI, Top Secret |
| From/To: | Multiple CIA Employees |
| Subject: | Intelligence Operations |
| Document Pages: | 11 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☒ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This document is an eleven-page email train discussing intelligence operations. The document is dated October 13, 2004 and bears the classification TOP SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause exceptionally grave damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The document is also exempt in its entirety pursuant to exemption (b)(5). The email discusses a policy issue under consideration within the executive branch, and outlines the recommendations and proposals of the persons involved in the discussion. The email also discusses a draft. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. This document also contains the confidential legal advice of CIA attorneys and their clients. Thus, portions of the document are also withheld pursuant to the attorney-client privilege.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 193**

# Amnesty International v . CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG E 2160 |
| Date of Document: | 11/29/2004 |
| Document Type: | E-mail |
| Classification: | Confidential |
| From/To: | CIA Employee to CIA/OIG |
| Subject: | OIG Investigation |
| Document Pages: | 1 |

| FOIA Exemptions: | Privacy Act Exemptions : | Disposition: |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description :** This document is a one-page email train responding to a survey sent out as part of an OIG investigation. The document is dated March 23, 2005, and bears the classification CONFIDENTIAL.

This document is withheld in its entirety based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP

**DOC 194**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG E 2287 |
| **Date of Document:** | 10/14/2003 |
| **Document Type:** | E-mail |
| **Classification:** | SCI, Secret |
| **From/To:** | CIA/OGC Attorney to CIA Employee |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This document is a one-page email discussing a policy issue. There is a three-page cable attached. The document is dated October 14, 2003 and bears the classification SECRET.

This document is withheld in its entirety based on FOIA exemptions (b)(1), (b)(3), and (b)(5).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

The email is also exempt in its entirety pursuant to exemption (b)(5). The email discusses a policy issue under consideration within the executive branch, and outlines the recommendations and proposals of the persons discussing the issue. This information therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege. In addition, portions of this email also discuss the confidential recommendations and advice of CIA attorneys to their clients. This advice was given in confidence and has been held in confidence, and it is properly withheld pursuant to the attorney-client privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 195**

# Amnesty International v . CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number : | OIG E 2414 |
| Date of Document : | 10/24/2003 |
| Document Type : | E-mail |
| Classification : | Unclassified |
| From/To : | CIA Employee to CIA Employee |
| Subject : | Policy Issue |
| Document Pages : | 2 |

| FOIA Exemptions : | Privacy Act Exemptions : | Disposition : |
|---|---|---|
| ☒ (b) (1) | ☐ (d) (5) | ◯ Denied in Full |
| ☐ (b) (2) | ☐ (j) (1) | ⬤ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ◯ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ◯ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☒ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description :** This document is a two-page email train discussing a policy issue. The document is dated October 24, 2003.

This document is withheld in part based on FOIA exemptions (b)(1) and (b)(3).

The document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign activities of the United States government, whose disclosure reasonably could be expected to cause serious damage to the national security.

The document also contains information exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, and titles or other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Act of 1949.

Portions of this document are also withheld under exemption b(6). This document contains information that applies to a particular, identifiable individual. Disclosure of this information would constitute an unwarranted invasion of personal privacy. Thus, those portions are withheld pursuant to exemption b(6).

Any meaningful, reasonably segregable portion of the document has been released.

Case Number : 07-cv-5435
Judge's Initials : LAP

**DOC 196**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 0001 |
| Date of Document: | 8/6/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | From HQ to Field |
| Subject: | Headquarters Response to Field Cable |
| Document Pages: | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated August 6, 2003, and it bears the classification mark SECRET. This cable consists of one and one half pages of distribution information and three paragraphs of text. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first page and a half primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

**DOC 197**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 0147 |
| **Date of Document:** | 08/30/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Field Update on Intelligence Gathering Activities |
| **Document Pages:** | 10 |

| FOIA Exemptions: | Privacy Act Exemptions: | Disposition: |
|:---|:---|:---|
| ☒ (b) (1) | ☐ (d) (5) | ● Denied in Full |
| ☒ (b) (2) | ☐ (j) (1) | ○ Partial Release |
| ☒ (b) (3) | ☐ (j) (2) | ○ Released in Full |
| ☐ (b) (4) | ☐ (k) (1) | ○ Referred to Third Agency |
| ☐ (b) (5) | ☐ (k) (2) | |
| ☐ (b) (6) | ☐ (k) (5) | |
| ☐ (b) (7) (c) | | |
| ☐ (b) (7) (d) | | |
| ☐ (b) (7) (e) | | |
| ☐ (b) (7) (f) | | |

**Document Description:** This 10-page document is a NCS cable, dated August 30, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately 9 pages of text. The last page is mostly blank. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 198**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 0293 |
| Date of Document: | 4/14/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Information |
| Document Pages: | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This document is a three page NCS cable. The first one-half page contains primarily distribution information. The remaining pages contain approximately two full pages of text. The majority of the final page is blank.

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these codes would disclose information such as internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld ont he basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations of field officers to headquarters regarding specific policies. The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonable segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# Amnesty International v . CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 0439 |
| **Date of Document:** | 10/27/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | HQ to Field |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 2-page document is a NCS cable, dated October 27, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately 1 full page of text. The last page is mostly blank. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

This document is also withheld pursuant to the attorney-client communication privilege. The document contains the confidential legal advice of an attorney to a client, and is properly withheld under exemption b(5).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 0585 |
| **Date of Document:** | 11/15/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to Field and HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated November 15, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and one-half page of written text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations of field officers to headquarters regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials :** LAP