**DOC 201**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 0728

Date of Document: 4/8/2003

Document Type: Cable

Classification: Secret

From/To: CIA to Other Federal Agencies

Subject: Intelligence Operations

Document Pages: 4

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 4-page document is a NCS cable, dated April 8, 2003, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately two and one-half pages of written text. The last half-page is blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

DOC 202

# Amnesty International v. CIA, et al.

**FOIA/PA Request No.:** F-05-00498, F-06-01014, F-06-00994

**Document Number:** OIG C 0731

**Date of Document:** 10/17/2003

**Document Type:** Cable

**Classification:** Secret

**From/To:** Field to HQ

**Subject:** Intelligence Operations

**Document Pages:** 1

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 1-page document is a NCS cable, dated October 3, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one-half page of text. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations of field officers to headquarters regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 203**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 0877 |
| Date of Document: | 08/07/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Operations |
| Document Pages: | 1 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 1-page document is a portion of a NCS cable, dated August 3, 2003, and it bears the classification mark SECRET. This cable consists of one page of distribution information, it does not contain any additional text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, the name of a CIA employee, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 204**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 1023

Date of Document: 2/22/2006

Document Type: Cable

Classification: Top Secret

From/To: Field to HQ

Subject: Employee Operational Performance

Document Pages: 4

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 4-page document is a NCS cable, dated February 2, 2006, and it bears the classification mark TOP SECRET. This cable consists of one page of distribution information and approximately two and one-half pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the names of CIA employees, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

This document is also withheld in full on the basis of exemption b(5). The memorandum discusses employee performance, and therefore reveals internal analysis and recommendations. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 1169 |
| Date of Document: | 11/12/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Information |
| Document Pages: | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated November 12, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one page of text. Half of the second page is blank. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including specific sources of the CIA. The document also reveals CIA cryptonyms and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 206**

# Amnesty International v. CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 1315 |
| **Date of Document:** | 8/13/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 6 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 6-page document is a NCS cable, dated August 13, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately five and one-half pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. The document reveals CIA cryptonyms, the location and functions of CIA stations, the identities of CIA employees, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number : 07-cv-5435
Judge's Initials : LAP

**DOC 207**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 1456

Date of Document: 3/18/2004

Document Type: Cable

Classification: Secret

From/To: Field to HQ

Subject: Intelligence Operations

Document Pages: 3

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 3-page document is a NCS cable, dated March 18, 2004, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately one and one-half pages of written text. The last half-page is blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the locations of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 208**

# Amnesty International v . CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 1461

Date of Document: 11/12/2003

Document Type: Cable

Classification: Secret

From/To: HQ to Field

Subject: Intelligence Operations

Document Pages: 2

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This 2-page document is a NCS cable, dated October 3, 2003, and it bears the classification mark SECRET. This cable consists of one and one-half page of distribution information and approximately one-half page of text. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first one and one-half pages primarily consist of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain foreign intelligence activities. The document also reveals CIA cryptonyms and the location of CIA stations. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP

**DOC 209**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 1607

Date of Document: 4/22/2003

Document Type: Cable

Classification: Secret

From/To: HQ to Field

Subject: Intelligence Information and Operations

Document Pages: 23

FOIA Exemptions:
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

Privacy Act Exemptions:
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

Disposition:
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

Document Description: This 23-page document is a NCS cable, dated April 22, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately twenty-one and one-half page of text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including specific CIA sources and intelligence-gathering methods. The document also reveals CIA cryptonyms, the identities of CIA employees, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 210**

# Amnesty International v . CIA, et al.

**FOIA/PA Request No.:**  F-05-00498, F-06-01014, F-06-00994

**Document Number:**  OIG C 1753

**Date of Document:**  7/12/2003

**Document Type:**  Cable

**Classification:**  Top Secret

**From/To:**  HQ to Field

**Subject:**  Intelligence Operations

**Document Pages:**  17

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 17-page document is a NCS cable, dated July 12, 2003, and it bears the classification mark TOP SECRET. This cable consists of one-half page of distribution information and approximately sixteen pages of text. The last page is mostly blank. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause exceptionally grave damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including specific CIA sources. The document also reveals CIA cryptonyms, the location of CIA stations, CIA capabilities, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 211**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 1899 |
| Date of Document: | 9/18/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Information |
| Document Pages: | 4 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 4-page document is a NCS cable, dated September 18, 2003, and it bears the classification mark SECRET. This cable consists of one and one-half page of distribution information and approximately two and one-half pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3)

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure becuase it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including CIA intelligence sources. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 212**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2045 |
| **Date of Document:** | 8/17/2004 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 11 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 11-page document is a NCS cable, dated August 17, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately nine and one-half pages of text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

**DOC 213**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2184 |
| **Date of Document:** | 6/23/2004 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | HQ to Field |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated June 23, 2004, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately one quarter-page of written text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v. CIA, et al.

**FOIA/PA Request No.:** F-05-00498, F-06-01014, F-06-00994

**Document Number:** OIG C 2191

**Date of Document:** 4/2/2004

**Document Type:** Cable

**Classification:** Secret

**From/To:** HQ to Field

**Subject:** Intelligence Operations

**Document Pages:** 2

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated April 2, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one-half page of text. The second page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

# DOC 215

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 2337 |
| Date of Document: | 4/7/2004 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | HQ to Field |
| Subject: | Intelligence Information |
| Document Pages: | 57 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions :**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition :**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 57-page document is a NCS cable, dated April 4, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately fifty-six and one-half pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence sources and methods. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 216**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2483 |
| **Date of Document:** | 6/4/2004 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Information |
| **Document Pages:** | 12 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 12-page document is a NCS cable, dated June 4, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately ten pages of text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 217**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2629 |
| **Date of Document:** | 7/26/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Information |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated July 26, 2003, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately one page of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including confidential sources. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

# Amnesty International v. CIA, et al.

| | |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2775 |
| **Date of Document:** | 12/9/2003 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Information |
| **Document Pages:** | 5 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 5-page document is a NCS cable, dated August December 9, 2003, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately four pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including confidential sources. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 219**

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 2912 |
| **Date of Document:** | 3/5/2004 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to Field |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 2 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description :** This 2-page document is a NCS cable, dated March 5, 2004, and it bears the classification mark SECRET. This cable consists of approximately one-half page of distribution information and approximately one-half page of written text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

**DOC 220**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 2921 |
| Date of Document: | 3/31/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | HQ to DOJ |
| Subject: | Intelligence Operation |
| Document Pages: | 2 |

FOIA Exemptions:
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

Privacy Act Exemptions:
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

Disposition:
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 2-page document is a NCS cable, dated March 31, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one page of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals the identities of CIA personnel and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

This document is also withheld in full on the basis of exemption b(5).  The memorandum consists of facts that were provided to an attorney for the purpose of seeking legal advice.  As such, this document is protected by the attorney-client privilege and is properly withheld under exemption b(5).

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v . CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 3067 |
| Date of Document: | 1/14/2004 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Information |
| Document Pages: | 1 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☐ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 1-page document is a NCS cable, dated January 14, 2004, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one-half page of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP

**DOC 222**

# Amnesty International v. CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG C 3213

Date of Document: 7/27/2004

Document Type: Cable

Classification: Secret

From/To: HQ Internal

Subject: Intelligence Information

Document Pages: 5

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 5-page document is a NCS cable, dated July 27, 2004, and it bears the classification mark SECRET. This cable consists of three pages of distribution information and approximately one and one-half pages of text. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first three pages primarily consist of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, methods for disseminating CIA information, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials** : LAP

# Amnesty International v. CIA, et al.

|  |  |
|---|---|
| **FOIA/PA Request No.:** | F-05-00498, F-06-01014, F-06-00994 |
| **Document Number:** | OIG C 3359 |
| **Date of Document:** | 9/10/2002 |
| **Document Type:** | Cable |
| **Classification:** | Secret |
| **From/To:** | Field to HQ |
| **Subject:** | Intelligence Operations |
| **Document Pages:** | 3 |

**FOIA Exemptions:**
- ☒ (b) (1)
- ☒ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ● Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

**Document Description:** This 3-page document is a NCS cable, dated September 2, 2002, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately two pages of text. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations of field officers to headquarters regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number:** 07-cv-5435
**Judge's Initials:** LAP

**DOC 224**

# Amnesty International v . CIA, et al.

| | |
|---:|:---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 3505 |
| Date of Document: | 6/15/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Information |
| Document Pages: | 11 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☐ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions :**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition :**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description :** This 11-page document is a NCS cable, dated June 15, 2003, and it bears the classification mark SECRET. This cable consists of one page of distribution information and approximately nine pages of text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), and b(3).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first page primarily consists of internal distribution information such as filing identifiers , routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities, including confidential sources. The document also reveals CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified .

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number**: 07-cv-5435
**Judge's Initials**: LAP

**DOC 225**

# Amnesty International v. CIA, et al.

| | |
|---|---|
| FOIA/PA Request No.: | F-05-00498, F-06-01014, F-06-00994 |
| Document Number: | OIG C 3640 |
| Date of Document: | 11/4/2003 |
| Document Type: | Cable |
| Classification: | Secret |
| From/To: | Field to HQ |
| Subject: | Intelligence Operations |
| Document Pages: | 3 |

**FOIA Exemptions:**
☒ (b) (1)
☒ (b) (2)
☒ (b) (3)
☐ (b) (4)
☒ (b) (5)
☐ (b) (6)
☐ (b) (7) (c)
☐ (b) (7) (d)
☐ (b) (7) (e)
☐ (b) (7) (f)

**Privacy Act Exemptions:**
☐ (d) (5)
☐ (j) (1)
☐ (j) (2)
☐ (k) (1)
☐ (k) (2)
☐ (k) (5)

**Disposition:**
● Denied in Full
○ Partial Release
○ Released in Full
○ Referred to Third Agency

**Document Description:** This 3-page document is a NCS cable, dated November 4, 2003, and it bears the classification mark SECRET. This cable consists of one-half page of distribution information and approximately one and one-half pages of written text. The last page is almost entirely blank. This document is withheld in full based on exemptions b(1), b(2), b(3), and b(5).

The distribution information is withheld on the basis of exemptions b(1), b(2), and b(3). The first half-page primarily consists of internal distribution information such as filing identifiers, routing codes, handling instructions, origination markings, and other internal administrative information which is protected from disclosure by exemption b(2). In addition, some of these markers and routing codes would disclose internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below.

The entire document, including some of the administrative information described above, is also withheld on the basis of exemption b(1). This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure because it would tend to reveal intelligence activities and methods, as well as foreign relations and foreign activities of the United States Government. Disclosure of this information would reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal certain intelligence methods and activities. The document also reveals CIA cryptonyms, the location of CIA stations, and foreign activities of the CIA. Disclosure of this information would reveal information that is currently and properly classified.

For similar reasons, this document is exempt from disclosure under exemption b(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. In addition, this document contains information about CIA official titles, internal organizational data, functions, and names that are properly withheld under exemption b(3), pursuant to section 6 of the Central Intelligence Agency Act of 1949.

In addition, the cable includes policy options, analysis, and recommendations of field officers to headquarters regarding specific policies.  The document is therefore also properly withheld in full pursuant to the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

**Case Number** : 07-cv-5435
**Judge's Initials** : LAP