# INTERNATIONAL HUMAN RIGHTS CLINIC
## WASHINGTON SQUARE LEGAL SERVICES, INC.

245 SULLIVAN STREET, 5th FLOOR, NEW YORK, NY 10012, USA
TEL: +1-212 998-6431 · FAX: +1-212- 995-4031

MARGARET L. SATTERTHWAITE
*Clinic Director*

SMITA NARULA
*Clinic Director*

April 18, 2008

**Via Facsimile: 212-805-7941**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

Re: *Amnesty International USA, et. al. v. CIA, et. al.,* 07 Civ. 5435 (LAP)

Dear Judge Preska:

We represent plaintiffs Amnesty International USA, Washington Square Legal Services, and the Center for Constitutional Rights in the above-captioned matter. We write to update the Court regarding a change in the agreed-upon processing and briefing schedule for the Central Intelligence Agency ("CIA").

In December 2007, the parties informed the Court that the CIA was to submit its summary judgment brief on Monday, April 14, 2008 and that plaintiffs' opposition (and brief in support of their cross-motion for summary judgment) would be due on May 14, 2008. On April 14, the CIA requested a one week extension to submit their brief and Plaintiffs consented to this request. Accordingly, the CIA will now submit its summary judgment brief to the Court on Monday, April 21 and plaintiffs' opposition (and brief in support of their cross-motion for summary judgment) will be due on a date to be negotiated by the parties, but not before May 14, 2008.

The parties anticipate filing a stipulation setting out the remaining briefing schedule for the CIA shortly.

Sincerely,

Margaret L. Satterthwaite
International Human Rights Clinic
Washington Square Legal Services, Inc.

Kyle DeYoung
WilmerHale

Gitanjali Gutierrez
Center for Constitutional Rights, Inc.

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 21, 2008

WASHINGTON SQUARE LEGAL SERVICES, INC. IS A NOT-FOR-PROFIT CORPORATION IN SUPPORT OF THE CLINICAL EDUCATION PROGRAMS OF NEW YORK UNIVERSITY SCHOOL OF LAW

The Honorable Loretta A. Preska
April 18, 2008
Page 2

cc: BY FACSIMILE
Jeannette Vargas, Esq.
Brian Feldman, Esq.
Emily Daughtry, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007