# DECLARATION OF RALPH S. DIMAIO INFORMATION REVIEW OFFICER NATIONAL CLANDESTINE SERVICE CENTRAL INTELLIGENCE AGENCY

## VOLUME TWO

## CONTINUATION OF EXHIBITS