| | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 1 | OGC M/R 1 | | | | | | | X | | X |
| 2 | OGC M/R 3 | X | X | X | X | X | X | X | X | X |
| 3 | OGC M/R 5 | X | | | X | | | X | X | X |
| 4 | OGC M/R 7 | X | X | | | | X | X | X | X |
| 5 | OGC M/R 9 | X | | | X | | | X | | X |
| 6 | OGC M/R 11 | X | | | | | | X | | X |
| 7 | OGC M/R 13 | | | | | | | X | | X |
| 8 | OGC M/R 15 | | | | | | | X | | X |
| 9 | OGC M/R 17 | | | | | | | X | | X |
| 10 | OGC M/R 19 | | | | | | | X | | X |
| 11 | OGC M/R 21 | | | | | | | X | | X |
| 12 | OGC M/R 23 | | | | | | | X | | X |
| 13 | OGC M/R 25 | | | | | | | X | | X |
| 14 | OGC M/R 27 | | | | | | | X | X | X |
| 15 | OGC M/R 29 | | | | | | | X | X | X |
| 16 | OGC M/R 31 | X | | | | | | X | | X |
| 17 | OGC M/R 33 | | | | | | | X | | X |
| 18 | OGC M/R 35 | X | | | X | | | X | | X |
| 19 | OGC M/R 37 | | | | | | | X | | X |
| 20 | OGC M/R 39 | | | X | X | | | X | | X |
| 21 | OGC M/R 41 | | | | | | | X | X | X |
| 22 | OGC M/R 43 | | | X | | | | X | X | X |
| 23 | OGC M/R 45 | | | | | | | X | X | X |
| 24 | OGC M/R 47 | | | | | | | X | | X |
| 25 | OGC M/R 49 | X | | | | | | X | X | X |
| 26 | OGC M/R 51 | X | | X | | | | X | X | X |
| 27 | OGC M/R 53 | | | | | | | X | | X |
| 28 | OGC M/R 55 | | | X | | | X | X | | X |
| 29 | OGC M/R 57 | | | | | | | X | X | X |
| 30 | OGC M/R 59 | X | | | | | | X | X | X |
| 32 | OGC E 4 | | | | | X | | X | X | X |
| 33 | OGC E 7 | X | | | | | | X | X | X |

| | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 34 | OGC E 10 | | | | | | | | X | X |
| 35 | OGC E 13 | | | | | | | X | X | X |
| 36 | OGC E 16 | | | | | | | X | X | X |
| 37 | OGC E 19 | | | | | | | X | X | X |
| 38 | OGC E 22 | | | | | | | X | | X |
| 39 | OGC E 25 | | | | | | | | X | X |
| 40 | OGC E 28 | X | | | | | | X | X | X |
| 41 | OGC E 31 | X | X | | X | X | X | X | X | X |
| 43 | OGC E 37 | | | | | | X | X | X | X |
| 44 | OGC E 40 | | | | | | | X | | X |
| 45 | OGC E 43 | | | | | | | X | | X |
| 46 | OGC E 46 | | | | | | | | X | X |
| 47 | OGC E 49 | | | X | | X | | X | X | X |
| 48 | OGC C 1 | X | X | | X | X | X | X | X | X |
| 49 | OGC C 2 | X | | | | X | | X | X | X |
| 50 | OGC C 3 | X | | | | X | | X | X | X |
| 51 | OGC C 4 | | | | | X | | X | X | X |
| 52 | OGC C 5 | X | | | | X | X | X | X | X |
| 53 | OGC C 6 | | | | X | X | | X | | X |
| 54 | OGC C 7 | X | | | | X | | X | | X |
| 55 | OGC C 8 | X | | | | X | | X | | X |
| 56 | OGC C 9 | | | | X | X | X | X | X | X |
| 57 | OGC C 10 | | X | | X | X | | X | X | X |
| 58 | OGC O 1 | | | | | | | X | X | X |
| 59 | OGC O 3 | X | | | | X | | X | | X |
| 60 | OGC O 5 | X | X | | X | | X | X | X | X |
| 61 | OGC O 7 | X | X | | X | | X | X | X | X |
| 62 | OGC O 9 | | X | | | | | X | X | X |
| 63 | OGC O 11 | X | X | | | | | X | | X |
| 64 | OGC O 13 | | X | | X | | | X | | X |
| 65 | OGC O 15 | | | | | | | X | | X |
| 66 | OGC O 17 | | X | X | | | X | X | X | X |

| | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 67 | OGC O 19 | | | | | | | X | | X |
| 68 | OGC O 21 | | | | | | | X | | X |
| 69 | OGC O 23 | X | X | | | | X | X | X | X |
| 70 | OGC O 25 | | | | | | | X | | X |
| 71 | OGC O 28 | | | | | | | X | | X |
| 72 | OGC O 29 | | | | | | | X | X | X |
| 73 | OGC O 31 | | | | | | | X | | X |
| 74 | OGC O 33 | | | | | | | | | X |
| 75 | OGC O 35 | X | | | | | | X | | X |
| 76 | OGC O 37 | X | | | | | | X | | X |
| 77 | OGC O 39 | X | | | | | | X | | X |
| 78 | OGC O 41 | | | | | | | X | | X |
| 79 | OGC O 43 | | | | | | | | | X |
| 80 | OGC O 45 | | | | | | | X | | X |
| 81 | OGC O 47 | | | | | | | X | | X |
| 82 | OGC O 50 | | | | | | | X | | X |
| 83 | OGC O 51 | | | | | | | X | | X |
| 84 | OGC O 53 | X | | | | | | X | | X |
| 85 | OGC O 55 | | | | | | | X | | X |
| 86 | OGC O 57 | X | | | | | | X | | X |
| 87 | OGC O 59 | | | | | | | X | | X |
| 89 | OGC O 64 | | | | | | | X | | X |
| 90 | OGC O 65 | X | X | X | | | X | X | | X |
| 91 | OGC O 68 | | | | | | X | | | X |
| 92 | OGC O 69 | | | | X | | X | X | | X |
| 93 | OGC O 71 | | | | | | | X | | X |
| 94 | OGC O 73 | | | | | | | | | X |
| 95 | OGC O 75 | X | | | | | | X | | X |
| 96 | OGC O 77 | | | | | | | X | | X |
| 97 | OGC O 79 | | | | | | | | X | X |
| 98 | OGC O 81 | | | | | | | X | | X |
| 99 | OGC O 83 | | | | | | | X | | X |

| | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 100 | OGC O 85 | | X | | | | X | | | X |
| 101 | NONO M/R 1 | X | | | | | | | X | X |
| 102 | NONO M/R 3 | X | | | | | | | X | X |
| 103 | NONO M/R 5 | | | | | | | | | X |
| 104 | NONO M/R 7 | | | | | | | | | X |
| 105 | NONO M/R 9 | X | | | | | | | X | X |
| 106 | NONO M/R 11 | | | | | | | X | | X |
| 107 | NONO M/R 13 | | | | | | | | | X |
| 108 | NONO M/R 15 | | | | | | | | | X |
| 109 | NONO M/R 17 | | | | | | | | | X |
| 110 | NONO M/R 19 | | | | | | | | | X |
| 111 | NONO M/R 21 | | | | | | | | X | X |
| 112 | NONO M/R 24 | | | X | X | | | X | X | X |
| 113 | NONO M/R 25 | | | | X | | | | X | X |
| 114 | NONO M/R 27 | | | | | | | | X | X |
| 115 | NONO M/R 29 | | | | | | | | X | X |
| 116 | NONO E 1 | | | | | | | | X | X |
| 117 | NONO E 2 | | X | | | | | | | X |
| 118 | NONO C 1 | X | X | | | | X | X | X | |
| 119 | NONO C 3 | X | X | | X | | X | X | X | |
| 120 | NONO O 1 | X | X | X | X | | X | | X | |
| 121 | NONO O 14 | X | X | | X | | X | | X | |
| 122 | NONO O 27 | | X | | | | X | | | |
| 123 | NONO O 31 | | X | | | | X | X | X | X |
| 124 | NONO O 40 | X | X | | X | | X | | X | |
| 126 | OIG M/R 1 | X | | X | X | | | | X | X |
| 128 | OIG M/R 23 | X | X | | X | X | X | | X | X |
| 129 | OIG M/R 34 | | X | X | | | X | X | X | X |
| 130 | OIG M/R 45 | | X | | | | | | | X |
| 131 | OIG M/R 56 | | | X | X | | | | X | X |
| 132 | OIG M/R 67 | | | | | | | X | X | X |
| 133 | OIG M/R 78 | | | X | X | | | | X | X |

|  | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 134 | OIG M/R 89 |  |  | X | X |  |  |  | X | X |
| 135 | OIG M/R 100 |  | X | X | X |  | X |  | X | X |
| 136 | OIG M/R 111 |  |  | X | X |  |  |  | X | X |
| 137 | OIG M/R 122 | X |  |  | X |  | X |  | X | X |
| 138 | OIG M/R 133 | X | X | X | X |  | X |  | X | X |
| 139 | OIG M/R 144 | X |  | X | X |  |  |  | X | X |
| 140 | OIG M/R 155 |  |  | X | X |  |  |  | X | X |
| 141 | OIG M/R 166 |  |  |  |  |  |  |  |  | X |
| 142 | OIG M/R 177 | X |  |  |  |  | X |  | X | X |
| 143 | OIG M/R 189 |  |  | X | X |  |  |  | X | X |
| 144 | OIG M/R 199 | X |  | X | X |  |  |  | X | X |
| 145 | OIG M/R 210 | X |  | X | X |  |  |  | X | X |
| 146 | OIG M/R 221 |  |  | X | X |  |  |  | X | X |
| 147 | OIG M/R 232 |  |  |  | X |  |  |  |  | X |
| 148 | OIG M/R 243 | X |  |  | X | X |  |  |  | X |
| 149 | OIG M/R 254 |  |  | X | X |  |  |  | X | X |
| 150 | OIG M/R 265 |  |  | X | X |  |  |  | X | X |
| 151 | OIG M/R 276 |  |  | X | X |  |  |  | X | X |
| 153 | OIG M/R 298 |  |  |  |  |  |  |  |  | X |
| 154 | OIG M/R 309 |  |  |  |  |  |  |  | X | X |
| 155 | OIG M/R 320 |  |  | X | X |  |  |  | X | X |
| 156 | OIG M/R 331 |  |  |  | X |  |  | X | X | X |
| 157 | OIG M/R 342 |  |  |  |  |  |  |  | X |  |
| 159 | OIG M/R 364 |  |  |  |  |  |  |  |  |  |
| 160 | OIG M/R 376 | X |  | X | X |  |  |  | X | X |
| 161 | OIG M/R 386 |  |  | X | X |  |  | X | X | X |
| 162 | OIG M/R 397 | X | X |  |  |  |  |  | X |  |
| 163 | OIG M/R 408 |  |  | X | X | X |  |  | X | X |
| 164 | OIG M/R 419 |  | X | X | X |  |  |  | X |  |
| 165 | OIG M/R 430 |  |  | X | X |  |  |  | X | X |
| 166 | OIG M/R 441 |  |  | X | X |  |  |  | X | X |
| 167 | OIG M/R 452 |  |  | X | X |  |  |  | X | X |

|     | Doc. #       | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|-----|--------------|------------------|-------------------|-------|---------------------|------------|--------------------------------|----------------------------------|----------------------------|------------------------------------------------|
|     |              | Human Sources    | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships    | Dissemination Control Markings   | Intelligence Activities    | Terrorist Detention and Interrogation Program |
| 168 | OIG M/R 463  |   |   |   | X | X |   |   |   | X |
| 169 | OIG M/R 474  | X |   | X | X |   |   |   | X | X |
| 170 | OIG M/R 485  |   |   | X | X |   |   |   | X | X |
| 171 | OIG M/R 496  |   |   | X | X |   |   |   | X | X |
| 172 | OIG M/R 507  |   |   | X |   |   |   |   |   | X |
| 173 | OIG M/R 518  |   |   | X | X |   |   |   |   | X |
| 176 | OIG E 1      |   |   |   | X |   |   |   |   | X |
| 177 | OIG E 128    |   | X |   | X |   |   | X | X | X |
| 178 | OIG E 255    |   |   |   |   |   |   |   |   | X |
| 179 | OIG E 382    |   |   |   |   |   |   |   |   | X |
| 180 | OIG E 509    |   |   |   | X |   |   |   | X |   |
| 181 | OIG E 636    |   |   |   | X |   |   |   |   | X |
| 182 | OIG E 763    |   |   | X | X |   |   |   | X | X |
| 183 | OIG E 890    |   |   |   |   |   |   |   |   | X |
| 184 | OIG E 1017   |   |   |   |   |   |   | X | X | X |
| 185 | OIG E 1144   |   |   |   | X |   |   |   | X | X |
| 187 | OIG E 1398   |   |   |   |   |   |   |   |   | X |
| 188 | OIG E 1525   |   |   |   | X |   |   |   |   | X |
| 189 | OIG E 1652   | X |   |   | X | X |   | X | X |   |
| 190 | OIG E 1779   | X |   | X | X |   |   | X |   | X |
| 191 | OIG E 1906   |   | X |   |   |   |   |   |   | X |
| 192 | OIG E 2033   |   |   |   |   |   |   | X | X | X |
| 193 | OIG E 2160   |   |   |   | X |   |   |   |   | X |
| 194 | OIG E 2287   |   |   |   | X |   |   | X | X | X |
| 195 | OIG E 2414   |   |   |   | X |   |   |   |   | X |
| 196 | OIG C 1      |   |   |   | X |   |   | X |   | X |
| 197 | OIG C 147    | X | X |   | X |   |   | X | X | X |
| 198 | OIG C 293    | X |   |   | X | X |   | X | X | X |
| 199 | OIG C 439    |   |   |   | X |   |   | X |   | X |
| 200 | OIG C 585    |   |   |   | X | X |   | X |   | X |
| 201 | OIG C 728    |   |   |   | X |   | X | X | X |   |
| 202 | OIG C 731    |   |   |   | X |   |   | X |   | X |

| | Doc. # | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 203 | OIG C 877 | | | | X | X | | X | | X |
| 204 | OIG C 1023 | | | | X | X | | X | X | |
| 205 | OIG C 1169 | | | | X | X | | X | X | |
| 206 | OIG C 1315 | | | | X | X | | X | X | |
| 207 | OIG C 1456 | | | | X | | | X | X | |
| 208 | OIG C 1461 | | | | X | | | X | | X |
| 209 | OIG C 1607 | X | | | X | X | | X | X | |
| 210 | OIG C 1753 | X | | | X | X | | X | X | |
| 211 | OIG C 1899 | X | | | X | | | X | X | |
| 212 | OIG C 2045 | | | | X | | | X | X | |
| 213 | OIG C 2184 | | | | X | X | | X | X | |
| 214 | OIG C 2191 | X | | | X | | | X | X | |
| 215 | OIG C 2337 | | | | X | | | X | X | |
| 216 | OIG C 2483 | | | | X | | | X | X | |
| 217 | OIG C 2629 | X | | | X | X | | X | X | X |
| 218 | OIG C 2775 | X | | | X | | | X | X | X |
| 219 | OIG C 2912 | | X | | X | X | X | X | | X |
| 220 | OIG C 2921 | | X | | | | | X | | X |
| 221 | OIG C 3067 | | | | X | | | X | X | |
| 222 | OIG C 3213 | X | | | X | X | | X | X | |
| 223 | OIG C 3359 | | | | X | | | X | X | |
| 224 | OIG C 3505 | X | | | X | | | X | X | X |
| 225 | OIG C 3640 | | | | X | | | X | X | X |
| 226 | OIG O 1 | X | | | | | | | | X |
| 227 | OIG O 62 | | | X | | | | | X | |
| 228 | OIG O 122 | X | | | | X | | | | X |
| 229 | OIG O 182 | | | | X | | | | X | X |
| 230 | OIG O 242 | | | X | | | | | X | |
| 231 | OIG O 302 | | | X | X | | | X | X | |
| 232 | OIG O 362 | X | X | X | X | X | X | X | X | X |
| 233 | OIG O 422 | X | | | X | | | | X | X |
| 234 | OIG O 482 | | | X | | | | | X | X |

|     | Doc. #     | Intelligence Sources | | Intelligence Methods | | | | | Intelligence Activities | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|     |            | Human Sources | Foreign Gov't Info | Cover | Field Installations | Cryptonyms | Foreign Intel Relationships | Dissemination Control Markings | Intelligence Activities | Terrorist Detention and Interrogation Program |
| 235 | OIG O 542  | X |   |   | X | X | X |   | X | X |
| 236 | OIG O 602  | X |   | X | X | X |   |   | X | X |
| 237 | OIG O 662  |   |   |   | X |   |   |   | X | X |
| 238 | OIG O 722  | X |   |   | X | X |   | X | X |   |
| 239 | OIG O 782  |   |   | X |   | X |   |   | X |   |
| 241 | OIG O 902  | X |   | X | X | X | X | X | X |   |
| 242 | OIG O 962  | X |   |   | X |   |   |   | X | X |
| 243 | OIG O 1022 |   |   |   |   |   |   |   | X | X |
| 244 | OIG O 1082 |   |   |   |   |   | X |   | X | X |
| 245 | OIG O 1142 | X |   | X | X |   |   |   | X |   |
| 246 | OIG O 1202 | X | X | X |   | X | X |   | X |   |
| 248 | OIG O 1322 |   |   |   |   |   |   |   | X |   |