# **CERTIFICATE OF SERVICE**

I, Brian M. Feldman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 21, 2008, I caused a copy of the (1) Notice of Motion; (2) Memorandum of Law in Support of the Central Intelligence Agency's Motion for Summary Judgment; (3) Declaration of Ralph S. DiMaio; (4) Declaration of Paul P. Colborn; (5) Declaration of Philip J. McGuire; (6) Declaration of Karen Hecker; (7) Declaration of Margaret P. Grafeld; (8) Declaration of Dione Jackson Stearns; (9) Declaration of John F. Hackett; and (10) Declaration of William T. Kammer, and accompanying exhibits, to be served by First Class Mail upon the following:

> Kyle M. DeYoung, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006

Dated: New York, New York
       April 22, 2008

> /s/ Brian M. Feldman
> BRIAN M. FELDMAN
> Assistant United States Attorney