# WILMERHALE

May 14, 2008

**Via Facsimile**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

07 CV 5435

Kyle M. DeYoung

+1 202 663 6785 (t)
+1 202 663 6363 (f)
kyle.deyoung@wilmerhale.com

Dear Judge Preska:

We represent plaintiffs Amnesty International USA, Washington Square Legal Services, and the Center for Constitutional Rights in the above-captioned matter. We write to update the Court regarding the agreed-upon processing and briefing schedule for the Central Intelligence Agency ("CIA").

In a letter we sent the Court on April 18, 2008, we informed you that CIA was to submit its summary judgment brief on Monday, April 21, and that plaintiffs' opposition (and brief in support of their cross-motion for summary judgment) would be due on a date to be negotiated by the parties, but not before May 14, 2008.

We write today to inform the Court that the parties have reached agreement as to the remainder of the schedule. Plaintiffs' opposition (and brief in support of their cross-motion for summary judgment) will be due on Wednesday, May 28, 2008. Accordingly, CIA's opposition/reply brief will be due on Friday, June 27, 2008 and plaintiffs' reply brief will be due on Friday, July 11, 2008, unless otherwise agreed by the parties.

We respectfully request that the Court approve this proposed schedule.

Yours truly,

Kyle DeYoung
WilmerHale

Margaret L. Satterthwaite
International Human Rights Clinic
Washington Square Legal Services, Inc.

Gitanjali Gutierrez
Center for Constitutional Rights, Inc.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 14, 2008

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

The Honorable Loretta A. Preska
May 14, 2008
Page 2

cc: Jeannette Vargas, Esq.
    Brian Feldman, Esq.
    Emily Daughtry, Esq.
    United States Attorney's Office
    Southern District of New York
    86 Chambers Street
    New York, NY 10007