AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

**APPEARANCE**

Case Number: 07 CV 5435

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Washington Square Legal Services, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/28/2008 | *(signature)* |
| Date | Signature |
| | Martha Jane Johnstone — MJ0979 |
| | Print Name / Bar Number |
| | Washington Square Legal Services, Inc. 245 Sullivan St. |
| | Address |
| | New York / NY / 10012 |
| | City / State / Zip Code |
| | (212) 998-6680 / (212) 995-4031 |
| | Phone Number / Fax Number |