

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

# WILMERHALE

May 23, 2008

**Via Facsimile**

Kyle M. DeYoung

+1 202 663 6785 (t)
+1 202 663 6363 (f)
kyle.deyoung@wilmerhale.com

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: *Amnesty Int'l, USA, et al. v. CIA, et al.*, 07 Civ. 5435 (LAP)

Dear Judge Preska:

Plaintiffs respectfully request leave from the Court to file a 40-page memorandum of law. On May 28, 2008, Plaintiffs intend to file an opposition to the Central Intelligence Agency's ("CIA") motion for summary judgment and cross motion for partial summary judgment. The requested page extension is necessary to allow Plaintiffs to adequately address the large number of withheld documents and to respond to the 40-page memorandum of law filed by the CIA in support of its motion for summary judgment. Counsel for the CIA have granted their consent to this request for an extension of the page limitation.

We thank the Court for its consideration of this request.

Respectfully submitted,

Kyle DeYoung

cc: Jeannette Vargas, Esq.
Brian Feldman, Esq.
Emily Daughtry, Esq.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 31, 2008

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington