UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
)
AMNESTY INTERNATIONAL USA, *et al.*, )
)
      Plaintiffs, )
)
      v. )    No. 07-CIV-5435 (LAP)
)
CENTRAL INTELLIGENCE AGENCY, )
*et al.*, )
)
      Defendants. )
)
_____ )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiffs in the above-captioned case. I certify that I am admitted to practice before this Court.

          Respectfully submitted,

          /s/ Emilou MacLean_____
          Emilou MacLean [EM-0121]
          CENTER FOR CONSTITUTIONAL RIGHTS
          666 Broadway, 7th Floor
          New York, New York 10012
          Tel: (212) 614-6424
          Fax: (212) 614-6499
          E-mail: emaclean@ccrjustice.org

          Counsel for Plaintiffs

Dated:    New York, New York
          June 6, 2008