CERTIFICATE OF SERVICE

       I, Brian M. Feldman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on June 20, 2008, I caused a copy of the foregoing Answer to be served by First Class Mail upon the following:

> Gitanjali Gutierrez
> Center for Constitutional Rights, Inc.
> 666 Broadway, Seventh Floor
> New York, New York 10012
> Attorney for Center for Constitutional Rights
>
> Margaret L. Satterthwaite
> Washington Square Legal Services, Inc.
> International Human Rights Clinic
> 245 Sullivan Street
> New York, New York 10012
> Attorney for Amnesty International USA and
> Washington Square Legal Services, Inc.

Dated:    New York, New York
             June 20, 2008

                              ___/s/_____
                              BRIAN M. FELDMAN
                              Assistant United States Attorney
                              Telephone No. (212) 637-2777
                              Facsimile No. (212) 637-2717
                              Brian.Feldman@usdoj.gov