**Exhibit 2**
# Plaintiffs' Chart of Repetitive and Missing Information Examples in *Vaughn* Index

| 1. | Entries describing records as "memo," "cable," "letter," "email," or "interview report": | "Memo" – Docs. 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 25, 26, 27, 28, 30, 61, 62, 66, 84, 91, 95, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 120, 121, 122, 123, 124, 127, 128, 129, 130, 132, 137, 141, 142, 146, 147, 148, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 172, 173, 174, 175, 243, 248 and 250. |
|---|---|---|
| | | "Cable" - Docs. 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 118, 119, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, and 225. |
| | | "Letter" – Docs. 58, 60, 63, 64, 67, 68, 69, 70, 71, 72, 75, 76, 78, 79, 80, 81, 82, 83, 85, 86, 87, 88, 90, 92, 93, 94, 96, 97 and 125. |
| | | "Email" – Docs. 31, 45, 46, 47, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194 and 195. |
| | | "Interview report" – Docs. 126, 131, 133, 134, 135, 136, 138, 139, 140, 143, 144, 145, 149, 151, 164, 165, 166, 167, 168, 169, 170 and 171. |
| 2. | 16 entries are missing any date reference: | Docs. 73, 74, 98, 112, 115, 121, 123, 124, 128, 160, 227, 234, 239, 242, 245 and 248. |
| 3. | 9 entries do not list even a generalized subject matter (*i.e.*, "OIG investigation" or "policy issue"): | Docs. 34, 35, 39, 41, 43, 44 and 45 state that the record concerns an unidentified "particular issue." Docs. 37 and 234 provide no information concerning the generalized subject matter. |

| 4. | 45 entries list "intelligence operations" as the subject matter: | Docs. 49, 50, 51, 52, 53, 54, 5, 56, 61, 63, 64, 106, 129, 137, 14, 148, 154, 155, 156, 160, 185, 189, 190, 192, 199, 200, 201, 202, 203, 206, 207, 208, 210, 212, 213, 214, 219, 220, 223, 225, 232, 245 and 246. |
|---|---|---|
| 5. | 41 entries list "OIG Investigation" as the subject matter: | Docs. 126, 131, 133, 1134, 135, 136, 138, 139, 140, 143, 144, 145, 149, 150, 151, 159, 161, 162, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 184, 187, 188, 193, 226, 228, 230, 231, 235, 236, 238, 241 and 242. |
| 6. | 118 entries contain identical language to support CIA's assertion of Exemption 1:<br><br>"This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign relations [and/or foreign activities] of the United States Government, whose disclosure reasonably could be expected to cause *exceptionally grave damage* to the national security." | Docs. 1, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 32, 33, 35, 37, 38, 39, 40, 43, 44, 45, 47, 49, 50, 51, 52, 53, 58, 61, 63, 64, 65, 66, 67, 68, 69, 70, 71, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 89, 90, 92, 93, 94, 95, 96, 98, 99, 101, 106, 116, 129, 132, 138, 143, 148, ,154, 161, 163, 169, 179, 184, 192, 204, 210, 229, 232, 245, 248, 251, 252, 254, 263, 265, 267, 270, 271, 272, 273, 275, 276, 287, 288, 291, 297 and 298. |

| 7. | Of the 118 entries listed in ¶ 6, 21 contain some additional generalized information in support of Exemption 1: | Docs. 138, 143 and 169 additionally include:<br><br>"In particular, the document tends to reveal intelligence sources, methods, and activities.  The documents also reveal the *location of CIA stations and the activities of those stations*." **or** "In particular, the document tends to reveal *certain* intelligence sources, methods, and activities, and *location of CIA stations and the activities of those stations*." (emphasis added).<br><br>Docs. 49, 50, 51, 52, 53, 148, 165, 204 and 210 additionally include:<br><br>"In particular, the document tends to reveal intelligence sources, methods, and activities.  The document reveals *CIA cryptonyms, the location of CIA stations and the activities of those stations*." **or** "In particular, the document tends to reveal certain intelligence methods and activities.  The document also reveals *CIA cryptonyms and foreign activities of the CIA*." **or** "In particular, the document tends to reveal certain intelligence methods and activities, including specific *CIA sources.  The document also reveals CIA cryptonyms, the location of CIA stations, CIA capabilities, and foreign activities of the CIA*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities.  The document also reveals *CIA cryptonyms, the names of CIA employees, the location of CIA stations, and foreign activities of the CIA*." (emphasis added).<br><br>Docs. 129, 132, 154, 161, 163, 229, 232, 245 and 248 additionally include:<br><br>"In particular, the document tends to reveal certain intelligence sources, methods, and activities, as well as *foreign activities* [and the *foreign relations*] of the United States Government." **or** "In particular, the document tends to reveal certain intelligence sources, methods, and activities." |

| 8. | 115 entries contain identical language to support CIA's assertion of Exemption 1:<br><br>"This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign relations [and/or foreign activities] of the United States Government, whose disclosure reasonably could be expected to cause *serious damage* to the national security." | Docs. 2, 5, 26, 34, 36, 41, 46, 48, 54, 55, 56, 57, 60, 72, 91, 100, 102, 108, 111, 112, 113, 114, 115, 117, 118, 119, 120, 121, 122, 123, 124, 126, 128, 131, 133, 134, 135, 137, 139, 140, 142, 144, 145, 147, 149, 150, 151, 153, 156, 159, 162, 164, 165, 166, 167, 168, 170, 171, 172, 173, 176, 177, 180, 182, 183, 185, 186, 187, 189, 191, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 205, 206, 207, 208, 209, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 228, 230, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, and 246. |
| --- | --- | --- |
| 9. | Of the 115 entries listed in ¶ 8, 56 contain some additional generalized information in support of Exemption 1: | Docs. 112, 131, 133, 134, 137, 139, 140, 144, 145, 147, 149 and 150 additionally include:<br><br>"In particular, the document tends to reveal intelligence sources, methods, and activities.  The document also reveals the *location of CIA stations and the activities of those stations*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities, as well as the *foreign activities and foreign relations* of the United States Government.  The document also reveals the *location of CIA stations and the activities of those stations*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities, as well as the *foreign activities* of the United States Government." (emphasis added). |

Docs. 48, 54, 55, 56, 57, 126, 128, 142, 156, 164, 165, 196, 197, 199, 200, 201, 202, 203, 205, 206, 207, 208, 209, 211, 212, 213, 214, 215, 216, 217, 218, 219, 221, 222, 223, 224, 225, 233 and 234 additionally include:

"In particular, the document tends to reveal intelligence sources, methods, and activities. The document reveals CIA *cryptonyms, the location of CIA stations and foreign activities of the CIA*." **or** "In particular, the document tends to reveal certain intelligence methods and activities, including *confidential sources*. The document also reveals *CIA cryptonyms, the location of CIA stations, the identities of CIA personnel, and foreign activities of the CIA*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities, including *specific CIA sources and intelligence-gathering methods*. The document also reveals *CIA cryptonyms, the identities of CIA employees, the location of CIA stations, and foreign activities of the CIA*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities. The document also reveals *CIA cryptonyms, the location of CIA stations, the name of a CIA employee and foreign activities of the CIA*." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities. The document reveals *CIA cryptonyms, the location of CIA stations, methods for disseminating CIA information, and foreign activities of the CIA*." (emphasis added).

Docs. 162, 172, 226, 228, 235, 236, 238, 241, 242, 244 and 246 additionally include:

"In particular, the document tends to reveal certain intelligence methods and activities, as well as *foreign activities* of the United States Government." **or** "In particular, the document tends to reveal intelligence sources, methods, and activities, as well as *foreign activities and foreign relations* of the United States Government."

|  |  | Doc. 220 additionally includes:<br><br>"In particular, the document tends to reveal intelligence methods, and activities.  The document reveals the *identities of CIA personnel and foreign activities of the CIA*."<br><br>Docs. 118, 135 and 239 additionally include:<br><br>"In particular, the document tends to reveal intelligence sources, methods, and activities." |
|---|---|---|
| **10.** | 14 entries contain identical language to support CIA's assertion of Exemption 1:<br><br>"This document contains information that has been classified in accordance with Sections 1.4(c) and (d) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would reveal intelligence sources and methods, as well as foreign relations [and/or foreign activities] of the United States Government, whose disclosure reasonably could be expected to cause *damage* to the national security." | Docs. 103, 104, 107, 109, 110, 130, 136, 141, 178, 181, 188, 193 and 227. |

| | | |
|---|---|---|
| **11.** | 221 entries contain identical language to support CIA's assertion of Exemption 3:<br><br>"The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA titles, international organizational data, names, employee numbers, employee telephone numbers, functions, and titles of other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949." | Docs. 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 21, 24, 26, 27, 28, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 105, 106, 112, 113, 116, 117, 118, 119, 120, 121, 122, 123, 124, 126, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 241, 242, 243, 244, 245, 246 and 248. |
| **12.** | Of the 221 entries listed in ¶ 11, 73 contain some additional generalized information in support of Exemption 3: | Docs. 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 118, 119, 129, 132, 153, 156, 161, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, and 225 additionally include:<br><br>"In addition, some of these markers and routing codes would disclose internal organizational data, the name of CIA personnel, and other information that is properly withheld under exemptions b(1) and b(3), as explained below." **or** "In addition, some of these codes would disclose information such as internal organizational data, the location of CIA facilities overseas, and other information that is properly withheld under exemptions b(1) and b(3), as described more fully below [referring to the description cited *supra* ¶¶ 8-9]." |

| | | Docs. 126, 131, 133, 134, 135, 136, 138, 139, 140, 143, 144, 145, 146, 149, 150, 151, 164, 165, 166, 167, 168, 169, 170, 171, 230 and 231 additionally include:<br><br>"In addition, the names of CIA employees making statements to the Office of Inspector General are withheld pursuant to Section 17(e)(3) of the CIA Act of 1949)." |
|---|---|---|
| **13.** | Another 19 entries contain only the following identical language to support the CIA's assertion of Exemption 3:<br><br>"The document is also exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947." | Docs. 6, 7, 16, 17, 20, 22, 23, 25, 29, 30, 103, 104, 107, 108, 109, 110, 111, 114 and 115.<br><br>These documents do not contain any additionally description in support of the claimed exemption. |
| **14.** | Another 6 entries, contain only the following identical language to support the CIA's assertion of Exemption 3:<br><br>"Information about CIA titles, international organizational data, names, employee numbers, employee telephone numbers, functions, and titles of other organizational identifiers of CIA components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949." | Docs. 31, 42, 88, 125, 127 and 240.<br><br>These entries do not contain any additionally description in support of the claimed exemption. |

| | | |
|---|---|---|
| **15.** | 233 of 250 entries contain an identical conclusory description of the CIA's segregability analysis:<br><br>"There is no meaningful, reasonably segregable portion of the document that can be released." | Docs. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83, 84, 86, 87, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 22, 226, 227, 228, 230, 231, 232, 233, 235, 236, 237, 238, 239, 241, 242, 243, 245, 246 and 248. |
| **16.** | Of the remaining 17 entries not included in ¶ 15, the reference to the segregablity analysis either indicates that the document was released in part or fails to provide any reference to a segregability analysis: | Documents 31, 59, 79, 85, 88, 89, 125, 174, 175, 195, 247, 249 and 250 were released in part and contain the following description of the segregability analysis:<br><br>"All meaningful, reasonably segregable portions of the document have been released."<br><br>Docs. 229, 234, 240 and 244 fail to reference a segregability analysis at all. |