UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS, <br><br> Defendants. | ECF CASE <br><br> 07 CV 5435 (LAP) <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying (1) Opposition to the Central Intelligence Agency's Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Cross Motion for Partial Summary Judgment, and accompanying exhibits; (2) Declaration of Gitanjali S. Gutierrez, dated June 25, 2008, and accompanying exhibits; (3) Declaration of Margaret L. Satterthwaite, dated June 25, 2008, and accompanying exhibits, Plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc., shall move before the Honorable Loretta A. Preska for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                _____
                Gitanjali S. Gutierrez (GG-0122)
                Emilou MacLean (EM-0121)
                Shayana Kadidal (SK-1278)
                CENTER FOR CONSTITUTIONAL
                 RIGHTS, INC.
                666 Broadway, 7th floor
                New York, NY 10012
                Tel: (212) 614-6485
                Fax: (212) 614-6499
                Email: ggutierrez@ccrjustice.org

                *Attorneys for Center for Constitutional Rights, Inc.*

                Margaret L. Satterthwaite (MS-3953)
                Martha Johnstone (MJ-0979)
                WASHINGTON SQUARE LEGAL
                 SERVICES, INC.
                International Human Rights Clinic
                245 Sullivan Street
                New York, NY 10012
                Tel: (212) 998-6657
                Fax: (212) 995-4031
                Email: margaret.satterthwaite@nyu.edu

                *Attorneys for Amnesty International USA and Washington Square Legal Services, Inc.*

Dated: June 25, 2008


TO:    Jeannette A. Vargas
        Brian M. Feldman
        Assistant United States Attorneys
        Emily E. Daughtry
        Special Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2000
        Fax: (212) 637-2730
        Email: Jeannette.Vargas@usdoj.gov