UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS, <br><br> Defendants. | ECF CASE <br><br> 07 CV 5435 (LAP) <br><br><br> **ORDER** |

**THIS MATTER** having been brought before the Court upon the application of Amnesty International USA, Center for Constitutional Rights and Washington Square Legal Services for an order compelling Defendants to complete processing of Plaintiffs' Freedom of Information Act Requests; and notice having been given to all parties; and the Court having considered the parties' submissions; and for good cause shown;

**IT IS**, on this _____ day of _____, 2004,

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is hereby GRANTED;

**IT IS FURTHER ORDERED** that Defendant Department of Justice shall produce or identify all responsive documents, including the undisclosed documents itemized by Plaintiffs, within ___ days of this order;

**IT IS FURTHER ORDERED** that Defendant Central Intelligence Agency shall produce or identify items responsive to Plaintiffs' Specific Documents Request within ___ days of this order;

**IT IS FURTHER ORDERED** that Defendants Department of Justice and Central Intelligence Agency shall provide Plaintiffs with declarations, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating the justification for any withholdings within ___ days of this order;

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within ___ days of its receipt.

_____
Hon. Loretta A. Preska, U.S.D.J.