UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS, <br><br> Defendants. | ECF CASE <br><br> 07 CV 5435 (LAP) <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction Compelling DOJ and the CIA to Complete Processing of Plaintiffs' FOIA Requests, and attached declaration and exhibits, Plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc., shall move before the Honorable Loretta A. Preska for preliminary injunction in the above-captioned action.

Respectfully submitted,

/s/

Gitanjali S. Gutierrez (GG-0122)
Emilou MacLean (EM-0121)
Shayana Kadidal (SK-1278)
CENTER FOR CONSTITUTIONAL
 RIGHTS, INC.
666 Broadway, 7th floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499
Email: ggutierrez@ccrjustice.org

*Attorneys for Center for Constitutional Rights, Inc.*

Margaret L. Satterthwaite (MS-3953)
Martha Johnstone (MJ-0979)
WASHINGTON SQUARE LEGAL
 SERVICES, INC.
International Human Rights Clinic
245 Sullivan Street
New York, NY 10012
Tel: (212) 998-6657
Fax: (212) 995-4031
Email: margaret.satterthwaite@nyu.edu

*Attorneys for Amnesty International USA and Washington Square Legal Services, Inc.*

Dated: July 18, 2008

TO:   Jeannette A. Vargas
      Brian M. Feldman
      Assistant United States Attorneys
      Emily E. Daughtry
      Special Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2000
      Fax: (212) 637-2730
      Email: Jeannette.Vargas@usdoj.gov