Attachment C

 **U.S. Department of Justice**

_____

*Washington, D.C. 20530*

MAY 1 2 2006

Catherine K. Ronis
WilmerHale, L.L.P.
2445 M Street, NW
Washington, DC  20037

Dear Ms. Ronis:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the component(s) which now has your letter for response.   For your convenience, we have enclosed the List of Department of Justice Components, Functions and Records Maintained.

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosures
FOIA/PA Referral/Action Slip
List of Department of Justice Components,
    Functions and Records Maintained

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Clerk:  M. Barnes

Date:    MAY 1 2 2006

Organization:  JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From |
|----|----|----|----|----|
| ☑ | ☐ | Office of Information & Privacy | ☐ | ☐ Immigration Review, Executive Office for |
| | | _Office of the Attorney General_ | ☑ | ☐ Inspector General, Office of |
| | | _____ | ☑ | ☐ Intelligence Policy and Review, Office of |
| | | _____ | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| | | _____ | ☐ | ☐ Justice Management Division |
| ☐ | ☐ | Antitrust Division | | Staff: _____ |
| ☐ | ☐ | Bureau of Alcohol, Tobacco, Firearms | ☐ | ☐ Justice Programs, Office of |
| | | and Explosives | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ | Civil Division | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ | Civil Rights Division | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ | Community Relations Service | ☐ | ☐ Professional Responsibility Advisory Office |
| ☐ | ☐ | Community Oriented Policing Services | ☐ | ☐ Professional Responsibility, Office of |
| ☑ | ☐ | Criminal Division | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ | Dispute Resolution, Office of | ☐ | ☐ Tax Division |
| ☐ | ☐ | Drug Enforcement Administration | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☐ | ☐ | Environment & Natural Resources Division | ☐ | ☐ U.S. Marshals Service |
| ☐ | ☐ | Federal Bureau of Prisons | ☐ | ☐ U.S. Parole Commission |
| ☑ | ☐ | Federal Bureau of Investigation | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ | Federal Detention Trustee, Office of | ☐ | ☐ _____ |
| ☐ | ☐ | Foreign Claims Settlement Commission | | |

Requester:  _Catherine K. Ronis_

Ref: _____

Date of Request:  _April 25, 2006_

Received By:  _FOIA/PA Mail Referral Unit_    Type of Request:  _FOIA_

Remarks:  _Requester advised of this referral._

FORM JMD-481
Rev. Mar. 2004

ATTACHMENT B

Listing and Descriptions of Department of Justice Components, Addresses, Locations of Reading Rooms, and Descriptions of Information Routinely Made Publicly Available, and Multitrack Processing

This attachment lists the subdivisions or "components" of the Department of Justice, with a brief description of their functions. Whenever a component requires special information in order to respond to a Freedom of Information Act (FOIA) request, this is noted immediately below the listing. If a component employs multitrack processing of FOIA requests, it also has provided a description of its multitrack processing system. Also following each component listing is a general description of the types of information that the component makes publicly available without requiring that a formal FOIA request be made. If you are interested in such information, please contact the component, either in writing or by telephone.

For most other materials, FOIA requests must be made in writing. You are encouraged to write directly to the addresses provided below in order to speed up the handling of your request. However, if you are unable to identify the Department component(s) most likely to have the records, you may send your request to the Freedom of Information Act/Privacy Act Mail Referral Unit, Justice Management Division, U.S. Department of Justice, Room 1070, NPB, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, which will then forward your request to the appropriate component(s). In either case, please mark the envelope "Freedom of Information Act Request."

All reading room records created by the Justice Department on or after November 1, 1996 are available through the Department's FOIA site on the World Wide Web site (www.usdoj.gov/foia) under "Reading Rooms." This site provides links to each component's FOIA page, which should indicate which records are available electronically. Persons without access to the World Wide Web may access the Department's electronic reading rooms at Room 10200, PHB, 601 D Street, N.W., Washington, D.C. Where an individual component also maintains a separate reading room, that reading room location is also noted following the component description. Before visiting a component's reading room, be sure to first contact the component to determine the hours during which the reading room may be open (or to schedule a visit) and to verify that any specific document or information that you are seeking is, in fact, maintained in the reading room.

The following list of Justice Department components is in alphabetical order:

*ANTITRUST DIVISION* -- Requests for Antitrust Division records should be addressed to:

FOIA/PA Officer
Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, D.C. 20530-0001
(202) 514-2692

The Antitrust Division is charged with the general enforcement, by criminal and civil proceedings, of federal antitrust laws and other laws relating to the protection of competition and the prohibition of monopolization and restraints of trade. This Division maintains files of its investigations and legal cases, stores documents utilized during such investigations and litigation, and keeps records pertaining to the administration of the Division.

Special information required: No special information is required for your request, but please be as specific as possible.

Publicly available information: Public documents located on this Division's Web site include public court and administrative filings, such as complaints, indictments, final judgments, statements of policy, staff manuals, and guidelines; press releases; speeches; congressional testimony; business review letters; and the Division telephone book.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE ASSOCIATE ATTORNEY GENERAL* -- Requests for Associate Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Associate Attorney General advises and assists the Attorney General and the Deputy Attorney General in formulating and implementing Departmental policies and programs pertaining to a broad range of civil justice, federal and local law enforcement, and public safety matters. The Office oversees the following Department of Justice components: the Antitrust, Civil, Civil Rights, Environment and Natural Resources, and Tax Divisions, the Office of Justice Programs, the Office of Community Oriented Policing Services (COPS), the Community Relations Service, the Office of Dispute Resolution, the Office on Violence Against Women, the Office of Information and Privacy, the Executive Office for United States Trustees, and the Foreign Claims Settlement Commission. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE ATTORNEY GENERAL* -- Requests for Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Attorney General is responsible for the overall supervision and direction of the administration and operation of the Department. The Attorney General represents the United States in legal matters generally and furnishes advice and opinions on legal matters to the President, the Cabinet, heads of the executive departments, and other agencies of the federal government. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES – Requests for Bureau of Alcohol, Tobacco, Firearms, and Explosives records should be addressed to:

Division Chief
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Department of Justice
Room 8400, 650 Massachusetts Avenue, N.W.
Washington, D.C. 20226
(202) 927-8480

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) conducts criminal investigations, regulates the firearms and explosives industries, and assists other law enforcement agencies in order to suppress violent crime and protect the public. The ATF removes violent offenders and criminal organizations from the community; assists prosecutors in incarcerating violent offenders; provides leadership to solve violent crime; denies criminals access to firearms by stopping illegal firearms traffickers; works with the firearms and explosives industries to ensure compliance with regulations and record keeping requirements; promotes comprehensive crime gun tracing; safeguards the public from explosives and arson incidents; supports interagency counterterrorism effort; assists state, local, and other federal law enforcement agencies by establishing and conducting law enforcement training and research programs; investigates thefts and losses of firearms and explosives; allows only qualified applicants to become licensed in firearms and explosives industries; conducts revenue investigations in conjunction with alcohol and tobacco diversion investigations; and prevents criminal encroachment of the legitimate alcohol and tobacco industries. ATF also maintains records relating to the administration of the bureau.

Special information required: None.

Publicly available information: A request for a listing of Federal Firearms Licensee's (FFL's) in your residential zip code can be made without a FOIA request. Send your request to:

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Chief, Firearms and Explosives Services Division
Department of Justice
Room 5100, 650 Massachusetts Avenue, N.W.
Washington, D.C. 20226

Reading room location: Sixth Floor, 650 Massachusetts Avenue, N.W., Washington, D.C.

Multitrack processing: None.

CIVIL DIVISION – Requests for Civil Division records should be addressed to:

Freedom of Information/Privacy Act Office
Civil Division
Department of Justice
Room 7304, 20 Massachusetts Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-2319

The Civil Division represents the United States, its agencies, and its employees in general civil litigation that is not within the specialized fields of other divisions of the Department. It defends the federal

government in suits challenging the constitutionality, lawfulness, or propriety of Presidential initiatives, federal statutes, and government programs and actions. It also initiates litigation to enforce various federal statutes, including the False Claims Act, and the federal consumer protection and immigration laws. It handles tort claims against the government, and the defense of federal civilian and military officials sued personally for official actions. The Division maintains record material relating to cases and matters under its jurisdiction, as well as records relating to the administration of the division.

Special information required: Requests for records from Civil Division case files should include a case caption or name, civil action number, judicial district, and date or year of filing.

Publicly available information: Certain Civil Division legal practice monographs and a limited number of health care settlements.

Multitrack processing: None.

*CIVIL RIGHTS DIVISION* -- Requests for Civil Rights Division records should be addressed to:

Chief, FOIA/PA Branch
Civil Rights Division
Department of Justice
Room 311, NALC Building
Washington, D.C. 20530-0001
(202) 514-4209

The Civil Rights Division (CRT) conducts the litigation of cases to secure equal opportunity in the areas of employment, education, housing, voting, public accommodations and facilities, and federally assisted programs. CRT is also responsible for enforcing the antidiscrimination provision of the Immigration Reform and Control Act through the investigation and prosecution of charges filed on the basis of citizenship status or national origin. It also prosecutes criminal violations of federal civil rights statutes. The Division maintains records of all its legal cases, correspondence, and memoranda, as well as records on certain individuals protected under civil rights statutes. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: The Disability Rights Section and the Office of Special Counsel for Immigration-Related Unfair Employment Practices have numerous publications available to the public through each section's public information office.

Multitrack processing: FOIA requests are placed in one of four tracks. Track one requests meet the criteria for expedited processing and requests for which there are no records or are records that have already been processed in response to a prior request. Track two is for responses that require retrieval of 3000 pages or less and responses for which at least a 2500-page fee is anticipated to be assessed. Track three is for requests requiring processing of more than 3000 pages. Track four is for responses of voluminous amounts of documents for historical projects where requesters have qualified for a fee waiver.

*COMMUNITY RELATIONS SERVICE* -- Requests for Community Relations Service records should be addressed to:

FOIA/PA Coordinator
Community Relations Service
Department of Justice
Suite 6000, 600 E Street, N.W.
Washington, D.C. 20530-0001
(202) 305-2935

The Community Relations Service (CRS) provides community mediation and conciliation services to resolve conflicts or disputes relating to race, color, or national origin at the request of state or local officials, local citizens and organizations, or on its own motion when it believes that peaceful relations among citizens are threatened.

Special information required: None.

Publicly available information: Annual reports; CRS Customer Service Plan; general publications on conflict resolution and related CRS work. Other types of public information are available on CRS's Web site at www.usdoj.gov/crs.

Multitrack processing: None.


*CRIMINAL DIVISION* -- Requests for Criminal Division records should be addressed to:

Chief, FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
Washington, D.C. 20530-0001
(202) 616-0307

The Criminal Division, in association with the 93 United States Attorneys nationwide, is responsible for the enforcement of all federal criminal statutes except those arising under the antitrust, civil rights, income tax, and environmental protection laws. It is also responsible for the conduct of certain civil litigation, primarily that involving prison and parole matters, and civil litigation involving electronic surveillance. The Division supervises such matters as electronic surveillance (but not when related to national security or defense investigations), granting of immunity from federal prosecution, and the issuance of subpoenas to members of the press or attorneys. However, the division maintains records of criminal proceedings only when necessary to the exercise of its supervisory role and case files only where it has assumed direct responsibility for prosecution. The majority of criminal prosecutions are handled by the individual United States Attorneys Offices, which ordinarily maintain all relevant case files. The Criminal Division maintains records of large-scale fraud cases; foreign agents registration matters; certain matters relating to terrorism and espionage; exchange of prisoners with foreign countries pursuant to treaties; requests for assistance to and from foreign governments in criminal prosecutions; extradition matters; records concerning asset forfeitures; investigations and denaturalization proceedings against individuals who participated in Nazi persecutions or any acts of genocide or government-sponsored torture or murder; records pertaining to the International Criminal Investigative Training Assistance Program; and records relating to the administration of the Criminal Division. The Criminal Division does not maintain Criminal History Records (commonly referred to as "Rap Sheets"). Such records should be requested from the FBI. Instructions for obtaining Rap Sheets can be found at Department of Justice regulations at 28 C.F.R. §§ 16.30-34 or by following the link on the Criminal Division FOIA page on the World Wide Web.

For a description of the records maintained by the Criminal Division, go to the Criminal Division's FOIA page on the World Wide Web at www.usdoj.gov/criminal.

Special information required: None.

Publicly available information: Foreign Agents Registration Act information.

Multitrack processing: Track one is requests that meet the criteria for expedited processing and requests for which no responsive records are located or records that have already been processed in response to a recent prior FOIA request. Track two is requests that require an average amount of time to process, typically within thirty days, once all responsive records have been received by the FOIA/PA Unit. Track three is requests for voluminous amounts of documents and/or complex requests requiring more than thirty days to process following receipt of the responsive records in the FOIA/PA Unit.

*OFFICE OF THE DEPUTY ATTORNEY GENERAL* -- Requests for Deputy Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Deputy Attorney General advises and assists the Attorney General in formulating and implementing Department policies and programs and in providing overall supervision and direction of all organizational units of the Department. The Office of the Deputy Attorney General, through the Justice Management Division's Office of Attorney Recruitment and Management, also administers the attorney hiring program of the Department and maintains the files containing Honor Program and Summer Law Intern Program applications. (Applicant files relating to experienced attorney hiring are maintained by the hiring component. Attorney personnel files are maintained by individual components and/or by the Justice Management Division's Personnel Staff, other than those for Assistant United States Attorneys, which are maintained by the Executive Office for United States Attorneys.) Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*DRUG ENFORCEMENT ADMINISTRATION* -- Requests for Drug Enforcement Administration records should be addressed to:

Freedom of Information Operations Unit (SARCO)
Drug Enforcement Administration
Department of Justice
700 Army Navy Drive
Arlington, VA 22202
(202) 307-7596

The Drug Enforcement Administration (DEA) enforces the controlled substances laws and regulations of the United States by bringing to the criminal and civil justice system of the United States, or any other competent jurisdiction, those involved in the growth, manufacture, or distribution of controlled substances in or destined for the illicit traffic in the United States. DEA maintains investigative and intelligence files of criminal activities related to illicit drug traffic and drug abuse, rosters and investigations of legitimate drug handlers, distributors and manufacturers, and records of controlled substance security investigations. It also keeps various records pertaining to the administration of DEA.

Publicly available information: Certain manuals, pamphlets on drugs and other DEA programs published by DEA's Office of Public Affairs; asset forfeiture advertisements and auction announcements; requests for reasons for the issuance of a telephone record subpoena made by the subject of the subpoena.

Reading room location: Room W-7216, 700 Army Navy Drive, Arlington, VA.

Multitrack processing: None.

ENVIRONMENT AND NATURAL RESOURCES DIVISION -- Requests for Environment and Natural Resources Division records should be addressed to:

FOIA Coordinator
Law and Policy Section
Environment and Natural Resources Division
Department of Justice
P.O. Box 4390, Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-1442

The Environment and Natural Resources Division (ENRD) is responsible for the civil and criminal enforcement of environmental laws, the defense of the government's administration of federal environmental laws, and litigation relating to the use and protection of federally owned public lands and natural resources. Some statutes that are within the Division's subject-matter expertise are the Clean Air Act, the Clean Water Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Resource Conservation and Recovery Act, the Safe Drinking Water Act, the Oil Pollution Act of 1990, the National Environmental Policy Act, the Federal Land Policy Management Act, the National Forest Management Act, and the Endangered Species Act. The Division also represents the United States in its trust capacity for Indian tribes; acquires land by purchase or condemnation for use by the federal government; and defends the government against Fifth Amendment takings claims. The Division maintains case files, correspondence files, and records relating to the administration of the Division.

Special information required: None.

Publicly available information: On ENRD's Web site, among other things -- press releases, Global Settlement Policy, Integrated Enforcement Policy, ENRD Summaries of Litigation Accomplishments (for recent years), model consent decrees, land-acquisition appraisal standards.

Otherwise available: Amicus briefs, complaints, consent decrees, other ENRD case-related documents.

Multitrack processing: None.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW -- Requests for Executive Office for Immigration Review records should be addressed to:

Office of the General Counsel
Attn: FOIA/Privacy Act Requests
Executive Office for Immigration Review
Department of Justice
Suite 2600, 5107 Leesburg Pike
Falls Church, VA 22041
(703) 605-1297

The Executive Office for Immigration Review (EOIR) includes the Board of Immigration Appeals (BIA), the Office of the Chief Immigration Judge (OCIJ), and the Office of the Chief Administrative Hearing Officer (OCAHO). BIA is a quasi-judicial body which hears appeals of decisions rendered by immigration judges and certain officers of the Department of Homeland Security. Records of proceedings are returned to Immigration Courts upon completion of BIA proceedings and maintained at the BIA while cases are pending. OCIJ oversees the work of Immigration Courts, which maintain records of cases brought before them involving removal proceedings and related matters. OCAHO's administrative law judge hears cases related to the employer sanction and anti-discrimination provisions of law. Official OCAHO case files are centralized. EOIR is responsible for the administrative adjudication and interpretation of the immigration laws, including provisions of the Immigration and Nationality Act. EOIR also maintains various administrative records.

Special information required: For aliens, "A" number.

Publicly available information: Published decisions by the BIA and OCAHO. Case information is available by dialing 1-800-898-7180. Other types of public information are available on EOIR's Web site at www.usdoj.gov/eoir.

Reading room location: BIA Law Library, Suite 112, 5205 Leesburg Pike, Falls Church, VA 22041.

Multitrack processing: Three tracks: (1) simple; (2) complex; (3) expedited.

*EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS* -- Requests for United States Attorney records should be addressed to:

FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, D.C. 20530-0001
(202) 616-6757

The ninety-three United States Attorneys nationwide are responsible for handling litigation affecting the interests of the United States, including the prosecution of criminal cases and the defense of civil cases, and for the conduct of grand jury proceedings. These offices maintain records on their legal cases, criminal investigations, and citizen complaints, as well as records relating to the administration of the office. Legal case files are not indexed or centralized in Washington, D.C., but are located in the office of the United States Attorney who handled the case. Accordingly, requests for United States Attorney records should be sent to the Washington, D.C. address above and should indicate the particular judicial district or city in which the matter was handled. The usual administrative and personnel records are maintained in headquarters offices in Washington, D.C. as well.

Special information required: Date and place of birth and judicial district in which investigation/prosecution or other litigation occurred.

Publicly available information: Annual Statistical Report; U.S. Attorneys' Manual; U.S. Attorneys' Bulletin.

Multitrack processing: Five tracks: (1) expedited; (2) projects; (3) referrals; (4) regular; (5) classified.

*EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES* – Requests for United States Trustees records should be addressed to:

FOIA/PA Counsel
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
Suite 8000, 20 Massachusetts Avenue, N.W.
Washington, D.C. 20530-0001
(202) 307-1399

The United States Trustee Program (USTP) consists of ninety-five offices nationwide, plus an Executive Office in Washington, D.C. headed by a Director. There are twenty-one regions, each headed by a United States Trustee, covering all federal judicial districts except those in Alabama and North Carolina.

The USTP acts in the public interest to promote the efficiency and to protect and preserve the integrity of the bankruptcy system. It works to secure the just, speedy, and economical resolution of bankruptcy cases; monitors the conduct of parties and takes action to ensure compliance with applicable laws and procedures; identifies and investigates bankruptcy fraud and abuse; and oversees administrative functions in bankruptcy cases. United States Trustees are responsible for the effective administration of bankruptcy cases arising under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code. They also serve as

watch-dogs to prevent fraud, dishonesty, and overreaching in the bankruptcy system and bring civil enforcement actions in appropriate cases. See 28 U.S.C. §§ 581-589a and 11 U.S.C. §§ 101, et seq.

While the Executive Office maintains certain administrative records, case files are not centralized in Washington, D.C. The USTP regional and field offices maintain duplicate copies of certain court pleadings and material concerning specific cases. Accordingly, all FOIA requests for USTP records -- which should be addressed to the FOIA/PA Counsel, Office of General Counsel, Executive Office for United States Trustees -- should identify a case name, particular judicial district, and/or specific USTP office(s) where responsive records may exist.

Special information required: For bankruptcy files -- judicial district and the name of the case.

Publicly available information: Frequently requested records, reports, policy statements, staff manuals, and other information considered to be of significant public interest are available on EOUST's Web site at www.usdoj.gov/ust.

Multitrack processing: None.

*FEDERAL BUREAU OF INVESTIGATION* -- Requests for Federal Bureau of Investigation records should be addressed to:

FOIPA Section
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535
(202) 324-5520

The Federal Bureau of Investigation (FBI) investigates violations of certain Federal statutes, collects evidence in legal cases in which the United States is or may be an interested party, and performs other duties specifically imposed by law or Presidential directive. The Bureau maintains files of its criminal, legal, and security investigations; a nationwide index of wanted persons, stolen property, criminal histories, and missing persons; fingerprint identification records; personnel records of FBI employees; and records of investigations of applicants for sensitive positions in the United States Government. It also maintains records relating to the administration of the Bureau.

Special information required: Date and place of birth.

Publicly available information: Employment and recruitment materials; publications giving general history about the FBI's accomplishments, organizational structure, law enforcement services, programs, and history; crime statistics.

Reading room location: J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C.

Multitrack processing: Three tracks: (1) 500 pages or less; (2) 501-2500 pages; (3) 2501 pages or more.

*FEDERAL BUREAU OF PRISONS* -- Requests for Federal Bureau of Prisons records should be addressed to:

Chief, FOIA/PA Section
Office of General Counsel
Federal Bureau of Prisons
Department of Justice
Room 841, HOLC Building
Washington, D.C. 20534
(202) 514-6655

The Federal Bureau of Prisons is responsible for the care and confinement of offenders who are committed to its custody. The Bureau maintains records on current and former inmates of federal penal and correctional institutions concerning sentence computation; institutions of confinement; criminal, social, educational, and occupational background; identification data; institutional work and housing assignments; educational, disciplinary, health, and work data during incarceration; and reports relating to release planning, furlough, institutional adjustment, and violations of release. The Federal Bureau of Prisons also maintains records relating to the administration of the Federal Bureau of Prisons.

Special information required: For inmates, register number, committed name, and institution where last housed.

Publicly available information: Limited.

Reading room location: Seventh Floor, 500 First Street, N.W., Washington, D.C.

Multitrack processing: Track one is for more complicated requests. The second track is for simpler requests.


*FOREIGN CLAIMS SETTLEMENT COMMISSION* – Requests for Foreign Claims Settlement Commission records should be addressed to:

Chief Counsel
Foreign Claims Settlement Commission
Department of Justice
Room 6002, 600 E Street, N.W.
Washington, D.C. 20579-0001
(202) 616-6975

The Foreign Claims Settlement Commission adjudicates claims of United States nationals for losses resulting from the uncompensated nationalization or other taking of their property by foreign governments, and claims for compensation based on wartime confinement of United States servicemen and civilians as prisoners of war or civilian internees. The Commission maintains records on all such claims, on inquiries concerning such claims, and on the administration of the programs in which those claims are adjudicated. The Commission also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Decisions of past claims programs.

Reading room location: Room 6002, 600 E Street, N.W., Washington, D.C.

Multitrack processing: None.


*INTERPOL-UNITED STATES NATIONAL CENTRAL BUREAU* – Requests for INTERPOL-United States National Central Bureau records should be addressed to:

FOIA/PA Specialist
INTERPOL-United States National Central Bureau
Department of Justice
Washington, D.C. 20530-0001
(202) 616-9000

The INTERPOL-United States National Central Bureau (INTERPOL-USNCB) acts as liaison with the International Criminal Police Organization (INTERPOL) to enable domestic law enforcement agencies to participate in an international exchange of criminal justice information. INTERPOL was created to promote mutual assistance among criminal police authorities in the prevention and suppression of international

crime. INTERPOL-USNCB maintains investigative files of criminal activities and noncriminal files concerning matters of humanitarian assistance. It also maintains various administrative files.

Special information required: Complete name, date and place of birth, and any aliases ever used (social security number optional).

Publicly available information: Internship package; Public Affairs package (USNCB pamphlet, Overview of INTERPOL and USNCB, Memorandum of Understanding between the Department of Homeland Security and the Department of Justice, USNCB Organization Chart); listing of agencies represented at USNCB.

Multitrack processing: Three tracks: simple (no records, referred documents, and routine); complex; and expedited.

*JUSTICE MANAGEMENT DIVISION* – Requests for Justice Management Division records should be addressed to:

FOIA Contact
Justice Management Division
Department of Justice
Room 1111, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3101

The Justice Management Division serves as the management arm of the Department of Justice, establishing internal administrative policy, providing administrative support services to Departmental organizations, and developing and directing administrative management programs. This Division keeps Department of Justice personnel records, accounting and budget records, and property, motor pool, parking records, and other administrative records.

Special information required: None.

Publicly available information: Justice Department's Annual Report on the Freedom of Information Act; listing of current contracts under administration and listing of upcoming procurements; lists of bureau procurement officers; statistical data and explanatory information concerning the operations of the Asset Forfeiture Fund; Annual Report of the Attorney General on Management Controls; Department Organization and Functions Manual; annual reports and statistical summaries prepared by the Equal Employment Opportunity Staff.

Multitrack processing: None.

*NATIONAL DRUG INTELLIGENCE CENTER* – Requests for National Drug Intelligence Center records should be addressed to:

FOIA/PA Coordinator
National Drug Intelligence Center
319 Washington Street, Fifth Floor
Johnstown, PA 15901-1622
(814) 532-4601

The mission of the National Drug Intelligence Center (NDIC) is to produce strategic intelligence for the counterdrug community – focusing on drugs, gangs, and violence. NDIC utilizes open source information along with material from state and local law enforcement and federal entities. This information is coupled with related foreign assessments from the intelligence community in order to accurately reflect the global threat posed by the drug trade.

Special information required: None.

Publicly available information: Certain documents which are published by NDIC on illicit drugs and their hazards are available upon request.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF COMMUNITY ORIENTED POLICING SERVICES* -- Requests for the Office of Community Oriented Policing Services records should be addressed to:

FOIA Officer, Legal Division
Office of Community Oriented Policing Services
Department of Justice
1100 Vermont Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3750

The Office of Community Oriented Policing Services administers discretionary grants for the hiring and redeployment of officers to participate in community policing and for innovative community policing programs, and offers training and technical assistance to assist grantees with the implementation of community policing in their communities. This office maintains records pertaining to the application for, and award and monitoring of these grants. The office also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Specimen grant application materials; information about a specific grant when requested by the grant recipient; noncustomized lists of grant recipients.

Multitrack processing: None.

*OFFICE OF DISPUTE RESOLUTION* -- Requests for Office of Dispute Resolution records should be addressed to:

Senior Counsel for Alternative Dispute Resolution
Office of Dispute Resolution
Department of Justice
Room 5736, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 616-9471

The mission of the Office of Dispute Resolution is to promote and facilitate the broad and effective use of alternative dispute resolution processes by the Department of Justice and throughout the Executive Branch of the federal government. Records maintained include those relating to the administration of the office.

Special information required: Information that would identify the matter in dispute.

Publicly available information: None.

Multitrack processing: None.

*OFFICE OF THE FEDERAL DETENTION TRUSTEE* -- Requests for Office of the Federal Detention

Trustee records should be addressed to:

Federal Detention Trustee
Office of the Federal Detention Trustee
Suite 1210
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 353-4601

The Office of the Federal Detention Trustee was established and activated in September 2001 by directive of Congress (Pub. L. 106-553, § 166, 114 Stat. 2762 (2000)) in response to growing concerns regarding federal detention. The Federal Detention Trustee leads the development of Department of Justice detention policy and manages federal detention resources to maximize available detention space and contain costs associated with the detention of criminal defendants and aliens awaiting adjudication and/or removal from the United States. Additionally, the Federal Detention Trustee ensures that the Department of Justice provides safe, secure, and humane detention services and works with the U.S. Marshals Service, U.S. Citizenship and Immigration Services, and the Federal Bureau of Prisons to identify emerging detention-related problems and project future detention space needs.

Special information required: None.

Publicly available information: On the Office of the Federal Detention Trustee's Web site -- a table of compliance with the Department of Justice's core detention standards and statistics.

Multitrack processing: None.

*OFFICE OF INFORMATION AND PRIVACY* -- Requests for Office of Information and Privacy records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Information and Privacy (OIP) discharges the Department's administrative and policy responsibilities under the Freedom of Information Act (FOIA) and promotes governmentwide compliance with the Act. OIP maintains files of administrative appeals of denials of FOIA and Privacy Act requests for Department of Justice records and initial request files of FOIA and Privacy Act requests for records of the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, Intergovernmental and Public Liaison, and Public Affairs. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: On OIP's Web site, among other things -- *FOIA Post; FOIA Update* (1979-2000); "Department of Justice Guide to the Freedom of Information Act" (May 2004); "Privacy Act Overview" (May 2004); *Freedom of Information Case List* (May 2002).

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE INSPECTOR GENERAL* -- Requests for Office of the Inspector General records should be addressed to:

FOIA/PA Specialist
Office of the Inspector General
Department of Justice
Suite 6100, 1425 New York Avenue, N.W.
Washington, D.C. 20530-0001
(202) 616-0646

The Office of the Inspector General provides leadership and assists management in promoting economy, efficiency, and effectiveness within the Department of Justice; enforces the fraud, waste, and abuse laws and regulations of the United States within the Department; and refers to the criminal and civil justice systems those individuals or organizations involved in financial, professional, or criminal misconduct relating to programs of the Department of Justice. Investigative records are maintained for all ongoing and closed matters received after April 14, 1989. Audit reports are maintained from 1986 and inspection reports are maintained from April 14, 1989. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: Audit reports; inspection reports; semi-annual reports.

Multitrack processing: None.


*OFFICE OF INTELLIGENCE POLICY AND REVIEW* -- Requests for Office of Intelligence Policy and Review records should be addressed to:

FOIA Coordinator
Office of Intelligence Policy and Review
Department of Justice
Room 6150, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-5600

The Office of Intelligence Policy and Review provides formal and informal legal advice to the Attorney General and the United States intelligence agencies regarding questions of law and procedure that relate to United States intelligence activities; performs review functions of certain intelligence activities; and prepares and presents applications for electronic surveillance and physical search to the United States Foreign Intelligence Surveillance Court. This office maintains copies of legal memoranda; applications presented to the Foreign Intelligence Surveillance Court; correspondence from persons who have written to the office and/or indices to individuals who have been referred to the office; and indices to the legal memoranda, applications, and correspondence. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: None.

Multitrack processing: None.


*OFFICE OF INTERGOVERNMENTAL AND PUBLIC LIAISON* -- Requests for Office of Intergovernmental and Public Liaison records should be addressed to:

Deputy Director
Office of Information and Privacy

Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Intergovernmental and Public Liaison (OIPL), formerly the Office of Intergovernmental Affairs, manages and coordinates the Department of Justice's efforts to inform and engage state and local government, law enforcement, and many other groups and organizations, acting as their liaison with the Department. OIPL ensures that the Department's policies and positions on a variety of complex issues are clearly communicated to these groups as well as making certain that the state and local perspective is taken into account as Department policies and programs are discussed and implemented.

Special information required: None.

Publicly available information: None.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF JUSTICE PROGRAMS* – Requests for Office of Justice Programs records should be addressed to:

FOIA Coordinator
Office of Justice Programs
Department of Justice
Room 5400, 810 7th Street, N.W.
Washington, D.C. 20531-0001
(202) 307-0790

The Office of Justice Programs (OJP) is responsible for processing responses under the Freedom of Information Act for its component agencies: the Bureau of Justice Assistance, the Bureau of Justice Statistics, the National Institute of Justice, he Office of Juvenile Justice and Delinquency Prevention, and the Office for Victims of Crime, as well as the program and support offices in OJP. These components award and administer financial assistance and technical aid to state and local criminal justice agencies as well as conduct research studies and statistical surveys in matters concerning the administration of criminal justice. They maintain records to monitor and manage their programs. In addition, these component agencies maintain files on civil rights compliance investigations relating to any grants awarded by them.

Special information required: None.

Publicly available information: Numerous publications regarding law enforcement, crime prevention, and law enforcement-related statistical information.

Multitrack processing: Three tracks: (1) "no records" requests; (2) routine requests; (3) voluminous and/or complex requests.

*OFFICE OF LEGAL COUNSEL* – Requests for Office of Legal Counsel records should be addressed to:

Supervisory Paralegal
Office of Legal Counsel
Department of Justice
Room 5515, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

(202) 514-2038

The Office of Legal Counsel prepares the formal opinions of the Attorney General and renders informal opinions and advice on questions of law (other than on the FOIA and Privacy Act) to the various executive agencies and to other components of the Department of Justice. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Published opinions from 1992 through 2004 are available on the Office of Legal Counsel's Web site (www.usdoj.gov/olc) and are available in paper form and on LEXIS and Westlaw from 1977.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF LEGAL POLICY* -- Requests for Office of Legal Policy records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Legal Policy (OLP) serves as the Attorney General's principal policy development staff and is involved in a wide range of criminal and civil justice policy initiatives central to the Department's mission. The office reviews and analyzes pending legislation proposals, coordinates regulatory development and review of proposed rules, and serves as liaison to OMB on regulatory matters. The office evaluates potential nominees for federal judicial appointments and assists in preparation of nominees for Senate confirmation. OLP maintains background files on OLP policy, legislative proposals, judicial nomination files, and working files for its staff support activities. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF LEGISLATIVE AFFAIRS* -- Requests for Office of Legislative Affairs records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Legislative Affairs (OLA) has responsibility for devising and implementing the legislative strategy to carry out the Attorney General's initiatives requiring congressional action. OLA provides or arranges for testimony by Department witnesses at congressional hearings. OLA also responds or coordinates responses for the Department to requests and inquiries from congressional committees and subcommittees and individual Members of Congress and their staffs, including requests from Congress on behalf of constituents. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Weekly reports to the Attorney General (2000-2002).

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*OFFICE OF THE PARDON ATTORNEY* -- Requests for Office of the Pardon Attorney records should be addressed to:

Office of the Pardon Attorney
Department of Justice
Suite 400, 500 First Street, N.W.
Washington, D.C. 20530-0001
(202) 616-6070

The Office of the Pardon Attorney receives and reviews petitions for all forms of executive clemency, including pardon, commutation (reduction) of sentence, remission of fine, and reprieve, initiates the necessary investigations of clemency requests, and prepares the report and recommendation of the Attorney General, or his designee, to the President on clemency requests. The office maintains a clemency case file for each individual who has applied for or been granted clemency, as well as copies of the warrants and proclamations of clemency granted by the President, and records relating to the administration of the office. The office also acts as liaison with the public for correspondence and informational inquiries about the clemency process and maintains correspondence files relating to such inquiries.

Special information required: For clemency files -- the full name of the person who applied for or was granted clemency. For miscellaneous correspondence files -- the full name of the author of the letter and the full name of the person on whose behalf the letter was written (if different). For FOIA administrative files -- the full name of the person who made the FOIA request.

Publicly available information: Executive clemency statistics from the administration of President McKinley to the present; rules establishing the Office of the Pardon Attorney and governing petitions for executive clemency published at 28 C.F.R. §§ 0.35-36 and §§ 1.1, et seq.; forms for applying for executive clemency; electronic publication: "Civil Disabilities of Convicted Felons: A State-by-State Survey" (Oct. 1996); copies of clemency warrants and proclamations for persons who have been granted executive clemency; description of clemency procedures contained in the United States Attorneys' Manual at §§ 1-2.110-113; whether an individual has applied for executive clemency and final action on such application. Most of these documents are available in the Office of the Pardon Attorney's electronic reading room on the World Wide Web (www.usdoj.gov/pardon).

Multitrack processing: None.


*OFFICE OF PROFESSIONAL RESPONSIBILITY* -- Requests for Office of Professional Responsibility records should be addressed to:

Deputy Counsel
Office of Professional Responsibility
Department of Justice
Suite 3529, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3365

The Office of Professional Responsibility (OPR) maintains records relating to its investigations of allegations of misconduct by Department of Justice attorneys that relate to the exercise of their authority to investigate, litigate, or provide legal advice, and allegations of misconduct by law enforcement personnel when they are related to allegations of misconduct by Department of Justice attorneys. Those cases in which there appears to be a violation of the law are often referred to the investigative agency with jurisdiction over such alleged violation, although OPR also conducts criminal and administrative investigations. Investigative records are maintained in the office on all ongoing cases. Records maintained include records relating to closed investigations, inquiries, complaints, and records relating to the administration of OPR.

Special information required: None.

Publicly available information: OPR annual reports that contain a review and evaluation of the activities of the internal inspection units of the Justice Department; public summaries of certain OPR investigations.

Multitrack processing: FOIA requests are placed in one of two tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA or which do not involve voluminous records or lengthy consultations with other entities. Track two is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those which may involve sensitive records.

*OFFICE OF PUBLIC AFFAIRS* -- Requests for Office of Public Affairs records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Public Affairs is responsible for ensuring that the public and press are informed about the Department's activities and about the priorities and policies of the Attorney General and the President with regard to law enforcement and legal affairs. The office keeps copies of press releases, speeches, and testimony. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Department press releases.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE SOLICITOR GENERAL* -- Requests for Office of the Solicitor General records should be addressed to:

Assistant to the Solicitor General

Office of the Solicitor General
Department of Justice
Room 5738, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-2203

The Solicitor General is responsible for authorizing all government appeals and petitions for rehearing en banc or mandamus in the courts of appeals, all government amicus briefs in the courts of appeals, and petitions for a writ of certiorari in the Supreme Court. Also, the Solicitor General is responsible for authorizing all interventions by the United States in cases in any court (state or federal; trial or appellate). In addition, the Solicitor General is responsible for briefing and arguing cases on behalf of the government in the Supreme Court. The Office of the Solicitor General maintains records relating to appeals and petitions for which authorization to file has been sought, and maintains records on Supreme Court cases to which the United States or a government agency was a party. The Office also maintains records relating to the administration of the office.

Special information required: Case name and docket number of case, or citation to case.

Publicly available information: Government briefs and petitions for the current term of the United States Supreme Court.

Multitrack processing: None.

*OFFICE ON VIOLENCE AGAINST WOMEN* -- Requests for Office on Violence Against Women records should be addressed to:

FOIA Officer
Office on Violence Against Women
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531
(202) 307-6026

The Office on Violence Against Women (OVW) handles the Department's legal and policy issues regarding violence against women and coordinates Departmental efforts in this area. OVW administers the formula and discretionary grant programs to eligible grantees in the areas of domestic violence, sexual assault, and stalking. It is responsible for coordination with other departments, agencies, or offices regarding activities authorized or undertaken pursuant to the Violence Against Women Act of 1994 and the Violence Against Women Act of 2000. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: A state-by-state list of grant award recipients; information about domestic violence, sexual assault, and stalking; various publications concerning violence against women; press releases; information on state grant-administering agencies.

Multitrack processing: None.

*PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE* -- Requests for Professional Responsibility Advisory Office records should be addressed to:

Law Librarian
Professional Responsibility Advisory Office
Department of Justice
Suite 600, 1325 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

(202) 514-0458

The mission of the Professional Responsibility Advisory Office (PRAO) is to ensure prompt, consistent advice to Department attorneys and Assistant United States Attorneys with respect to areas of professional responsibility and choice-of-law issues. PRAO provides definitive advice to government attorneys and the leadership at the Department on issues relating to professional responsibility. Assembles and maintains the codes of ethics including, inter alia, all relevant interpretative decisions and bar opinions of the District of Columbia and every state and territory, and other reference materials and serves as a central repository for briefs and pleadings as cases arise. PRAO provides coordination with the litigating components of the Department to defend attorneys in any disciplinary or other hearing where it is alleged that they failed to meet their ethical obligations. Serves as liaison with the state and federal bar associations in matters related to the implementation and interpretation of 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, and any amendments and revisions to the various state ethics codes. PRAO coordinates with other Department components to conduct training for Department attorneys and client agencies to provide them with the tools to make informed judgments about the circumstances which require their compliance with 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, and the Hyde Amendment or which otherwise implicate professional responsibility concerns. Performs such other duties and assignments as determined from time to time by the Attorney General or the Deputy Attorney General.

Note: Complaints concerning the actions of individual Department attorneys and Assistant United States Attorneys are not processed and/or handled by the PRAO.

Special information required to make a FOIA request: None.

Publicly available information: None.

Multitrack processing: None.

*TAX DIVISION* -- Requests for Tax Division records should be addressed to:

Senior Division Counsel for FOIA and Privacy Act Matters
Tax Division
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0462

The Tax Division's chief activity is to represent the Internal Revenue Service in civil and criminal litigation. It also represents other federal agencies which may have problems with state and local taxing authorities. Consequently, information which is maintained by the Tax Division pertains mainly to civil and criminal tax litigation, either actual or contemplated. This information is stored in files which are indexed in central classification systems under the names of the individuals or entities who are parties to the litigation. In addition, there is some information maintained by the Tax Division which relates to various procedures and guidelines relevant to the processing of tax cases, as well as files on its administrative functions.

Special information required: None.

Publicly available information: Criminal Tax Manual, Judgment and Collection Manual, Settlement Reference Manual.

Multitrack processing: None.

*UNITED STATES MARSHALS SERVICE* -- Requests for United States Marshals Service records should be addressed to:

DOJ Reference Guide: Attachment B, Descriptions of D...    http://www.usdoj.gov/04foia/attachmentbmay99.htm

Office of General Counsel
United States Marshals Service
Department of Justice
Washington, D.C. 20530-1000
(202) 307-9054

United States Marshals serve as law enforcement agents of the government and, in that capacity, also serve as officers of the federal courts. The United States Marshals Service maintains files on individuals for whom federal warrants have been issued; records on prisoners in the custody of the United States Marshals; background information and records related to threats to and the protection of government witnesses, U.S. Attorneys and their assistants, federal jurists, and other court officials; records on process served and executed in federal court proceedings; and records on seized and forfeited property and evidence. It also maintains various records pertaining to the administration of the Service, including official personnel files for its employees.

Special information required: For individuals -- judicial district. For prisoner transportation -- date and trip number. For seized property -- judicial district, civil action number, asset identification number, and/or accurate description of the property.

Publicly available information: Recruitment and employment literature; fact sheets; information regarding forfeiture program and sales of forfeited property.

Multitrack processing: Three primary tracks: (1) simple requests; (2) complex requests; and (3) expedited requests. Within each of these primary designations, there are additional tracks for: (4) employee/applicants; (5) seized assets; and (6) procurement matters.

*UNITED STATES PAROLE COMMISSION* -- Requests for United States Parole Commission records should be addressed to:

United States Parole Commission
Department of Justice
Suite 420, 5550 Friendship Boulevard
Chevy Chase, MD 20815
(301) 492-5959

The United States Parole Commission has sole authority to grant, modify, or revoke paroles of federal offenders who committed their offenses prior to November 1, 1987, and is responsible for the supervision of parolees and mandatory releasees. Further, under Section 11231 of the National Capital Revitalization and Self-Government Improvement Act of 1997, the U.S. Parole Commission assumed the jurisdiction of the District of Columbia Board of Parole. The Commission maintains records regarding its hearings and decisions for prisoners and releasees.

Special information required: None.

Publicly available information: Final decisions rendered by the Parole Commission on parole applications for offenders who committed offenses prior to November 1, 1987. (Parole hearings are not open to the public.)

Multitrack processing: Requests by inmates and parolees for tape recordings, or for two documents or less, will be processed ahead of requests seeking numerous documents. If a requester demonstrates "compelling need," the request will be processed on an expedited basis.

Go to: Reference Guide // DOJ FOIA Page // Justice Department Home Page

*Updated April 26, 2005*
*usdoj/oip/pam*

# Attachment D

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                      *Washington, D.C. 20530*

**MAY 25 2006**

Ms. Catherine K. Ronis
Counsel to Amnesty International USA
WilmerHale                              Re:    OIP/06-R0676
2445 M Street, NW                              OIP/06-R0690
Washington, DC 20037                           MAP:LAD

Dear Ms. Ronis:

    This concerns your two letters dated April 25, 2006, for records concerning "unregis-tered" or "ghost" detainees. This response is made on behalf of the Office of Information and Privacy.

    Your requests appear to have been incorrectly forwarded to this Office by the Mail Referral Unit of the Department of Justice. As you may be aware, the Department of Justice has a decentralized system for processing requests and, with one exception, each component processes its own records. OIP, in addition to processing requests for its own records also handles requests made to the seven senior management offices in the Department. In your letters you specify that for the Department of Justice you are seeking records from the Federal Bureau of Investigation (FBI) and the Office of Intelligence Policy and Review (OIPR). Those components will each be responding to you directly.

    If you have any questions or wish to discuss the handling of your requests, please feel free to contact Laurie Day at (202) 514-4386.

                              Sincerely,

                              *Melanie Ann Pustay*

                              Melanie Ann Pustay
                              Deputy Director