# centerforconstitutionalrights



666 broadway new york, ny 10012
212.614.6464 www.ccr-ny.org



July 23, 2008

**BY FASCMILE**
Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 1007

Re:    *Amnesty International USA, et al. v. CIA, et al.*, 07 CV 5435 (LAP)

Dear Judge Preska:

We represent plaintiffs Amnesty International USA ("Amnesty"), Washington Square Legal Services ("WSLS"), and the Center for Constitutional Rights ("CCR"), in the above-captioned matter. We write to memorialize the parties' agreement to the following proposed schedule for the Plaintiffs' Motion for a Preliminary Injunction filed on July 18, 2008: Defendants will file their letter brief in opposition on July 30, 2008; Plaintiffs will file their reply on August 4, 2008; and the motion will be heard on August 8, 2008 at 9:00am. At this time, Plaintiffs respectfully request that the hearing be conducted in-person rather than telephonically and will notify the Court in their August 4, 2008 submission if this position changes.

Thank you for the Court's attention to this matter.

*So ordered*
*Loretta O Preska*
*USDJ*

*August 4, 2008*

Sincerely,

Gitanjali S. Gutierrez
Center for Constitutional Rights

Martha Johnstone
International Human Rights Clinic
Washington Square Legal Services, Inc.

cc:    Jeannette Vargas, Esq. (via email)
      Brian Feldman, Esq. (via email)
      Emily Daughtry, Esq. (via email)
      United States Attorney's Office
      Southern District of New York
      86 Chambers Street
      New York, New York 10007

