**New York University**
*A private university in the public service*

## WASHINGTON SQUARE LEGAL SERVICES, INC.
245 SULLIVAN STREET, 5th FLOOR, NEW YORK, NY 10012
TEL: (212) 998-6657 · FAX: (212) 995-4031

MARGARET L. SATTERTHWAITE
*Clinic Director*

SMITA NARULA
*Clinic Director*

July 31, 2008

**Via Facsimile**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

Re: *Amnesty International USA, et. al. v. CIA, et. al.*, 07 Civ. 5435 (LAP)

Dear Judge Preska:

I am one of two attorneys from Washington Square Legal Services ("WSLS") that has been serving as counsel to WSLS in the above-captioned matter. As I am leaving WSLS, I respectfully request that the Court grant me leave to withdraw as counsel. My departure will cause no delay to the progress of this matter. WSLS will continue to be represented by Margaret L. Satterthwaite.

I have attached to this letter a proposed order for your consideration. Thank you for your attention to this matter.

Respectfully,

Martha Jane Johnstone
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY 10012
Tel: (212) 998-6680
Fax: (212) 995-4031
E-mail: johnstone@juris.law.nyu.edu

So ordered
Loretta A. Preska
USDJ
August 8, 2008

MICROFILMED AUG - 7 2008 -3:00 PM