UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC., and
WASHINGTON SQUARE LEGAL SERVICES,
INC.,

           Plaintiffs,

           v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT
OF STATE, and THEIR COMPONENTS,

           Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 CV 5435 (LAP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of the United States' Motion for a Partial Stay of Proceedings; (2) Declaration of John H. Durham, dated August 12, 2008; (3) Declaration of Emily E. Daughtry, dated August 12, 2008, and accompanying exhibits, the United States, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order partially staying proceedings in the above-captioned action until December 31, 2008.

Dated: New York, New York
August 12, 2008

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York,
          Attorney for United States

By:   /s/ Emily E. Daughtry
      JEANNETTE A. VARGAS
      BRIAN M. FELDMAN
      PIERRE ARMAND
      Assistant United States Attorneys
      EMILY E. DAUGHTRY
      Special Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone Nos. (212) 637-1579
      Facsimile Nos. (212) 637-2717
      E-mail: emily.daughtry@usdoj.gov

TO:    Gitanjali S. Gutierrez
        Emilou MacLean
        Center for Constitutional Rights
        666 Broadway, Seventh Floor
        *Attorneys for Plaintiff Center*
        *for Constitutional Rights*

        Margaret Satterthwaite
        Washington Square Legal Services, Inc.
        International Human Rights Clinic
        245 Sullivan Street
        New York, New York 10011
        *Attorneys for Plaintiffs Washington*
        *Square Legal Services, Inc., and*
        *Amnesty International USA*