MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants
By: EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-1579
Facsimile No. (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

AMNESTY INTERNATIONAL USA, CENTER
FOR CONSTITUTIONAL RIGHTS, INC., and
WASHINGTON SQUARE LEGAL SERVICES,
INC.,

                            Plaintiffs,

               v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF JUSTICE, DEPARTMENT
OF STATE, and THEIR COMPONENTS,

                       Defendants.
-------------------------------------------------------- x

**ECF CASE**

07 CV 5435 (LAP)

**DECLARATION OF**
**EMILY E. DAUGHTRY**

I, Emily E. Daughtry, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a Special Assistant United States Attorney assigned to handle the above case, and I am fully familiar with all the facts stated herein.  I make this declaration in support of the United States' Motion for a Partial Stay of Proceedings.

2.      Attached as Exhibit A to this declaration is a true and complete copy of the July 30, 2008, letter of Jeannette A. Vargas to the Honorable Loretta A. Preska.

3.      Attached as Exhibit B to this declaration is a true and complete copy of the Stipulation and Order Between Plaintiffs and the Central Intelligence Agency Regarding Procedures for Adjudicating Summary Judgment Motions, dated April 21, 2008.

4.      Attached as Exhibit C to this declaration is a true and complete copy of plaintiffs' December 28, 2007 request to the Central Intelligence Agency ("CIA"), captioned "Request Under the Freedom of Information Act for Specific Records Concerning Information on Secret Detention and Rendition" (the "Supplementary CIA Request").

5.      The CIA has substantially completed its search of categories numbered 2 and 14 of the Supplementary CIA Request, and has determined that it has no records responsive to those categories.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 12, 2008

                              /s/ Emily E. Daughtry
                              EMILY E. DAUGHTRY
                              Special Assistant United States Attorney