

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/0[8]

**BY FACSIMILE**
The Honorable Loretta A. Preska
United States District Judge
Facsimile No. (212) 805-7941

Re:   **Amnesty Int'l USA v. CIA, et al.**
      07 Civ. 5435 (LAP)

Dear Judge Preska:

At the conference held on August 8, 2008, the parties informed the Court that they would submit a proposed joint scheduling order for the Court's review and approval by today. The parties, however, are still in the process of negotiating the schedule. Accordingly, the parties respectfully request that the Court permit them to submit the proposed joint scheduling order by Friday, August 15, 2008.

Thank you for considering this request. We apologize for any inconvenience to the Court.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 14, 2008

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
JEANNETTE A. VARGAS
BRIAN M. FELDMAN
PIERRE G. ARMAND
Assistant United States Attorneys
EMILY E. DAUGHTRY
Special Assistant United States Attorney
Tel. No.: (212) 637-2678/2777/2724/1579
Fax. No.: (212) 637-2702/2717

cc:   All counsel (by electronic mail)