

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

August 15, 2008

BY HAND
Hon. Loretta A. Preska
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Amnesty International USA v. Central Intelligence Agency, 07 CV 5435 (LAP)

Dear Judge Preska:

    In accordance with the Court's instructions at the conference held on August 8, 2008, the parties jointly submit for the Court's approval proposed schedules for (i) the Government's motion for a partial stay of proceedings; and (ii) summary judgment motions with respect to the CIA's response to the plaintiffs' December 28, 2007 FOIA request and the Department of Justice's Office of Intelligence Policy and Review's ("OIPR") response to plaintiffs' three initial FOIA requests.

    First, with respect to the Government's motion for a partial stay of proceedings, as the parties informed the Court at the August 8, 2008 conference, the proposed schedule for the Government's motion is as follows:

| | |
|---|---|
| Government's Motion for a Partial Stay | August 12, 2008 |
| Plaintiffs' Opposition | August 20, 2008 |
| Government's Reply | August 26, 2008 |

Your Honor's law clerk has informed us that argument has been scheduled on the stay motion for August 29, 2008, at 9:00 a.m. In accordance with this proposed schedule, the Government electronically filed its motion for a partial stay of these proceedings on August 12, 2008. As the Court requested, two courtesy copies of the Government's moving papers are enclosed herein.

    In light of the scheduling on the stay motion, the parties have agreed that the CIA's Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply Brief in Support of the CIA's Motion for Summary Judgment, which was previously due on August 29, will now be due on September 4, 2008, and plaintiffs' reply brief will be due on September 19, 2008.

    Second, the parties have also agreed that all issues related to the OIPR's response to the three initial FOIA requests and the CIA's response to plaintiffs' December 28, 2007 FOIA request — other than any portions of the December 28, 2007 request that are ordered stayed by the Court — will be ripe for summary judgment in the fall. Accordingly, the parties have agreed upon the following schedule with respect to that summary judgment motion:

| | |
|---|---|
| CIA/OIPR's Motion for Summary Judgment | October 31, 2008 |
| Plaintiffs' Opposition and Cross-Motion for Summary Judgment | December 8, 2008 |
| CIA/OIPR's Opposition to Cross-Motion | January 16, 2009 |
| Plaintiffs' Reply | January 30, 2009 |

Although the parties had indicated that this letter would also contain a negotiated schedule with respect to the remaining DOJ components, the parties have yet to reach agreement on these issues. The parties are continuing their discussions, however, and will inform the Court of the results of these negotiations as soon as they are complete.

The parties respectfully request that the Court approve the proposed schedules. We thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 20, 2008

By: *[signature]*
JEANNETTE A. VARGAS
BRIAN M. FELDMAN
PIERRE G. ARMAND
Assistant United States Attorneys
EMILY E. DAUGHTRY
Special Assistant United States Attorney
Tel. No.: (212) 637-2678/2777/2724/1579
Fax. No.: (212) 637-2702

Encl.

cc: **BY ELECTRONIC MAIL AND FIRST CLASS MAIL (without enclosure)**
Gitanjali S. Gutierrez
Emilou MacLean
Center for Constitutional Rights
666 Broadway, Seventh Floor
*Attorneys for Plaintiff Center for Constitutional Rights*

Margaret Satterthwaite
Washington Square Legal Services, Inc.
International Human Rights Clinic
245 Sullivan Street
New York, New York 10011
*Attorneys for Plaintiffs Washington Square Legal Services, Inc., and Amnesty International USA*

2