# CERTIFICATE OF SERVICE

I, Emily E. Daughtry, Special Assistant United States Attorney for the Southern District of New York, hereby certify that I caused a copy of the Reply Memorandum of Law in Further Support of the United States' Motion for a Partial Stay of Proceedings to be served by ECF on August 26, 2008, and by First Class Mail on August 27, 2008, upon the following:

    Gitanjali S. Gutierrez
    Emilou MacLean
    Center for Constitutional Rights
    666 Broadway, Seventh Floor
    *Attorneys for Plaintiff Center*
    *for Constitutional Rights*

    Margaret Satterthwaite
    Amna Akbar
    Washington Square Legal Services, Inc.
    International Human Rights Clinic
    245 Sullivan Street
    New York, New York 10011
    *Attorneys for Plaintiffs Washington*
    *Square Legal Services, Inc., and*
    *Amnesty International USA*

Dated:  New York, New York
         August 27, 2008

                                                 /s/ Emily E. Daughtry
                                                 EMILY E. DAUGHTRY
                                                 Special Assistant United States Attorney