UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS <br><br> Defendants. | ECF CASE <br><br> 07 CV 5435 (LAP) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all counsel of record:

**PLEASE TAKE NOTICE** that Morrison & Foerster LLP hereby appears as attorneys for plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc.

Dated: New York, NY
August 27, 2008

MORRISON & FOERSTER LLP

By: /s/ David S. Brown
  Anthony M. Radice
  Jamie A. Levitt
  David S. Brown
  Madeleine A. Hensler

  1290 Avenue of the Americas
  New York, New York 10104
  (212) 468-8000
  (212) 468-7900

  *Attorneys for Plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc.*

ny-829164