**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 29, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

         Re:    **Amnesty Int'l USA, et al. v. CIA, et al.**
                07 Civ. 5435 (LAP)

Dear Judge Preska:

      The Central Intelligence Agency ("CIA") respectfully requests leave from the Court to file a 60-page memorandum of law in opposition to Plaintiffs' Cross-Motion for Summary Judgment, filed June 25, 2008, and in further support of CIA's Motion for Summary Judgment, filed April 21, 2008 (the "CIA's Opposition and Reply Memorandum"). Plaintiffs consent to this request.

      The Court previously granted leave to the parties to file 40-page memoranda of law supporting their respective motions in this matter. See Order, dated Apr. 11, 2008; Order, dated June 2, 2008. On May 30, 2008, following CIA's submission its initial motion, and pursuant to the Stipulation and Order Between Plaintiffs and the Central Intelligence Agency Regarding Procedures for Adjudicating Summary Judgment Motions, dated April 21, 2008 (the "Joint Stipulation"), at Docket Entry 67, CIA presented Plaintiffs with a draft index describing additional CIA records. See Joint Stipulation ¶¶ 12-13. Plaintiffs have identified at least one new issue relating to the additional CIA records, see id. ¶ 14, which, as agreed to by the parties, CIA must address for the first time in its Opposition and Reply Memorandum. An additional page extension is necessary to allow CIA to adequately address Plaintiffs' multiple challenges, as well as the new issue raised. Plaintiffs have granted their consent to this request for an extension of the page limitation.

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 3, 2008

We respectfully thank the Court for its consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/_____
JEANNETTE A. VARGAS
PIERRE G. ARMAND
BRIAN M. FELDMAN
Assistant United States Attorneys
EMILY E. DAUGHTRY
Special Assistant United States Attorney
Telephone Nos. (212) 637-2678/2777/1579

cc:  **BY FIRST CLASS MAIL**
    **AND ELECTRONIC MAIL**
    Margaret Satterthwaite
    Washington Square Legal Services, Inc.
    International Human Rights Clinic
    245 Sullivan Street
    New York, New York 10012
    satterth@juris.law.nyu.edu

    Gitanjali S. Gutierrez & Emilou MacLean
    Center for Constitutional Rights
    666 Broadway, Seventh Floor
    New York, New York 10012
    ggutierrez@ccrjustice.org
    emaclean@ccrjustice.org

    Anthony M. Radice, Jamie A. Levitt, David S. Brown, & Madeleine A. Hensler
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, New York 10104
    dbrown@mofo.com