UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC. and WASHINGTON SQUARE LEGAL SERVICES, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, AND THEIR COMPONENTS<br><br>      Defendants. | ECF CASE<br><br>07 CV 5435 (LAP)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all counsel of record:

Please enter my appearance as counsel in the above-captioned case for plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc.  I certify that I am admitted to practice before this Court.

Dated:  New York, NY
       September 4, 2008

By:   /s/ Madeleine A. Hensler
      Madeleine A. Hensler
      MORRISON & FOERSTER LLP
      1290 Avenue of the Americas
      New York, New York 10104
      Telephone: (212) 468-8000
      Fax: (212) 468-7900
      Email: mhensler@mofo.com

*Attorney for Plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc.*

ny-832215