**DRAFT**

**DOC 300**

## Amnesty International v . CIA, et al.

FOIA/PA Request No.: F-05-00498, F-06-01014, F-06-00994

Document Number: OIG O2 0389

Date of Document: November 5, 2005

Document Type: Email

Classification: Secret

From/To: CIA Employee to CIA Employee

Subject: Investigation

Document Pages: 1

**FOIA Exemptions:**
- ☒ (b) (1)
- ☐ (b) (2)
- ☒ (b) (3)
- ☐ (b) (4)
- ☒ (b) (5)
- ☐ (b) (6)
- ☐ (b) (7) (c)
- ☐ (b) (7) (d)
- ☐ (b) (7) (e)
- ☐ (b) (7) (f)

**Privacy Act Exemptions:**
- ☐ (d) (5)
- ☐ (j) (1)
- ☐ (j) (2)
- ☐ (k) (1)
- ☐ (k) (2)
- ☐ (k) (5)

**Disposition:**
- ◉ Denied in Full
- ○ Partial Release
- ○ Released in Full
- ○ Referred to Third Agency

Document Description : This one-page email concerns an investigation into an intelligence operation by the Office of the Inspector General. It bears the classification mark SECRET. This document is withheld in full on the basis of exemptions b(1), b(3), and b(5).

This document contains information that has been classified in accordance with sections 1.4(c) of Executive Order 12958, and is protected from disclosure by exemption (b)(1) because it would tend to reveal intelligence activities and sources and methods. Disclosure of this document could reasonably be expected to cause serious damage to the national security. In particular, the document tends to reveal foreign activities of the United States Government and the identity of a CIA officer under cover. Disclosure of this document would reveal information that is currently and properly classified.

This document is similarly exempt from disclosure by exemption (b)(3) pursuant to Section 102A(i)(1) of the National Security Act of 1947. Information about CIA official titles, internal organizational data, names, employee numbers, employee telephone numbers, functions, filing information/instructions, and titles or other organizational identifiers of CIA organizational components is also withheld under (b)(3) pursuant to Section 6 of the Central Intelligence Agency Act of 1949. In addition, this document may be withheld in full under exemption (b)(3) pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. This document records a conversation between a CIA OIG investigator and a DOJ prosecutor and would tend to reveal the identity of witnesses that testified before a grand jury, the strategy of the prosecution before that grand jury, and the target of that grand jury.

This document is also withheld in full on the basis of exemption b(5). This email consists of information reflecting attorney work product that was created by a law enforcement officer working at the direction of that attorney. In addition, the memorandum discusses discusses prosecution strategy regarding a grand jury. It therefore reveals internal deliberations of government officials, which are properly withheld under the deliberative process privilege.

There is no meaningful, reasonably segregable portion of the document that can be released.

Case Number: 07-cv-5435
Judge's Initials: LAP