UNCLASSIFIED

DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

E/S 00448

MEMORANDUM FOR:   General Michael V. Hayden
                  Director, Central Intelligence Agency

SUBJECT:          Protection of sources and methods in Amnesty Int'l v. CIA

(U) We have been advised that in connection with the above-mentioned Freedom of Information Act litigation certain information must be protected from public disclosure.

(U) We have reviewed the Central Intelligence Agency's draft declaration and a representative sample of the records at issue in this case. The information presented in the draft declaration and the records we reviewed directly implicate sensitive intelligence sources and methods that must be protected from unauthorized disclosure in the interest of the national security of the United States. (The National Security Act, as amended, 50 U.S.C. § 403-1(i).)

(U) You are authorized to take all necessary and appropriate measures to ensure that these sources and methods are protected during the course of this litigation.

_____          11 MAR 08
J. M. McConnell                  Date

UNCLASSIFIED