MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Central Intelligence Agency
By: EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-1579
Facsimile No. (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMNESTY INTERNATIONAL USA, CENTER FOR CONSTITUTIONAL RIGHTS, INC., and WASHINGTON SQUARE LEGAL SERVICES, INC.,

     Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, and THEIR COMPONENTS,

     Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 CV 5435 (LAP)

**DECLARATION OF EMILY E. DAUGHTRY**

  I, Emily E. Daughtry, pursuant to 28 U.S.C. § 1746, declare as follows:

  1. I am a Special Assistant United States Attorney assigned to handle the above case, and I am fully familiar with all the facts stated herein. I make this declaration in support of the CIA's Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment and in further support of the CIA's Motion for Summary Judgment.

2.      Attached as Exhibit A to this declaration is a true and complete copy of the Oral Opinion of the Honorable Loretta A. Preska, dated August 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 4, 2008

                                                /s/ Emily E. Daughtry
                                               EMILY E. DAUGHTRY
                                               Special Assistant United States Attorney