**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 11, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/12/08

Writer's Direct Contact
212.336.4175
NHensler@mofo.com

**By Telefacsimile (212-805-7941)**

The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Amnesty Int'l USA, et al. v. CIA, et al.*, 07 Civ. 5435 (LAP)

Dear Judge Preska:

Plaintiffs Amnesty International USA, Center for Constitutional Rights, Inc., and Washington Square Legal Services, Inc. ("Plaintiffs") respectfully request leave from the Court to file a 60-page memorandum of law in further support of Plaintiffs' Cross-Motion for Partial Summary Judgment ("Plaintiffs' Reply") and for a two-week extension of time within which to file this memorandum, until October 3, 2008. The Government has consented to this request for an extension of the page limitation and the deadline for filing.

By Orders dated April 11, 2008, and June 2, 2008, the Court granted leave to the parties to file 40-page initial memoranda of law in support of their respective motions. Most recently, by Order dated September 3, 2008, the Court also granted leave to the Government to file a 60-page memorandum of law in opposition to Plaintiffs' Cross-Motion for Summary Judgment and in further support of CIA's Motion for Summary Judgment ("CIA's Opposition and Reply"). As contemplated by the April 21, 2008 stipulation of the parties, the CIA's Opposition and Reply raised new issues relating to additional CIA records. Plaintiffs submit that the page extension we request is necessary in order to adequately address both the Government's multiple arguments in opposition to Plaintiffs' Cross-Motion and the new issues raised in the Government's 60-page brief.

With respect to the request for extension of time, by Order dated August 20, 2008, the original deadline for Plaintiffs' Reply is September 19, 2008. Plaintiffs have made no previous requests for extension of this deadline, and the requested extension until October 3, 2008 affects no other scheduled dates.

SO ORDERED

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 11, 2008

ny-833551

MORRISON | FOERSTER

The Honorable Loretta A. Preska
September 11, 2008
Page Two

We thank the Court for its consideration of this request.

Respectfully submitted,

Madeleine A. Hensler

cc:  Jeanette A. Vargas, Esq. (by electronic mail)
     Pierre G. Armand, Esq. (by electronic mail)
     Brian M. Feldman, Esq. (by electronic mail)
     Emily E. Daughtry, Esq. (by electronic mail)

ny-833551